IN THE UNITED STATES COURT
OF
FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W.F. CHILDRESS AND ALTON LEE KELLY | § | CAUSE NO. 1:05-840 |
| VS. | § | |
| THE UNITED STATES and UNITED STATES ARMY CORPS OF ENGINEERS | § | |

**NOTICE OF WEEKS MARINE, INC.'S**
**FIRST AMENDED OPPOSED MOTION FOR LEAVE TO INTERVENE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WEEKS MARINE, INC.'S First Amended Opposed Motion for Leave to Intervene and First Amended Complaint in Intervention were filed with the Honorable Court on the 23rd day of August, 2005. The Motion for Leave to Intervene and Complaint in Intervention of WEEKS MARINE, INC. are intended to assert and preserve WEEKS MARINE, INC.'S right to recover from THE UNITED STATES and THE UNITED STATES ARMY CORPS OF ENGINEERS, by indemnity, contribution, or otherwise, for any damages for which WEEKS MARINE, INC. may be found liable to Plaintiffs herein arising from the dredging operations at issue in the present lawsuit and in civil action G-05-151 commenced by the Plaintiffs separately in the United States District Court for the Southern District of Texas, Galveston Division.

Respectfully submitted,

By: s/ Kenneth G. Engerrand

Kenneth G. Engerrand
Texas Bar No. 06619500
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
(713) 629-1580
(713) 629-5027 (Telecopier)

OF COUNSEL

BROWN SIMS, P.C.
Allen D. Hemphill
Texas Bar No. 00796740
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
(713) 629-1580
(713) 629-5027 (Telecopier)

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been filed electronically in accordance with the rules of this Court on this the 23rd day of August, 2005.

s/ Kenneth G. Engerrand
Kenneth G. Engerrand