IN THE UNITED STATES COURT
OF
FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W.F. CHILDRESS AND ALTON LEE KELLY | § | CAUSE NO. 1:05-840 |
| VS. | § | |
| THE UNITED STATES and UNITED STATES ARMY CORPS OF ENGINEERS | § | |

**ORDER ON WEEKS MARINE, INC.'S FIRST AMENDED OPPOSED**
**MOTION FOR LEAVE TO INTERVENE**

On this day, the Court considered Weeks Marine, Inc.'s First Amended Opposed Motion for Leave to Intervene, together with its proposed First Amended Complaint in Intervention. After considering the motion, it is hereby GRANTED and ORDERED that Weeks Marine, Inc. shall be granted leave to file its First Amended Complaint in Intervention in the captioned cause.

SIGNED on _________________________, 2005.

_______________________________________
CHIEF JUDGE EDWARD J. DAMICH
UNITED STATES COURT OF FEDERAL CLAIMS

APPROVED AND ENTRY REQUESTED:

By: s/ Kenneth G. Engerrand
Kenneth G. Engerrand
BROWN SIMS, P.C.
Texas Bar No. 06619500
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
(713) 629-1580
(713) 629-5027 (Telecopier)