IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., et al., | ) | |
| Plaintiffs, | ) | No. 05-840C |
| v. | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David F. D'Alessandris as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:


David F. D'Alessandris
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor



s/David F. D'Alessandris
David F. D'Alessandris
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-0282
Facsimile: (202) 514-8624


Dated: September 7, 2005

CERTIFICATE OF FILING

I hereby certify that on September 7, 2005 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/David F. D'Alessandris