IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FISHERMAN'S HARVEST, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 05-840c<br>(Chief Judge Damich) |

**DEFENDANT'S UNOPPOSED**
**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests a 14-day enlargement of time, through and including September 23, 2005, to respond to proposed intervenor Weeks Marine Inc.'s first amended opposed motion for leave to intervene. Our response is currently due on September 9, 2005. This is our first request for an enlargement of time for this purpose. On September 7, 2005, the undersigned attorney of record contacted Paul W. O'Finan, counsel for plaintiffs, Fisherman's Harvest, Inc., et al., and Allen Hemphill, counsel for proposed intervenor, Weeks Marine Inc., both of whom stated that they would not oppose this motion.

The Government attorney to whom this case was previously assigned recently left the Commercial Litigation Branch. The enlargement is requested because the undersigned counsel of record for defendant was just assigned to this case on September 6, 2005, and will be unable to respond to the motion without the

requested enlargement. The undersigned will need the requested two week enlargement to review the case filings, as well as the related cases referenced in the proposed intervenor's brief. Additionally, the undersigned will need to coordinate with the interested agency, the Army Corps of Engineers, before determining the proper response to the motion.

For these reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M McCARTHY
Assistant Director

s/ David D'Alessandris
DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 514-8624
Attorneys for Defendant

September 7, 2005

CERTIFICATE OF FILING

I hereby certify that on September 7, 2005, a copy of the forgoing “DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ David D’Alessandris