IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FISHERMAN'S HARVEST, INC., et al., Plaintiffs, v. UNITED STATES, Defendant. | No. 05-840c (Chief Judge Damich) |

**DEFENDANT'S RESPONSE TO MOTION FOR LEAVE TO INTERVENE**

Pursuant to this Court's order dated September 8, 2005, defendant, the United States, respectfully files this response to proposed intervenor Weeks Marine Inc.'s first amended opposed motion for leave to intervene. The United States does not oppose Weeks Marine Inc.'s motion for leave to intervene.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ David D’Alessandris
DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 514-8624

September 21, 2005

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on September 21, 2005, a copy of the forgoing “DEFENDANT'S RESPONSE TO MOTION FOR LEAVE TO INTERVENE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ David D’Alessandris