IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 05-840c |
| v. | ) | (Chief Judge Damich) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED**
**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests a 45-day enlargement of time, through and including November 14, 2005, to respond to plaintiffs' complaint. Our response is currently due on September 30, 2005. This is our first request for an enlargement of time for this purpose. On September 20, 2005, the undersigned attorney of record contacted Paul W. O'Finan, counsel for plaintiffs, Fisherman's Harvest, Inc., et al., and Kenneth G. Engerrand, counsel for proposed intervenor, Weeks Marine Inc., both of whom stated that they would not oppose this motion.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the United States Army Corps of Engineers ("COE"), as required by 28 U.S.C. § 520. At this time, the undersigned has been in contact with the COE and expects to receive a litigation report in a timely manner. Additionally,

the undersigned attorney of record is anticipating the birth of his first child on or about September 30, 2005. The undersigned attorney of record anticipates taking paternity leave after the birth of the child, and will be unavailable to respond to plaintiffs' complaint during that time. Therefore, the additional time is requested to allow agency counsel to complete the litigation report and for counsel to review the litigation report and prepare the Government's response to the complaint after returning to the office from paternity leave.

For these reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M McCARTHY
Assistant Director

s/ David D'Alessandris
DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 514-8624

September 21, 2005

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on September 21, 2005, a copy of the forgoing “DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ David D’Alessandris