# In the United States Court of Federal Claims

No. 05-840 C
(Filed: October 20, 2005)

**********************************
**FISHERMAN'S HARVEST, INC., et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
**********************************

**ORDER**

On August 19, 2005, Weeks Marine, Inc. filed an Opposed Motion for Leave to Intervene, and on August 23, 2005 an Amended Opposed Motion for Leave to Intervene, contending that it has a legally protected interest in the subject matter of this action. Defendant, however, indicated that it does not oppose Weeks Marine Inc.'s motion in its response filed on September 21, 2005.

This Court will permit intervention of right under RCFC 24(a) upon timely application based on "an interest relating to the property or transaction which is the subject matter of the action" and where "disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest, unless the applicant's interest is adequately represented by existing parties." Having reviewed Weeks Marine Inc.'s arguments for intervention, the Court is satisfied that intervention of right is warranted. Accordingly, the Court hereby GRANTS Weeks Marine Inc.'s Motion for Leave to Intervene.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge