IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FISHERMAN’S HARVEST, INC., et al., Plaintiffs, v. UNITED STATES, Defendant. | No. 05-840c (Chief Judge Damich) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests a 14-day enlargement of time, through and including November 28, 2005, to respond to plaintiffs’ complaint. Our response is currently due on November 14, 2005. This is our second request for an enlargement of time for this purpose. This Court previously granted our unopposed request for a 45-day enlargement of time. On November 3, 2005, the undersigned attorney of record contacted Paul W. O’Finan, counsel for plaintiffs, Fisherman’s Harvest, Inc., et al., who opposes the requested enlargement, and Allen D. Hemphill, counsel for intervenor, Weeks Marine Inc., who stated the intervenor would not oppose this motion.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the United States Army Corps of Engineers (“COE”), as required by 28 U.S.C. § 520. At this time, the undersigned has been in contact with the COE and expects to

receive a litigation report by November 7, 2005. The undersigned attorney had anticipated earlier receipt of the litigation report; however, agency counsel has been delayed due to legal work pertaining to Hurricane Rita.

Our first enlargement motion was filed on September 21, 2005. Agency counsel has informed the undersigned attorney of record that on that same day he was forced to evacuate Galveston due to the approach of Hurricane Rita. Agency counsel has informed the undersigned that after returning to the office on September 29, 2005, he has personally been heavily involved in contracting actions pertaining to emergency response along the Texas Gulf Coast, FEMA's blue roof project, debris removal, and time-critical issues involving hazards to navigation along the Texas Gulf coast, the Gulf Intracoastal Waterway, and inland waterways, such as the Sabine and Neches rivers, which were hard hit by Hurricane Rita.

Agency counsel states that he was involved in the preparation, review, issuance, and award of three additional contracts, as well as modifying several continuing contracts, to address hurricane relief missions. Agency counsel has informed the undersigned that between October 21 and 29, he received, researched, and responded to four agency bid protests concerning two contracts for roof repairs that the COE was trying to award.

Moreover, agency counsel states that he was involved with the COE ice contract after Hurricane Katrina and before Hurricane Rita.

Therefore, the additional time is requested to allow agency counsel to complete the litigation report and to allow the counsel of record sufficient time to review the litigation report and prepare the Government's response to the complaint.

For these reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M McCARTHY
Assistant Director

s/ David D'Alessandris
DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 514-8624

November 3, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 3, 2005, a copy of the forgoing “DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ David D’Alessandris