# In the United States Court of Federal Claims

No. 05-840 C
(Filed: November 8, 2005)

*********************************
**FISHERMAN'S HARVEST, INC., et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
*********************************

**ORDER**

On November 4, 2005, Plaintiff attempted to file a Motion for Substitution of Counsel. Pursuant to RCFC 83.1(c)(4), however, the affidavit of appointment shall be executed by the new attorney and not the previous attorney of record. Instead, the consent of the previous attorney of record should be annexed to or endorsed on the motion.

The Court ORDERS the Clerk of Court to strike Plaintiff's November 4, 2005 filing from the record.

The Court ORDERS Plaintiff to refile its corrected Motion for Substitution of Counsel on or before November 18, 2005.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge