**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W. F. CHILDRESS AND ALTON LEE KELLY Plaintiffs,** | § § § § § § § § § § | |
| **V.** | § § | **NO. 05-840C (Chief Judge Damich)** |
| **THE UNITED STATES AND UNITED STATES ARMY CORPS OF ENGINEERS Defendants.** | § § § § § | |

**<u>PLAINTIFFS' FIRST AMENDED MOTION FOR SUBSTITUTION OF COUNSEL</u>**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COME** Plaintiffs, Fisherman's Harvest, Inc., C. Joe Nelson, Jr., Doris Mae Nelson, Vanessa Jo Nelson Vallejo and Vickie Jo Nelson Salazar, as Movants herein, and as prescribed by RCFC 83.1(c)(4), request leave of Court to substitute David E. Bernsen for Paul O'Finan as attorney of record for Plaintiffs, and Mark Faggard of counsel to David E. Bernsen, in the above-entitled and numbered cause, and in support thereof, would show the court the following:

I.

David E. Bernsen and Mark Faggard have been employed to represent Plaintiffs. Both Mr. Bernsen and Mr. Faggard have been admitted to practice before this Honorable Court. Paul O'Finan has agreed for the withdrawal of his services as the attorney of record for Movants and hereby agrees to the substitution of David E. Bernsen as attorney of record and Mark Faggard of counsel to David E. Bernsen. This substitution is not sought for delay only.

**WHEREFORE, PREMISES CONSIDERED**, Movants, Fisherman's Harvest, Inc., C. Joe Nelson, Jr., Doris Mae Nelson, Vanessa Jo Nelson Vallejo and Vickie Jo Nelson Salazar pray for the Court to enter an order substituting David E. Bernsen for Paul O'Finan, and Mark Faggard of counsel to David E. Bernsen, and discharging Paul O'Finan as attorney of record for Movants, and for such other and further relief that may be awarded at law or in equity.

APPROVED TO AS TO FORM AND CONTENT:

*s/ Paul O'Finan*
PAUL O'FINAN

Respectfully submitted,

By: *s/ David E. Bernsen*

DAVID ERIC BERNSEN
Southern District of Texas Bar No. 83425
Texas State Bar No. 02217500
LAW OFFICE OF DAVID E. BERNSEN, P.C.
Post Office Box 822
Beaumont, Texas 77704
(409) 832-1957
(409) 832-2211 [FACSIMILE]
andrea@davidbernsen.com

ATTORNEY FOR PLAINTIFFS,
FISHERMAN'S HARVEST, INC.,
C. JOE NELSON, JR., DORIS MAE
NELSON, VANESSA JO NELSON
VALLEJO AND VICKIE JO NELSON
SALAZAR

AND

A. MARK FAGGARD
Texas State Bar No. 06772000

A. MARK FAGGARD, P.C.
550 Fannin Street, Suite 1141
Beaumont, Texas 77701
(409) 835-4300
(409) 835-4335 [FACSIMILE]
amark-f@sbcglobal.net

OF COUNSEL TO ATTORNEY FOR PLAINTIFFS, FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO AND VICKIE JO NELSON SALAZAR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing instrument has been served via E-File and/or certified U.S. Mail, return receipt requested, to all counsel of record on this the 17th day of November, 2005.

s/ David E. Bernsen
DAVID E. BERNSEN
E-mail: andrea@davidbernsen.com

David D'Alessandris
ATTORNEY FOR THE UNITED STATES AND UNITED STATES ARMY CORPS OF ENGINEERS
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
TEL: (202) 307-1011
FAX: (202) 514-8624
Via Electronic Transmission

Paul O'Finan

ATTORNEY OF RECORD FOR
CHILDRESS SEAFOOD, INC.,
W. F. CHILDRESS AND ALTON
LEE KELLY
9597 Jones Road, #317
Houston, Texas 77065
Phone: (713) 202-1776
Via Electronic Transmission
E-Mail: fionnain@isp.com

Shannon T. Nash
OF COUNSEL TO ATTORNEY OF
RECORD FOR CHILDRESS SEAFOOD,
INC., W. F. CHILDRESS AND ALTON
LEE KELLY
Tolleson & Nash
26510 Keith Street
Spring, Texas 77373
TEL: (281) 350-3900
FAX: (281) 350-9977
By Certified Mail, Return Receipt Requested

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W. F. CHILDRESS AND ALTON LEE KELLY Plaintiffs,** | § | |
| **V.** | § | **NO. 05-840C (Chief Judge Damich)** |
| **THE UNITED STATES AND UNITED STATES ARMY CORPS OF ENGINEERS Defendants.** | § | |

**AFFIDAVIT OF APPOINTMENT**

David E. Bernsen, having been duly sworn, deposes and says:

1. I am submitting this Affidavit in support of the Plaintiffs' Amended Motion for Substitution of Counsel (hereinafter "Motion") filed by Fisherman's Harvest, Inc., C. Joe Nelson, Jr., Doris Mae Nelson, Vanessa Jo Nelson Vallejo and Vickie Jo Nelson Salazar, Movants herein.

2. I am over the age of twenty-one (21) years, have never been convicted of a felony, have personal knowledge of the facts and statements contained herein, and hereby swear that they are true and correct.

3. If called upon to testify as to the facts contained in this Motion, I could and would testify competently because the facts are personally known to me to be true.

4. I am an attorney licensed to practice in the State of Texas, as well as before this Honorable Court. My office address is 490 Park Street, Suite 210, Post Office Box 822, Beaumont, Texas 77704. I have personal knowledge of the facts of this case.

5. I hereby state that I have read the Motion and that every statement contained therein is within my personal knowledge and is true and correct.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct. Further affiant sayeth not.

DATED this the 17th day of November, 2005.

s/ David E. Bernsen
DAVID E. BERNSEN