# In the United States Court of Federal Claims

No. 05-840 C
(Filed: November 17, 2005)

**********************************
**FISHERMAN'S HARVEST, INC., et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
**********************************

**ORDER**

On November 3, 2005, Defendant filed a second Motion for Enlargement of Time to file its answer, requesting the court to extend the due date from November 14, 2005 until November 28, 2005. That motion was granted on November 8, 2005.

On November 9, 2005, Plaintiff filed a Request for Reconsideration of the Court's November 8 decision to grant the fourteen-day extension. After consideration of Plaintiff's arguments, the Request for Reconsideration is denied.

Nonetheless, Defendant has filed its answer today, November 17, 2005, rendering the issue moot.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge