**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W.F. CHILDRESS AND ALTON LEE KELLY** | § | **NO. 05-840C (Chief Judge Damich)** |
| **VS.** | § | |
| **PBS&J FORMERLY ESPY, HUSTON & ASSOCIATES, INC., BERTUCCI CONTRACTING CORPORATION AND WEEKS MARINE, INC.** | § | |

**CHILDRESS SEAFOOD, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Childress Seafood, Inc., files this disclosure statement with the clerk of the Court as required by Federal Rule of Civil Procedure 7.1and Rule 7.1 of the Rules of the United States Court of federal Claims.

1.0 Plaintiff, Childress Seafood, Inc., is a Texas Corporation and its principal place of business in Point Smith, Texas.

2.0 Plaintiff, Childress Seafood, Inc., has no parent corporation, and no publicly company owns 10% or more of Plaintiff's stock

Respectfully submitted,

s/ Paul W. O'Finan
Paul W. O'Finan
Texas Bar No. 24027376
Federal ID No. 30719
9597 Jones Road #317
Houston, Texas 77065
(713) 202-1776 ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF FILING**

I certify that on December 8, 2005, a copy of the forgoing Plaintiff's Corporate Disclosure Statement was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Paul W. O'Finan