**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W. F. CHILDRESS AND ALTON LEE KELLY** | ' | |
| **Plaintiffs,** | ' | |
| **V.** | ' | **NO. 05-840C** <br> **(Chief Judge Damich)** |
| **THE UNITED STATES AND UNITED STATES ARMY CORPS OF ENGINEERS** <br> **Defendants.** | ' | |

**FISHERMAN'S HARVEST, INC.'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Fisherman's Harvest, Inc., files this corporate disclosure statement with the Clerk of this Honorable Court as required by Rule 7.1 of the Rules of the United States Court of Federal Claims and Federal Rule of Civil Procedure 7.1.

I.

Plaintiff, Fisherman's Harvest, Inc., is a Texas corporation and its principal place of business is in Smith Point, Texas

II.

Plaintiff, Fisherman's Harvest, Inc., has no parent corporation and no publicly held corporation owns ten percent (10%) or more of Plaintiff's stock.

Respectfully submitted,

By: */s/* David O Bernsen

DAVID ERIC BERNSEN
Southern District of Texas Bar No. 83425
Texas State Bar No. 02217500
LAW OFFICE OF DAVID E. BERNSEN, P.C.
Post Office Box 822
Beaumont, Texas 77704
(409) 832-1957
(409) 832-2211 [FACSIMILE]
andrea@davidbernsen.com

ATTORNEY FOR PLAINTIFFS, FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO AND VICKIE JO NELSON SALAZAR

AND

A. MARK FAGGARD
Texas State Bar No. 06772000
A. MARK FAGGARD, P.C.
550 Fannin Street, Suite 1141
Beaumont, Texas 77701
(409) 835-4300
(409) 835-4335 [FACSIMILE]
amark-f@sbcglobal.net

OF COUNSEL TO ATTORNEY FOR PLAINTIFFS, FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO AND VICKIE JO NELSON SALAZAR

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing instrument has been filed via E-File to all counsel of record on this the 8th day of November, 2005. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

*/s/*
DAVID E. BERNSEN
E-mail: andrea@davidbernsen.com