IN THE UNITED STATES COURT
OF
FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W. F. CHILDRESS AND ALTON LEE KELLY | § | CAUSE NO. 1:05-840 |
| VS. | § | |
| THE UNITED STATES and UNITED STATES ARMY CORPS OF ENGINEERS | § | |

**WEEKS MARINE, INC.'S**
**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, WEEKS MARINE, INC., discloses that it has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

By: */s/ Kenneth G. Engerrand*

Kenneth G. Engerrand
Texas Bar No. 06619500
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
(713) 629-1580
(713) 629-5027 (Telecopier)

OF COUNSEL

BROWN SIMS, P.C.
Allen D. Hemphill
Texas Bar No. 00796740
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
(713) 629-1580
(713) 629-5027 (Telecopier)

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been filed with the court by U.S. certified mail, return receipt requested, by facsimile, or by hand-delivery on this the 9th day of January, 2006.

*/s/ Allen D. Hemphill*
Kenneth G. Engerrand
Allen D. Hemphill