IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W. F. CHILDRESS, and ALTON LEE KELLY,

Plaintiffs,

v.

UNITED STATES

Defendant.

No. 05-0840C

(Chief Judge Damich)

DEFENDANT'S MOTION TO HOLD STATUS CONFERENCE ON THE RECORD

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims, and this Court's Status Conference Order, dated January 10, 2006, defendant, the United States, respectfully requests that the status conference scheduled for January 24, 2006 be held on the record.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

Of Counsel:

P. ALEX PETTY
ANA-VALLI GORDON
Assistant District Counsel
United States Army Corps
of Engineers
Galveston District
2000 Fort Point Rd.
Galveston, TX 77550

s/ David D'Alessandris
DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 514-8624

January 13, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January 13, 2005, a copy of the forgoing “DEFENDANT’S MOTION TO HOLD STATUS CONFERENCE ON THE RECORD” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ David D’Alessandris