# In the United States Court of Federal Claims

No. 05-840 C and No. 05-1044 C
(CONSOLIDATED)

(Filed: January 25, 2006)

*********************************
*
**FISHERMAN'S HARVEST, INC., et al.**, *
*
Plaintiffs, *
*
v. *
*
**WEEKS MARINE, INC.** *
*
Intervenor Plaintiff *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*********************************

**ORDER**

The Court DIRECTS the Clerk of Court to consolidate this case with *Childress Seafood, Inc. v. United States* (No. 05-1044). All future filings shall be made in this case, as captioned above.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge