# In the United States Court of Federal Claims

No. 05-840 C and No. 05-1044 C
(CONSOLIDATED)
(Filed: January 25, 2006)

**********************************
*
**FISHERMAN'S HARVEST, INC., et al.**, *
*
Plaintiffs, *
*
v. *
*
**WEEKS MARINE, INC.** *
*
Intervenor Plaintiff *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*
**********************************

**ORDER**

Pursuant to the status conference held on the January 24, 2005, the Court ORDERS the Parties to adhere to the following discovery schedule:

Plaintiffs' Expert Reports shall be due on or before **April 14, 2006**.

Defendant's and Intervenor's Expert Reports shall be due on or before **May 15, 2006**.

Plaintiffs' Experts shall be available for deposition on or before **May 15, 2006**.

Defendant's and Intervenor's Experts shall be available for deposition on or before **June 15, 2006**.

All Discovery (Fact & Expert) shall end on or before **August 15, 2006**.

The tentative date for the beginning of trial is **October 16, 2006**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge