IN THE UNITED STATES COURT
OF
FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., et al. | § | |
| | § | |
| v. | § | |
| | § | Cause NO. 05-840 C and NO. 05-1044 C |
| WEEKS MARINE, INC. | § | (CONSOLIDATED) |
| | § | |
| v. | § | |
| | § | |
| THE UNITED STATES | § | |

**ORDER ON INTERVENOR'S MOTION FOR LEAVE TO JOIN AS PARTIES AND JOIN CLAIMS AGAINST BERTUCCI CONTRACTING CORPORATION AND LUHR BROS. INC.**

On this day, the Court considered the Motion of Intervenor, Weeks Marine, Inc., to Join As Parties and Join Claims Against Bertucci Contracting Corporation and Luhr Bros., Inc. After considering the motion, it is hereby GRANTED and ORDERED that Intervenor shall be granted leave to join Bertucci Contracting Corporation and Luhr Bros., Inc. as parties herein and to file its Complaint Against Bertucci Contracting Corporation and Luhr Bros., Inc.

SIGNED on ________________________, 2006.

____________________________________
CHIEF JUDGE EDWARD J. DAMICH
UNITED STATES COURT OF FEDERAL CLAIMS