# In the United States Court of Federal Claims

No. 05-840 C and No. 05-1044 C
(CONSOLIDATED)
(Filed: February 22, 2006)

**********************************
**FISHERMAN'S HARVEST, INC., et al.**,

Plaintiffs,

v.

**WEEKS MARINE, INC.**

Intervenor Plaintiff

v.

**THE UNITED STATES**,

Defendant.
**********************************

**ORDER**

On January 31, 2006, Intervenor Plaintiff, Weeks Marine, Inc., filed a Motion for Joinder of Bertucci Contracting Corp. and Luhr Bros., Inc.

On February 7, 2006, Plaintiff filed a response to Intervenor's motion. Included in that response were a Motion to Strike Intervenor's Motion and a Motion for Separate Trials. Plaintiff was instructed by the Court, in an e-mail dated February 15, 2006, that the motions needed to be filed as a separate docket entry. Rather than preparing a new document containing just the two motions, on February 15, 2006, Plaintiff filed the same set of documents (response and two motions) yet again as a Motion to Strike/Motion for Separate Trials. Plaintiff's failure to separate out its motions from its response has led to confusion on the part of Defendant and Intervenor and resulted in incorrect response deadlines in the court's electronic case filing system.

On February 17, 2006, Defendant filed a combined Response to Intervenor's Motion for Joinder of Bertucci Contracting Corp. and Luhr Bros., Inc. and Response to Plaintiff's Motion to Strike/Motion for Separate Trials. This filing by Defendant is hereby stricken from the record.

On February 21, 2006, Intervenor filed a combined Reply to Plaintiff's Response to Intervenor's Motion for Joinder of Bertucci Contracting Corp. and Luhr Bros., Inc. and Response

to Plaintiff's Motion to Strike/Motion for Separate Trials. This filing by Intervenor is hereby stricken from the record.

On or before **March 1, 2006**, Defendant is ORDERED to file two separate documents—one document consisting of Defendant's Response to Intervenor's Motion for Joinder of Bertucci Contracting Corp. and Luhr Bros., Inc. (response to docket entry number 31) and another document consisting of Defendant's Response to Plaintiff's Motion to Strike/Motion for Separate Trials (response to docket entry number 34).

On or before **March 1, 2006**, Intervenor is ORDERED to file two separate documents—one document consisting of Intervenor's Reply to Plaintiff's Response to Intervenor's Motion for Joinder of Bertucci Contracting Corp. and Luhr Bros., Inc. (reply to docket entry number 32) and another document consisting of Intervenor's Response to Plaintiff's Motion to Strike/Motion for Separate Trials (response to docket entry number 34).

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge