IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., et al., Plaintiffs, | | |
| v. | | No. 05-840 C and No. 05-1044 C (CONSOLIDATED) (Chief Judge Damich) |
| WEEKS MARINE, INC. Intervenor Plaintiff, | | |
| v. | | |
| THE UNITED STATES Defendant. | | |

**ORDER ON PLAINTIFFS' OPPOSED**
**MOTION TO STRIKE PLEADINGS OF WEEKS MARINE**

On this day, the Court considered Plaintiffs' Opposed Motion to Strike Pleadings of Weeks Marine. After considering the motion and the responses of the parties, Plaintiffs' Opposed Motion to Strike Pleadings of Weeks Marine is hereby DENIED.

SIGNED on ____________________________, 2006.

_________________________________________
CHIEF JUDGE EDWARD J. DAMICH
UNITED STATES COURT OF FEDERAL CLAIMS