IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., et al., Plaintiffs, v. WEEKS MARINE, INC. Intervenor Plaintiff, v. THE UNITED STATES Defendant. | * | No. 05-840 C and No. 05-1044 C (CONSOLIDATED) (Chief Judge Damich) |

**ORDER ON PLAINTIFFS' OPPOSED**
**MOTION FOR A SEPARATE TRIAL**

On this day, the Court considered Plaintiffs' Opposed Motion for a Separate Trial. After considering the motion and the responses of the parties, Plaintiffs' Opposed Motion for a Separate Trial is hereby DENIED.

SIGNED on ___________________________, 2006.

_________________________________________
CHIEF JUDGE EDWARD J. DAMICH
UNITED STATES COURT OF FEDERAL CLAIMS