IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FISHERMAN'S HARVEST, INC., et al., Plaintiffs, v. WEEKS MARINE, INC. Intervenor Plaintiff, v. THE UNITED STATES Defendant. | No. 05-840 C and No. 05-1044 C (CONSOLIDATED) (Chief Judge Damich) |

**INTERVENOR'S MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFFS' REPLY TO INTERVENOR'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE PLEADINGS OF WEEKS MARINE AND MOTION FOR A SEPARATE TRIAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, WEEKS MARINE, INC., Intervenor herein, and respectfully requests leave of Court to file its Surreply to Plaintiff W.F. Childress' Reply to Intervenor's Response to Plaintiff's Motion to Strike and Motion for Separate Trials.

WHEREFORE, PREMISES CONSIDERED, Intervenor, WEEKS MARINE, INC., respectfully requests that the Honorable Court GRANT its Motion for Leave of Court, so that Intervenor may file its Surreply to Plaintiff W.F. Childress' Reply to Intervenor's Response to Plaintiff's Motion to Strike and Motion for Separate Trials, which is attached hereto.

Respectfully submitted,

By: s/ Kenneth G. Engerrand
Kenneth G. Engerrand
Texas Bar No. 06619500
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
(713) 629-1580
(713) 629-5027 (Telecopier)

OF COUNSEL:

BROWN SIMS, P.C.
Allen D. Hemphill
Texas Bar No. 00796740
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
(713) 629-1580
(713) 629-5027 (Telecopier)

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been filed electronically in accordance with the rules of this Court on this the 14th day of March, 2006.

s/ Kenneth G. Engerrand
Kenneth G. Engerrand