IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., et al., | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-840 C and No. 05-1044 C (CONSOLIDATED) (Chief Judge Damich) |
| WEEKS MARINE, INC. | * | |
| Intervenor Plaintiff, | * | |
| v. | * | |
| THE UNITED STATES | * | |
| Defendant. | * | |

**ORDER ON INTERVENOR'S MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFF'S REPLY TO INTERVENOR'S RESPONSE TO PLAINTIFFS' MOTION TO STRIKE PLEADINGS OF WEEKS MARINE AND MOTION FOR A SEPARATE TRIAL**

On this day, the Court considered Intervenor, Weeks Marine, Inc.'s Motion for Leave to File Surreply to Plaintiff W.F. Childress' Reply to Intervenor's Response to Plaintiffs' Motion to Strike and Motion for Separate Trials. After considering the motion, it is hereby GRANTED and ORDERED that Intervenor shall be granted leave to file its Surreply to Plaintiff W.F. Childress' Reply to Intervenor's Response to Plaintiffs' Motion to Strike and Motion for Separate Trials.

SIGNED on _________________________, 2006.

_______________________________________
CHIEF JUDGE EDWARD J. DAMICH
UNITED STATES COURT OF FEDERAL CLAIMS