# EXHIBIT "A"

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC. Et Al,** | § | |
| | § | |
| **Plaintiff** | § | |
| **v.** | § | |
| | § | **CIVIL NO. G-05- 151** |
| **WEEKS MARINE, INC. Et Al,** | § | |
| | § | |
| **Defendant & Third Party Plaintiff** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **UNITED STATES ARMY CORPS OF ENGINEERS** | § | |
| | § | |
| | § | |
| **Third Party Defendant** | § | |

MOTION TO DISMISS FOR LACK OF JURISDICTION

NOW INTO COURT comes the United States Army Corps of Engineers (hereinafter "the Corps" and or "USACE"), made Third Party Defendant herein, which respectfully represents as follows:

I.

Defendant Weeks Marine, Inc. filed this Third Party action in this matter on July 20, 2005 alleging jurisdiction in this court for damages to Plaintiffs' Oyster Leases allegedly caused by the dredging activities conducted by Weeks Marine.

II.

Under 28 U.S.C Section 1346(a)(2), the District Courts shall have original and concurrent jurisdiction with the Federal Court of Claims for any civil action or claim against the United States not exceeding $10,000.00 in amount founded upon an Act of Congress for liquidated or non-liquidated damages in cases not sounding in tort.

III.

However, the District Court does not have jurisdiction of this third party complaint. Proper jurisdiction for this third party complaint is with the Federal Court of Claims under 28 U.S.C. Sections 1491(a) and 1497. Section 1497 is a Congressionally recognized exception to the subject matter jurisdiction which states that the United States Court of Federal Claims shall have jurisdiction to render judgment upon any claim for damages to oyster growers on private or leased lands or bottoms arising from dredging operations or use of other machinery and equipment in making river and harbor improvements authorized by Act of Congress.

IV.

Lacking jurisdiction, this Court could not render judgment in this matter with regard to the U.S. Army Corps of Engineers and therefore this Third Party Complaint should be dismissed without prejudice to the Third Party Plaintiffs' right to proceed in a court of proper jurisdiction.

WHEREFORE, the above premises considered, the U.S. Army Corps of Engineers requests that this Court enter an Order as follows:

a. Dismissing the Third Party Complaint for a Lack of Jurisdiction under 28 U.S.C 1346(a)(2) and 1497;

b. Dismissing the matter without prejudice to Third Party Plaintiff's right to proceed in a court of proper jurisdiction;

c. And for all other and further relief that the Court deems just and equitable.

RESPECTFULLY SUBMITTED:

CHUCK ROSENBERG
United States Attorney

By:

s/Charmaine Aarons Holder
CHARMAINE AARONS HOLDER
Assistant United States Attorney
Texas Bar No. 00785100
910 Travis, Suite 1500
P.O. Box 61129
Houston, Texas 77208
Phone# (713) 567-9765
Fax# (713) 718-3303
Attorney-in charge for Defendant

OF COUNSEL

P. Alex Petty
Assistant District Counsel
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road
Galveston, Texas 77550
Tel: (409) 766-3191
Fax: (409) 766-3165

Ana-Valli Gordon
Assistant District Counsel
United States Army Corps of Engineers
Galveston District
2000 Fort Point Road
Galveston, Texas 77550
Tel: (409) 766-3820
Fax: (409) 766-3831

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above Motion to Dismiss for Lack of Jurisdiction has been mailed return receipt requested, and properly addressed to all persons of interest shown below on October 3, 2005.

Kenneth Engerrand
Brown Sims, P.C.
1177 West Loop South, 10th Floor
Houston, TX 77027-9007
Attorneys for Weeks Marine Inc.

David E. Bernsen,
Law Office of David E. Bernsen
P.O. Box 822
Beaumont, Texas 77704

Shannon T. Nash, Esq.
Tolleson & Nash
26510 Keith St.
Spring, Texas 77373
Phone# (281) 350-3900

A. Marc Faggard
A. Marc Faggard, P.C.
550 Fannin Street, Suite 1141
Beaumont, Texas 77701

s/Charmaine Aarons-Holder
CHARMAINE AARONS-HOLDER
Assistant U. S. Attorney