IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., et al., Plaintiffs, | * | No. 05-840 C and No. 05-1044 C (CONSOLIDATED) (Chief Judge Damich) |
| v. | * | |
| WEEKS MARINE, INC. Intervenor Plaintiff, | * | |
| v. | * | |
| THE UNITED STATES Defendant. | * | |

**ORDER ON INTERVENOR'S MOTION FOR PROTECTIVE ORDER TO PROHIBIT TAKING OF DEPOSITIONS OF MR. J.M. FAIL ON APRIL 3, 2006 AND MR. KEITH LATIOLAIS ON APRIL 4, 2006**

On this day, the Court considered Intervenor, Weeks Marine, Inc.'s Motion for Protective Order. After considering the motion, the Court hereby GRANTS the motion and finds that the depositions of Mr. J.M. Fail and Mr. Keith Latiolais in Houston, Texas will not take place as unilaterally noticed by Plaintiffs for April 3, 2006 and April 4, 2006, respectively.

SIGNED on __________________________, 2006.

__________________________________
CHIEF JUDGE EDWARD J. DAMICH
UNITED STATES COURT OF FEDERAL CLAIMS