# EXHIBIT A

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., et al** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **WEEKS MARINE, INC.** | § | **NO. 05 -840 C and** |
| | § | **NO. 05-1044 C** |
| **Intervenor Plaintiff** | § | **(CONSOLIDATED)** |
| | § | |
| **v.** | § | |
| | § | |
| **THE UNITED STATES** | § | |
| | § | |
| **Defendant.** | § | |

**PLAINTIFFS' NOTICE OF ORAL DEPOSITION**

TO: Defendant, WEEKS MARINE, INC., by and through its attorney of record, Kenneth G. Engerrand, BROWN SIMS, P.C., 1177 West Loop South, Tenth Floor, Houston, Texas 77027-9007.

Please take notice that, under RCFC 30(b), Plaintiffs, Fisherman's Harvest, Inc., C. Joe Nelson, Jr., Doris Mae Nelson, Vanessa Jo Nelson Vallejo and Vickie Jo Nelson Salazar, will take the oral deposition of J. M. FAIL on MONDAY, APRIL 3, 2006, at 9:00 A.M., at BROWN SIMS, P.C., 1177 West Loop South, Tenth Floor, Houston, Texas 77027-9007

1. The deposition will be recorded stenographically and on videotape. The stenographic and video recording will be taken before a court reporter and videographer with Nell McCallum & Associates, Inc., 2615 Calder, Suite 111, Beaumont, Texas 77702, (409) 838-0333.

Pursuant to RCFC 30(b)(4), the court reporter shall begin the deposition with a statement on the record that includes (A) the court reporter's name and business address; (B) the date, time, and place of the deposition; (C) the name of the deponent; (D) the administration of the oath or affirmation to the deponent; and (E) an identification of all persons present.

Respectfully submitted,

LAW OFFICE OF DAVID E. BERNSEN, P.C
P.O. Box 822
Beaumont, Texas 77704
(409) 832-1957

(409) 832-2211 [FACSIMILE]
andrea@davidbernsen.com

BY: 
DAVID E. BERNSEN
ATTORNEY OF RECORD FOR PLAINTIFFS, FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO and VICKIE JO NELSON SALAZAR
Southern District of Texas Bar No. 83425
Texas State Bar No. 02217500

AND

A. MARK FAGGARD
Texas State Bar No. 06772000
A. MARK FAGGARD, P.C.
550 Fannin Street, Suite 1141
Beaumont, Texas 77701
(409) 835-4300
(409) 835-4335 [FACSIMILE]
amark-f@sbcglobal.net

OF COUNSEL TO ATTORNEY FOR PLAINTIFFS, FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO AND VICKIE JO NELSON SALAZAR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument has been forwarded via facsimile and/or certified U.S. mail, return receipt requested, to counsel of record for Defendants, the United States, Weeks Marine, Inc., Bertucci Contracting Corporation and Luhr Bros., Inc., on this the 16th day of March, 2006.

DAVID E. BERNSEN

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., et al** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **WEEKS MARINE, INC.** | § | **NO. 05 -840 C and** |
| | § | **NO. 05-1044 C** |
| **Intervenor Plaintiff** | § | **(CONSOLIDATED)** |
| | § | |
| **v.** | § | |
| | § | |
| **THE UNITED STATES** | § | |
| | § | |
| **Defendant.** | § | |

**PLAINTIFFS' NOTICE OF ORAL DEPOSITION**

TO: Defendant, WEEKS MARINE, INC., by and through its attorney of record, Kenneth G. Engerrand, BROWN SIMS, P.C., 1177 West Loop South, Tenth Floor, Houston, Texas 77027-9007.

Please take notice that, under RCFC 30(b), Plaintiffs, Fisherman's Harvest, Inc., C. Joe Nelson, Jr., Doris Mae Nelson, Vanessa Jo Nelson Vallejo and Vickie Jo Nelson Salazar, will take the oral deposition of KEITH LATIOLAIS on TUESDAY, APRIL 4, 2006, at 9:00 A.M., at BROWN SIMS, P.C., 1177 West Loop South, Tenth Floor, Houston, Texas 77027-9007

1. The deposition will be recorded stenographically and on videotape. The stenographic and video recording will be taken before a court reporter and videographer with Nell McCallum & Associates, Inc., 2615 Calder, Suite 111, Beaumont, Texas 77702, (409) 838-0333.

Pursuant to RCFC 30(b)(4), the court reporter shall begin the deposition with a statement on the record that includes (A) the court reporter's name and business address; (B) the date, time, and place of the deposition; (C) the name of the deponent; (D) the administration of the oath or affirmation to the deponent; and (E) an identification of all persons present

Respectfully submitted,

LAW OFFICE OF DAVID E. BERNSEN, P.C
P.O. Box 822
Beaumont, Texas 77704
(409) 832-1957

(409) 832-2211 [FACSIMILE]
andrea@davidbernsen.com

BY: ______________________________
DAVID E. BERNSEN
ATTORNEY OF RECORD FOR PLAINTIFFS, FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO and VICKIE JO NELSON SALAZAR
Southern District of Texas Bar No. 83425
Texas State Bar No. 02217500

AND

A. MARK FAGGARD
Texas State Bar No. 06772000
A. MARK FAGGARD, P.C.
550 Fannin Street, Suite 1141
Beaumont, Texas 77701
(409) 835-4300
(409) 835-4335 [FACSIMILE]
amark-f@sbcglobal.net

OF COUNSEL TO ATTORNEY FOR PLAINTIFFS, FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO AND VICKIE JO NELSON SALAZAR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument has been forwarded via facsimile and/or certified U. S. mail, return receipt requested, to counsel of record for Defendants, the United States, Weeks Marine, Inc., Bertucci Contracting Corporation and Luhr Bros., Inc., on this the 16th day of March, 2006.

______________________________
DAVID E. BERNSEN

# EXHIBIT B

U.S. Department of Justice

Civil Division
Telephone: (202) 307-1011

PDK:DMC:DFD'Alessandris
DJ 154-05-840

*Washington, DC 20530*

March 16, 2006

**BY FAX AND FIRST CLASS MAIL**

David E. Bernsen
Law Office of David E. Bernsen P.C
P O. Box 822
Beaumont, TX 77704

Re: Fisherman's Harvest, Inc., et al v. United States, No. 05-840C (Fed. Cl.)

Dear Mr. Bernsen:

I was surprised to receive your letter of March 16, 2006, noticing the depositions of Mr J.M. Fail and Mr. Keith Latiolais on April 3 and April 4, 2006, as I was not consulted regarding the scheduling of these depositions. I am the counsel of record for the United States. Simple courtesy would require that you determine my availability before noticing depositions in this action I am not available on April 3 and April 4, 2006 because I will be required to present oral argument before the United States Court of Appeals for the Federal Circuit in Porter v. United States, No. 05-5105 (Fed. Cir.) on April 3. Moreover, it would not be an efficient use of my limited time to travel from Washington, D.C to Texas on consecutive weeks I suggest that we reschedule all four depositions for a single week

Additionally, I am in receipt of your letter of March 3, 2006, addressed to "all counsel of record" in Cause No G-06-69; Fisherman's Harvest Inc., et al. v. Post, Buckley, Schuh & Jernigan, Inc. d/b/a/ PBS&J & Associates, Inc. et al. I am not the attorney of record for the United States Army Corps of Engineers in the litigation before the United States District Court for the Southern District of Texas. Mailing this document to me does not constitute service upon the Army Corps of Engineers or the United States

Very truly yours,

David D'Alessandris

DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation Branch

cc: Kenneth G. Engerrand

TOTAL P.02

# EXHIBIT C

Strasburger
ATTORNEYS AT LAW

March 16, 2006

F. WILLIAM MAHLEY
713.951.5633
bill.mahley@strasburger.com

10609.0111

Via Facsimile

David Eric Bernsen
Law Offices of David E. Bernsen P.C.
P.O. Box 822
Beaumont, Texas 77704

Re: Fisherman's Harvest

Dear David:

Thank you for your letter of March 14.

We acknowledge your need to proceed with the depositions of the Corps of Engineers witnesses. We also acknowledge and agree with Mr. D'Alessandris' position with regard to who may question his witnesses.

In view of these letters, Luhr Bros. does not plan to attend the depositions. We will object to their use against Luhr Bros., and reserve the right to re-depose these witnesses if and when Luhr Bros. is made a party to the case. Further, even if the Court of Federal Claims does allow joinder of Luhr Bros. in the case, there will not be sufficient time for us to enter our appearance and prepare for the depositions.

With best regards, I am

Very truly yours,

F. William Mahley

FWM/ksb

cc: David D'Alessandris – via facsimile
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L. Street, N.W.
Washington, D.C. 20530

Strasburger
ATTORNEYS AT LAW



Kenneth G. Engerrand – via facsimile
Allen D. Hemphill
Brown Sims PC
1177 W. Loop South, 10th Floor
Houston, Texas 77027-9007

Alfred Markham Faggard – via facsimile
Attorney at Law
550 Fannin St., Suite 1141
Beaumont, Texas 77701

Shannon T. Nash – via facsimile
Kim H. Tolleson
Tolleson & Nash
26510 Keith St.
Spring, Texas 77373

Paul W. O'Finan – via facsimile
Attorney at Law
9597 Jones Road, #317
Houston, Texas 77065

William A. Sherwood – via facsimile
McFall Sherwood & Breitbeil, P.C.
Four Houston Center
1331 Lamar, Suite 1250
Houston, Texas 77010-3027

Christine Z. Carbo (firm)