PDK:DMC:DFD'Alessandris
DJ 154-05-840

**U.S. Department of Justice**

Civil Division
Telephone: (202) 307-1011

*Washington, DC 20530*

March 3, 2006

**BY FAX AND FIRST CLASS MAIL**

David E. Bernsen
Law Office of David E. Bernsen, P.C.
P.O. Box 822
Beaumont, TX 77704

Re: Fisherman's Harvest, Inc., et al v. United States, No. 05-840C (Fed. Cl.)

Dear Mr. Bernsen:

I am writing to confirm out telephone conversation of March 2, 2006. As you will recall, we agreed that the United States would respond to plaintiffs' first set of interrogatories, and a first requests for the production of documents on or before March 22, 2006. I would like to repeat my request that you provide a courtesy copy of any future correspondence by facsimile. As I mentioned in our conversation, your discovery requests did not reach my desk until February 13, 2006 – ten days after mailing. The mail delay was one of the reasons that we will be unable to respond to your discovery requests within the time provided by the court's rules. Additionally, I would like to confirm that we will produce Ms. Murphy and Mr. Few at the United States Army Corps of Engineers offices in Galveston, Texas on March 29 and 31, 2006.

Very truly yours,

David D'Alessandris

DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation Branch

**EXHIBIT "A"**