hp LaserJet 3380

HP LASERJET FAX

Mar-3-2006 4:27PM

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 519 | 3/ 3/2006 | 4:26:06PM | Send | 17136295027 | 1:19 | 2 | OK |

# LAW OFFICE OF DAVID E. BERNSEN, P.C.

Attorney at Law
490 Park Street, Suite 210
Beaumont, Texas 77704
Telephone: (409) 832-1957
Facsimile No.: (409) 832-2211

**TELEFACSIMILE TRANSMISSION**

March 3, 2006

Operator: Andrea

Telefacsimile No. : 713.629.5027

Attention : Kenneth G. Engerrand/Allen Hemphill

Document Transmitted: Correspondence dated March 3, 2006 re: conducting depositions in the matter referenced below. Thank you.

FILE No: 001030 Matter: No. 1:05-840C and No. 05-1044 C; *Fisherman's Harvest, Inc. vs. Weeks Marine, Inc. vs. The United States*

No. of Pages Sent (incl. cover): 2 Time Sent: 4:20 p.m.

"The information contained in this fax message is intended for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you."

**EXHIBIT "C"**

# LAW OFFICE OF DAVID BERNSEN, P.C.

ATTORNEYS AT LAW
P.O. BOX 822
Beaumont, Texas 77704

DAVID ERIC BERNSEN
Direct Line: (409) 832-1957

Fax: (409) 832-2211

March 3, 2006

Mr. Kenneth Engerrand
BROWN SIMS, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007

**VIA FACSIMILE: (713) 629-5027**

RE: No. 1:05-840C and No. 05-1044 C; *Fisherman's Harvest, Inc. vs. Weeks Marine, Inc. vs. The United States*; In the United States District Court of Federal Claims; Our File No. 001030

Dear Mr. Engerrand:

I would like to take the depositions of J. M. Fail and Keith Latiolais during the week of April 3, 2006. I would appreciate notification as to which of those days would be convenient for you and your clients. At your earliest convenience, please provide me with your availability.

Thank you for your courtesies in this matter and I look forward to hearing from you.

Sincerely,

DAVID ERIC BERNSEN

DEB/af

C:/Cases/Oyster/Ct. of Federal Claims/Correspondence/Engerrand request depos