**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., et al** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **WEEKS MARINE, INC.** | § | **NO. 05 -840 C and** |
| | § | **NO. 05-1044 C** |
| **Intervenor Plaintiff** | § | **(CONSOLIDATED)** |
| | § | **(Chief Judge Damich)** |
| **v.** | § | |
| | § | |
| **THE UNITED STATES** | § | |
| | § | |
| **Defendant.** | § | |

**PROPOSED ORDER ON PLAINTIFFS' RESPONSE TO**
**DEFENDANT, THE UNITED STATES', MOTION FOR PROTECTIVE ORDER**

ON THIS DAY, came on to be heard Plaintiffs', FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W. F. CHILDRESS and ALTON LEE KELLY, Response to Defendant, The United States', Motion for Protective Order, and the Court having considered the Motion, response, and arguments of counsel, is of the opinion that it is well taken and should in all things be GRANTED. It is therefore,

ORDERED, ADJUDGED AND DECREED and finds that the depositions of Ms. Carolyn Murphy and Mr. James Few will take place as noticed by Plaintiffs on March 29, 2006 and March 30, 2006, respectively.

SIGNED on this the _____ day of ____________________, 2006.

___________________________________
CHIEF JUDGE EDWARD J. DAMICH
UNITED STATES COURT OF FEDERAL CLAIMS