hp LaserJet 3380

HP LASERJET FAX

Mar-20-2006 2:28PM

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 649 | 3/20/2006 | 2:27:13PM | Send | 12025148624 | 1:36 | 3 | OK |

# LAW OFFICE OF DAVID E. BERNSEN, P.C.

Attorney at Law
490 Park Street, Suite 210
Beaumont, Texas 77704
Telephone: (409) 832-1957
Facsimile No.: (409) 832-2211

**TELEFACSIMILE TRANSMISSION**

March 20, 2006

Operator: Andrea

Telefacsimile No. : 202.514.8624
Attention: : David F. D'Alessandris

Document Transmitted: Correspondence dated March 20, 2006 in the matter referenced below. Thank you.

FILE No: 001030 Matter: *Fisherman's Harvest, Inc., et al v. The United States*

No. of Pages Sent (inc. cover): 3 Time Sent:

"The information contained in this fax message is intended for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you."

**EXHIBIT "E"**

# LAW OFFICE OF DAVID E. BERNSEN, P.C.

ATTORNEYS AT LAW
P.O. BOX 822
Beaumont, Texas 77704

**DAVID ERIC BERNSEN**
Direct Line: (409) 832-1957

Fax: (409) 832-2211


March 20, 2006

Mr. David F. D'Alessandris, Trial Attorney
United States Department of Justice
ATTN: CLASSIFICATION UNIT, 8TH FLOOR
1100 L Street, N.W.
Washington, D.C. 20530

**<u>Via Facsimile: (202) 514-8624</u>**

RE: No. 1:05-840C; *Fisherman's Harvest, Inc., et al vs. The United States and The United States Army Corps of Engineers*; In the United States District Court of Federal Claims; Our File No. 001030

Dear Mr. D'Alessandris:

I am in receipt of your letter of March 16, 2006.

First, I apologize for the confusion created by our notice of depositions on April 3rd and April 4th, 2006. I was under the impression that you had been informed of those requested dates.

That being said, we need to go forward with Carolyn Murphy's and James Few's depositions scheduled for March 29th and 30th, 2006 in Galveston. As you know, the Court has entered a scheduling order and the Plaintiffs intend to stay on that schedule.

In an effort to accommodate you, please provide the dates you are available in March, April and May so that we may schedule the necessary depositions. We will try to work with your schedule, but we need to press forward in this case.

If you have any questions and/or observations, please call me.

Sincerely,

DAVID ERIC BERNSEN

P.S. The National League Champion, Houston Astros, will raise the National League Pennant on April 3, 2006. I firmly believe that the Justices of the United States Court of Appeals for the Federal Circuit , as all good Americans, will agree to continue mere oral argument in *Porter v.*

*United States*, No. 05-5105 (Fed. Cir.) for the opening day of baseball season. We would enjoy having you here and attend this historic event.

DEB/amf

cc: Kenneth Engerrand **Via Facsimile: 713.629.5027**
Allen Hemphill **Via Facsimile: 713.629.5027**

C:/Cases/Oyster/Court of Federal Claims/Correspondence/D'Alessandris depos go forward