COPY

**U.S. Department of Justice**

Civil Division
Telephone: (202) 307-1011

PDK:DMC:DFD'Alessandris
DJ 154-05-840

*Washington, DC 20530*

March 23, 2006

**BY FACSIMILE AND FIRST CLASS MAIL**

David E. Bernsen
Law Office of David E. Bernsen, P.C.
P.O. Box 822
Beaumont, TX 77704

Re: Fisherman's Harvest, Inc., et al v. United States, No. 05-840C (Fed. Cl.)

Dear Mr. Bernsen:

I am writing to inform you that the images of the remaining documents being produced in response to your requests for production will be sent by overnight mail on Friday. If you would like for me to request Saturday delivery, please let me know. The volume of documents was greater than I had anticipated, and we will be unable to image the documents in time for a Federal Express pick-up this evening.

Additionally, I wish to inform you that we will not be producing Mr. Few and Ms. Murphy for deposition on March 29 and March 30. As I am sure you are aware, we have filed a motion for a protective order with the Court of Federal Claims. Producing our witnesses on March 29 and 30, 2006, could subject our witnesses to further deposition and would impose undue burden upon the United States. I note that Mr. Sherwood, counsel for Bertucci Contracting Corporation ("Bertucci"), has also objected to the scheduling of these depositions, and has indicated that Bertucci also reserves its right to further depose our witnesses. Due to these changed circumstances, I cannot allow the depositions to proceed until the court acts upon the pertinent outstanding motions.

Very truly yours,

DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation Branch

cc: Paul W. O'Finan
Kenneth G. Engerrand

**EXHIBIT "F"**