**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., et al** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **WEEKS MARINE, INC.** | § | **NO. 05 -840 C and** |
| | § | **NO. 05-1044 C** |
| **Intervenor Plaintiff** | § | **(CONSOLIDATED)** |
| | § | **(Chief Judge Damich)** |
| **v.** | § | |
| | § | |
| **THE UNITED STATES** | § | |
| | § | |
| **Defendant.** | § | |

**PROPOSED ORDER ON PLAINTIFFS' RESPONSE TO**
**INTERVENOR, WEEKS MARINE, INC.'S, MOTION FOR PROTECTIVE ORDER**

ON THIS DAY, came on to be heard Plaintiffs', FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W. F. CHILDRESS and ALTON LEE KELLY, Response to Intervenor, Weeks Marine, Inc.'s, Motion for Protective Order, and the Court having considered the Motion, response, and arguments of counsel, is of the opinion that it is well taken and should in all things be GRANTED. It is therefore,

ORDERED, ADJUDGED AND DECREED that the scheduling order is hereby amended, that Plaintiffs' Expert Reports shall now be due on or before May 15, 2006, and Defendant's and Intervenor's Expert Reports shall now be due on or before June 15, 2006, with all other matters remaining in tact, as stated on the original scheduling order, and finds that the depositions of Mr. J. M. Fail and Mr. Keith Latiolais will take place on April 26, 2006 and April 27, 2006, respectively, in the Houston offices of Brown Sims, P.C.

SIGNED on this the _____ day of ____________________, 2006.

______________________________________
CHIEF JUDGE EDWARD J. DAMICH
UNITED STATES COURT OF FEDERAL CLAIMS