**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., et al** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **WEEKS MARINE, INC.** | § | **NO. 05 -840 C and** |
| | § | **NO. 05-1044 C** |
| **Intervenor Plaintiff** | § | **(CONSOLIDATED)** |
| | § | **(Chief Judge Damich)** |
| **v.** | § | |
| | § | |
| **THE UNITED STATES** | § | |
| | § | |
| **Defendant.** | § | |

**PLAINTIFFS' REQUEST/MOTION FOR STATUS CONFERENCE/HEARING**

Come now, FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W. F. CHILDRESS and ALTON LEE KELLY, Plaintiffs in the above-entitled and numbered cause, and make and file this Plaintiffs' Request/Motion for Status Conference/Hearing and would respectfully show unto the Court the following:

## I.
## INTRODUCTION

1. This Court has entered a scheduling order on January 25, 2006 [Doc. 30].

2. Pursuant to such scheduling order, Plaintiffs' Expert Reports are due on April 14, 2006.

3. Plaintiffs have noticed several depositions for March 29 and 30, 2006 and for April 3 and 4, 2006.

4. Defendant, The United States, has filed its Motion for Protective Order [Doc. 46].

5. Intervenor Plaintiff, Weeks Marine, Inc., has filed its Motion for Protective Order [Doc. 45].

6. Defendant, The United States, has unilaterally refused to produce witnesses that it agreed to produce and that were properly noticed.

7. Plaintiffs have filed their response in opposition to Defendant, The United States', Motion for Protective Order [Doc. 47] and their response in opposition to Intervenor Plaintiff, Weeks Marine, Inc.'s, Motion for Protective Order [Doc. 48].

8. The Plaintiffs request that these various motions and responses be set for status conference/hearing on Monday, March 27, 2006, or as soon as possible because of the time restraints of the scheduling order and the notices of depositions.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs, Fisherman's Harvest, Inc., C. Joe Nelson, Jr., Doris Mae Nelson, Vanessa Jo Nelson Vallejo, Vickie Jo Nelson Salazar, W. F. Childress, Childress Seafood, Inc. and Alton Lee Kelly, pray for the Court to set Plaintiffs' Response to Defendant, The United States', Motion for Protective Order and Plaintiffs' Response to Intervenor, Weeks Marine, Inc.'s, Motion for Protective Order for status conference/hearing on Monday, March 27, 2006, or as soon as possible before the first scheduled deposition of Wednesday, March 29, 2006, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

By: *s/ David E. Bernsen*

DAVID ERIC BERNSEN
Southern District of Texas Bar No. 83425
Texas State Bar No. 02217500
LAW OFFICE OF DAVID E. BERNSEN, P.C.
Post Office Box 822
Beaumont, Texas 77704
(409) 832-1957
(409) 832-2211 [FACSIMILE]

andrea@davidbernsen.com

ATTORNEY FOR PLAINTIFFS
FISHERMAN'S HARVEST, INC.,
C. JOE NELSON, JR., DORIS MAE
NELSON, VANESSA JO NELSON
VALLEJO AND VICKIE JO NELSON
SALAZAR

AND

A. MARK FAGGARD
Texas State Bar No. 06772000
A. MARK FAGGARD, P.C.
550 Fannin Street, Suite 1141
Beaumont, Texas 77701
(409) 835-4300
(409) 835-4335 [FACSIMILE]
amark-f@sbcglobal.net

OF COUNSEL TO ATTORNEY FOR
PLAINTIFFS FISHERMAN'S HARVEST,
INC., C. JOE NELSON, JR., DORIS
MAE NELSON, VANESSA JO NELSON
VALLEJO AND VICKIE JO NELSON
SALAZAR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument has been filed electronically in accordance with the rules of this Court on this the 24th day of March, 2006.

s/ David E. Bernsen
DAVID E. BERNSEN
E-mail: andrea@davidbernsen.com

David F. D'Alessandris
ATTORNEY FOR DEFENDANT
THE UNITED STATES
Trial Attorney
Commercial Litigation Branch

Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
TEL: (202) 307-1011
FAX: (202) 514-8624

P. Alex Petty
Ana-Valli Gordon
OF COUNSEL TO ATTORNEY FOR
DEFENDANT THE UNITED STATES
Assistant District Counsel
United States Army Corps
of Engineers
Galveston District
2000 Fort Point Road
Galveston, Texas 77550

Kenneth G. Engerrand
ATTORNEY FOR INTERVENOR
PLAINTIFF WEEKS MARINE, INC.
Brown Sims, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Phone: (713) 629-1580
Fax: (713) 629-5027

Allen D. Hemphill
OF COUNSEL TO ATTORNEY FOR
INTERVENOR PLAINTIFF WEEKS
MARINE, INC.
Brown Sims, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Phone: (713) 629-1580
Fax: (713) 629-5027

Paul O'Finan
ATTORNEY FOR PLAINTIFFS
CHILDRESS SEAFOOD, INC.,
W. F. CHILDRESS AND ALTON
LEE KELLY
9597 Jones Road, #317

Houston, Texas 77065
Phone: (713) 202-1776
Fax: (713) 683-1783
E-Mail: fionnain@isp.com

Shannon T. Nash
OF COUNSEL TO ATTORNEY FOR
PLAINTIFFS CHILDRESS SEAFOOD,
INC., W. F. CHILDRESS AND ALTON
LEE KELLY
Tolleson & Nash
26510 Keith Street
Spring, Texas 77373
TEL: (281) 350-3900
FAX: (281) 350-9977