**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., et al** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **WEEKS MARINE, INC.** | § | **NO. 05 -840 C and** |
| | § | **NO. 05-1044 C** |
| **Intervenor Plaintiff** | § | **(CONSOLIDATED)** |
| | § | **(Chief Judge Damich)** |
| **v.** | § | |
| | § | |
| **THE UNITED STATES** | § | |
| | § | |
| **Defendant.** | § | |

**PROPOSED ORDER ON PLAINTIFFS' REQUEST/MOTION FOR STATUS CONFERENCE/HEARING**

ON THIS DAY, came on to be heard Plaintiffs', FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W. F. CHILDRESS and ALTON LEE KELLY, Request/Motion for Status Conference/Hearing. After considering Plaintiffs' request for a status conference/hearing on Plaintiffs' Request/Motion for Status Conference/Hearing, the Court

GRANTS Plaintiffs' request for hearing and sets the Plaintiffs' Response to Defendant, The United States', Motion for Protective Order and Plaintiffs' Response to Intervenor, Weeks Marine, Inc.'s, Motion for Protective Order for hearing on ____________________, 2006, at _______ a.m./p.m.

SIGNED on this the _____ day of _____________________, 2006.

_____________________________________
CHIEF JUDGE EDWARD J. DAMICH
UNITED STATES COURT OF FEDERAL CLAIMS