**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., et al** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **WEEKS MARINE, INC.** | § | **NO. 05 -840 C and** |
| | § | **NO. 05-1044 C** |
| **Intervenor Plaintiff** | § | **(CONSOLIDATED)** |
| | § | **(Chief Judge Damich)** |
| **v.** | § | |
| | § | |
| **THE UNITED STATES** | § | |
| | § | |
| **Defendant.** | § | |

**PLAINTIFFS' SUR-REPLY TO DEFENDANT, THE UNITED STATES', REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Come now, FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W. F. CHILDRESS and ALTON LEE KELLY, Plaintiffs in the above-entitled and numbered cause, and make and file this their Sur-Reply to Defendant, The United States', Reply to Plaintiffs' Response to Defendant's Motion for Protective Order and would respectfully show unto the Court the following:

## I.
## INTRODUCTION

1. Defendant, The United States, filed its Reply on Monday, March 27, 2006. Defendant, The United States, is incorrect in its statement that it first became aware of potential for further depositions of the USACE's witnesses on March 20, 2006. [Doc. 50].

2. Defendant, The United States, knew prior to its March 3, 2006 agreement that there was a possibility that Bertucci Contracting Corporation and Luhr Bros., Inc. might be added as parties

in this suit by virtue of the January 31, 2006 Intervenor's Motion for Leave to Join as Parties and Join Claims Against Bertucci Contracting Corporation and Luhr Bros. Inc. [Doc. 31-1].

3. Defendant, The United States, by and through its counsel of record, mailed his March 10, 2006 letter, acknowledging that Plaintiffs had served counsel for Bertucci Contracting Corporation and Luhr Bros., Inc. with copies of the Notices of Depositions of Murphy and Few and stated further,

"Accordingly, the United States will not permit Mr. Few and Ms. Murphy to be examined by counsel for Bertucci or Luhr. **If the Court issues an order joining Bertucci and Luhr before the date of depositions, we will, of course, permit counsel for the joined parties to participate**." (Exhibit "A").

4. The Federal Circuit did indeed file a notice to show cause why Plaintiffs' appeal should be dismissed. Plaintiffs have responded to the Court's Notice to Show Cause. (Exhibit "B").

## II.
## ARGUMENT

5. Defendant, The United States', argument as to why it breached its agreement to produce the witnesses, Murphy and Few, is without merit.

First, Defendant, The United States, knew or should have known that this Court could grant Weeks Marine, Inc.'s motion for leave at any time after January 31, 2006.

Second, Plaintiffs attempted to include Bertucci & Luhr's counsel in the depositions of Murphy and Few and counsel for Defendant, The United States, refused to allow this and **acknowledged** that if the Court ruled on the motion for leave before the depositions, that he "would allow Luhr and Bertucci to participate." For Defendant, The United States, to now say it

was not aware until March 20, 2006, defies logic and the facts. The letter of March 10, 2006 (Exhibit “A”) shows the knowledge and intent of Defendant, The United States, as of that date.

However, this Court will remember that the issue of joining additional parties was discussed during the status conference on January 24, 2006.

Finally, the statement of counsel that the Court of Appeals for the Federal Circuit will not be able to provide guidance is a bit premature and should and does not have any bearing on the issue before this Court. The Plaintiffs filed a Notice of Appeal within the proper time frame and the appeal is proceeding. (Exhibit “C”).

Whether or not this appeal is proper, successful and/or unsuccessful has no bearing on whether Defendant, The United States, can unilaterally cancel depositions after schedules of the attorneys, parties (Plaintiffs), court reporters and videographers have been arranged and prepared.

To cancel these depositions at this late notice will cause great hardship on the Plaintiffs.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs, Fisherman's Harvest, Inc., C. Joe Nelson, Jr., Doris Mae Nelson, Vanessa Jo Nelson Vallejo, Vickie Jo Nelson Salazar, W. F. Childress, Childress Seafood, Inc. and Alton Lee Kelly, respectfully request that the Court grant Plaintiffs’ Response to Defendant, The United States’, Motion for Protective Order and pray for the Court to enter an order denying the Defendant, The United States’, Motion for Protective Order and order that Plaintiffs be allowed to take the depositions agreed to and scheduled for March 29 and 30, 2006 (Murphy and Few), or in the alternative, Plaintiffs would ask that the Court amend the scheduling order to allow for additional time to depose witnesses prior to Plaintiffs’ Expert Reports’ deadline, moving the April 14, 2006 deadline for Plaintiffs’ Expert Reports to May 15, 2006, and moving Defendant’s and Intervenor’s Expert Reports’ deadline to

June 15, 2006, with all other matters on the scheduling order of this Honorable Court remaining in tact, as stated, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

By: s/ David E. Bernsen
DAVID ERIC BERNSEN
Southern District of Texas Bar No. 83425
Texas State Bar No. 02217500
LAW OFFICE OF DAVID E. BERNSEN, P.C.
Post Office Box 822
Beaumont, Texas 77704
(409) 832-1957
(409) 832-2211 [FACSIMILE]
andrea@davidbernsen.com

ATTORNEY FOR PLAINTIFFS FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO AND VICKIE JO NELSON SALAZAR

AND

A. MARK FAGGARD
Texas State Bar No. 06772000
A. MARK FAGGARD, P.C.
550 Fannin Street, Suite 1141
Beaumont, Texas 77701
(409) 835-4300
(409) 835-4335 [FACSIMILE]
amark-f@sbcglobal.net

OF COUNSEL TO ATTORNEY FOR PLAINTIFFS FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO AND VICKIE JO NELSON SALAZAR

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument has been filed electronically in accordance with the rules of this Court on this the 27th day of March, 2006.

*s/ David E. Bernsen*
DAVID E. BERNSEN
E-mail: andrea@davidbernsen.com

David F. D'Alessandris
ATTORNEY FOR DEFENDANT
THE UNITED STATES
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
TEL: (202) 307-1011
FAX: (202) 514-8624

P. Alex Petty
Ana-Valli Gordon
OF COUNSEL TO ATTORNEY FOR
DEFENDANT THE UNITED STATES
Assistant District Counsel
United States Army Corps
of Engineers
Galveston District
2000 Fort Point Road
Galveston, Texas 77550

Kenneth G. Engerrand
Allen D. Hemphill
ATTORNEYS FOR INTERVENOR
PLAINTIFF WEEKS MARINE, INC.
Brown Sims, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Phone: (713) 629-1580
Fax: (713) 629-5027

Paul O'Finan
ATTORNEY FOR PLAINTIFFS
CHILDRESS SEAFOOD, INC.,
W. F. CHILDRESS AND ALTON
LEE KELLY
9597 Jones Road, #317
Houston, Texas 77065
Phone: (713) 202-1776
Fax: (713) 683-1783
E-Mail: fionnain@isp.com

Shannon T. Nash
OF COUNSEL TO ATTORNEY FOR
PLAINTIFFS CHILDRESS SEAFOOD,
INC., W. F. CHILDRESS AND ALTON
LEE KELLY
Tolleson & Nash
26510 Keith Street
Spring, Texas 77373
TEL: (281) 350-3900
FAX: (281) 350-9977