**U.S. Department of Justice**

Civil Division
Telephone: (202) 307-1011

PDK:DMC:DFD'Alessandris
DJ 154-05-840

*Washington, DC 20530*

March 10, 2006

**BY FAX AND FIRST CLASS MAIL**

David E. Bernsen
Law Office of David E. Bernsen, P.C.
P.O. Box 822
Beaumont, TX 77704

Re: Fisherman's Harvest, Inc., et al v. United States, No. 05-840C (Fed. Cl.)

Dear Mr. Bernsen:

I am in receipt of your notices of oral deposition for Mr. Few and Ms. Murphy. Contrary to your statement in the deposition notice, plaintiffs may not "designate" these deponents to "testify on behalf of the United States Army Corps of Engineers." Mr. Few and Ms. Murphy will be produced as fact witnesses, and will testify to the best of their recollection as to the facts involved in this action. While their testimony may be cited as evidence, they will not testify "on behalf" of the Government, and their answers will not be binding upon the United States.

Additionally, I notice that you have served counsel for Bertucci Contracting Corporation and Luhr Bros., Inc. with copies of the notice of deposition. Although there is a motion pending to join these parties, they are not, at this time, parties to this action. Accordingly, the United States will not permit Mr. Few and Ms. Murphy to be examined by counsel for Bertucci or Luhr. If the Court issues an order joining Bertucci or Luhr before the date of deposition, we will, of course, permit counsel for the joined parties to participate.

Very truly yours,

David D'Alessandris

DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation Branch

EXHIBIT "A"

TOTAL P.02