2006-1208

---

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

---

FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON-VALLEJO, VICKIE JO NELSON-SALAZAR, CHILDRESS SEAFOOD, INC., W.F. CHILDRESS, ALTON LEE KELLY, and NELSON PLAINTIFF'S FISHERMAN'S HARVEST, INC.,

Plaintiffs-Appellants,

V.

PBS&J (Formerly known as Espey, Huston & Associates, Inc.), and BERTUCCI CONTRACTING CORPORATION, and BRADLEY INDUSTRIAL TEXTILES, INC., and NICOLON CORPORATION (also known as Ten Cate Nicolon), and HUSTON ASSOCIATES, INC., Defendants-Appellees, and

WEEKS MARINE, INC., Defendant/Third Party Plaintiff-Appellee

V.

UNITED STATES ARMY CORPS OF ENGINEERS,
Third Party Defendant/Appellee

---

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS IN CASE NO. 3:05-CV-151, JUDGE SAMUEL B. KENT

---

RESPONSE TO SHOW CAUSE COURT ORDER DATED MARCH 16, 2006

PAUL W. O'FINAN
9597 Jones Road #317
Houston, Texas 77065
(713) 202-1776

Appellate Attorney for Plaintiffs/Appellants

March 20, 2006



EXHIBIT "B"

1.01 Appellants initially filed a timely notice of appeal directed at the United States Court of Appeals for the Fifth Circuit. Upon review of that notice of appeal, the Appellants filed an Amended Notice of Appeal directed at the United States Court of Appeals for the Federal Circuit on January 13, 2006. See Exhibit A.

1.02 The 1st Amended Notice of Appeal, timely filed on January 13, 2006, was filed by Shannon T. Nash on behalf of all Plaintiffs. Id.

1.03 As the Court noted in its order dated March 16, 2006, a Notice of Appeal was filed on January 19, 2006. That notice was filed in error and should be considered moot since the 1st Amended Notice of Appeal was filed six days earlier.

1.04 Appellants pray that the Court set aside its order of March 16, 2006 and that the Court issue an order declaring that the Appellants' 1st Amended Notice of Appeal filed on January 13, 2006 is the controlling notice of appeal and that it was timely filed.

Respectfully submitted,

Paul W. O'Finan
Texas Bar No. 24027376
Federal ID 30719
9597 Jones Road #317
Houston, Texas 77065
(713) 202-1776
(713) 683-1783 Fax

Appellate Attorney for Appellants

## CERTIFICATE OF SERVICE

I certify that the forgoing Response to the Court's Show Cause Order was served on all opposing counsel via first Class U. S. Mail and/or fax transmission on this the 20th day of March, 2006.

Paul W. O'Finan

Via 1st Class Mail:

Kenneth G. Engerrand
Brown Simms, P. C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007

F. William Mahley
Strasburger & Price, L.L.P.
1401 McKinney, Suite 2200
Houston, Texas 77010-4035

A. Mark Faggard
A. Mark Faggard, P. C.
550 Fannin Street, Suite 1141
Beaumont, Texas 77701

David Eric Bernsen
Law Office of David Bernsen, P. C.
P. O. Box 822
Beaumont, Texas 77704

Carleton A. Davis
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 140
Austin, Texas 78701-4043

William A. Sherwood
McFall, Sherwood & Breibeil
1250 Four Houston Center
1331 Lamar Street, Suite 1250
Houston, Texas 77010-3027

Jill Schaar
Locke, Liddell & Sapp L.L.P.
600 Travis, Suite 3400
Houston, Texas 77002-3095

Paul G. Preston
Preston & Cowan L.L.P.
909 Fannin, Suite 1400
Houston, Texas 77010-1006

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**
**FILE NUMBER G-05-151**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W.F. CHILDRESS AND ALTON LEE KELLY** | § | **1ST AMENDED NOTICE OF APPEAL** |
| **VS.** | § | |
| **PBS&J FORMERLY ESPY, HUSTON & ASSOCIATES, INC., BERTUCCI CONTRACTING CORPORATION AND WEEKS MARINE, INC.** | § | |

Notice is hereby given that all the Plaintiff's in the above named and styled case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the Trial Court's Order transferring this case to the United States Court of Federal Claims entered in this action on the 16th day of November 2005.

s/ Shannon T. Nash
Shannon T. Nash
Texas Bar No. 14811620
26510 Keith Street
Spring, Texas 77373
(281) 350-3900
(281) 350-9977 fax

Attorney for Plaintiffs, Childress Seafood, Inc. and W. F. Childress

PLAINTIFF'S EXHIBIT
A

**CERTIFICATE OF SERVICE**

I certify that on this the 13th day of January 2006, I served Defendants with Plaintiffs' Notice of Appeal via the Court's electronic filing system and U. S. First Class Mail to:

Kenneth G. Engerrand
Brown Simms, P. C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007

F. William Mahley
Strasburger & Price, L. L. P.
1401 McKinney, Suite 2200
Houston, Texas 77010-4035

A. Mark Faggard
A. Mark Faggard, P. C.
550 Fannin Street, Suite 1141
Beaumont, Texas 77701

David Eric Bernsen
Law Office of David Bernsen, P. C.
P. O. Box 822
Beaumont, Texas 77704

Carleton A. Davis
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 140
Austin, Texas 78701-4043

William A. Sherwood
McFall, Sherwood & Breibeil
1250 Four Houston Center
1331 Lamar Street, Suite 1250
Houston, Texas 77010-3027

Devon H. Decker
Preston & Cowan, L. L. P.
909 Fannin Street, Suite 1400
Houston, Texas 77010-1006

Jill Schaar
Locke, Liddell & Sapp L.L.P.
600 Travis, Suite 3400
Houston, Texas 77002-3095

Paul G. Preston
Preston & Cowan L.L.P.
909 Fannin, Suite 1400
Houston, Texas 77010-1006

s/Shannon T. Nash
Shannon T. Nash