Case 3:05-cv-001 Document 96 Filed 01/13/2006 Page 1 of 2

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**
**FILE NUMBER G-05-151**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W.F. CHILDRESS AND ALTON LEE KELLY** | § § § § § § § | **1ST AMENDED NOTICE OF APPEAL** |
| | § | |
| **VS.** | § | |
| | § | |
| **PBS&J FORMERLY ESPY, HUSTON & ASSOCIATES, INC., BERTUCCI CONTRACTING CORPORATION AND WEEKS MARINE, INC.** | § § § § | |

Notice is hereby given that all the Plaintiff's in the above named and styled case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the Trial Court's Order transferring this case to the United States Court of Federal Claims entered in this action on the 16th day of November 2005.

s/ Shannon T. Nash
Shannon T. Nash
Texas Bar No. 14811620
26510 Keith Street
Spring, Texas 77373
(281) 350-3900
(281) 350-9977 fax

Attorney for Plaintiffs, Childress Seafood, Inc. and W. F. Childress

**EXHIBIT "C"**

Case 3:05-cv-001 Document 96 Filed 01/13/2006 Page 2 of 2

## CERTIFICATE OF SERVICE

I certify that on this the 13th day of January 2006, I served Defendants with Plaintiffs' Notice of Appeal via the Court's electronic filing system and U. S. First Class Mail to:

Kenneth G. Engerrand
Brown Simms, P. C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007

F. William Mahley
Strasburger & Price, L. L. P.
1401 McKinney, Suite 2200
Houston, Texas 77010-4035

A. Mark Faggard
A. Mark Faggard, P. C.
550 Fannin Street, Suite 1141
Beaumont, Texas 77701

David Eric Bernsen
Law Office of David Bernsen, P. C.
P. O. Box 822
Beaumont, Texas 77704

Carleton A. Davis
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 140
Austin, Texas 78701-4043

William A. Sherwood
McFall, Sherwood & Breibeil
1250 Four Houston Center
1331 Lamar Street, Suite 1250
Houston, Texas 77010-3027

Devon H. Decker
Preston & Cowan, L. L. P.
909 Fannin Street, Suite 1400
Houston, Texas 77010-1006

Jill Schaar
Locke, Liddell & Sapp L.L.P.
600 Travis, Suite 3400
Houston, Texas 77002-3095

Paul G. Preston
Preston & Cowan L.L.P.
909 Fannin, Suite 1400
Houston, Texas 77010-1006

s/Shannon T. Nash
Shannon T. Nash