# In the United States Court of Federal Claims

No. 05-840 C and No. 05-1044 C
(CONSOLIDATED)
(Filed: March 27, 2006)

| | |
|---|---|
| ********************************** | |
| | * |
| **FISHERMAN'S HARVEST, INC., et al.**, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **WEEKS MARINE, INC.** | * |
| | * |
| Intervenor Plaintiff | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

## ORDER

On January 31, 2006, Intervenor filed a Motion for Leave to Join as Parties and Join Claims Against Bertucci Contracting Corporation and Luhr Bros. Inc. Plaintiffs followed by filing a Motion to Strike Intervenor's Motion and a Motion for Separate Trials on February 15, 2006. On March 14, 2006, Intervenor filed a Motion for Leave to File a Sur-Reply to Plaintiffs' Reply to Intervenor's Response to Plaintiffs' Motion to Strike Intervenor's Motion and Motion for Separate Trials.

On March 17, 2006, Intervenor filed a Motion for Protective Order under Rule 26(c) of the Rules of the Court of Federal Claims ("RCFC"), requesting the Court to prohibit the taking of the depositions of Mr. J.M. Fail and Mr. Keith Latiolais on April 3, 2006, and April 4, 2006, respectively. On March 21, 2006, Defendant filed a Motion for Protective Order under RCFC 26(c), requesting the Court to prohibit the taking of the depositions of Ms. Carolyn Murphy and Mr. James Few on March 29, 2006, and March 30, 2006, respectively.

On March 24, 2006, Plaintiffs filed a Motion for a Status Conference.

The Court hereby DENIES Intervenor's Motion to File a Sur-Reply because Intervenor has not demonstrated sufficient reasons for why filing of a sur-reply is necessary. The Court GRANTS Intervenor's Motion for a Protective Order and Defendant's Motion for a Protective

Order. The depositions of Mr. Fail, Mr. Latiolais, Ms. Murphy, and Mr. Few shall be rescheduled after the Court's decision on Intervenor's Motion for Leave to Join as Parties and Join Claims Against Bertucci Contracting Corporation and Luhr Bros. Inc. The Court DENIES Plaintiffs' Motion for a Status Conference as moot.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge