**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., et al** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **WEEKS MARINE, INC.** | § | **NO. 05 -840 C and** |
| | § | **NO. 05-1044 C** |
| **Intervenor Plaintiff** | § | **(CONSOLIDATED)** |
| | § | **(Chief Judge Damich)** |
| **v.** | § | |
| | § | |
| **THE UNITED STATES** | § | |
| | § | |
| **Defendant.** | § | |

**PROPOSED ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE DEADLINE FOR FILING PLAINTIFFS', DEFENDANT'S AND INTERVENOR PLAINTIFF'S EXPERT REPORTS**

ON THIS DAY, came on to be heard Plaintiffs', FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W. F. CHILDRESS and ALTON LEE KELLY, Unopposed Motion to Enlarge Deadline for Filing Plaintiffs', Defendant's and Intervenor Plaintiff's Expert Reports, and the Court having considered the Motion, response, and arguments of counsel, is of the opinion that it is well taken and should in all things be GRANTED. It is therefore,

ORDERED, ADJUDGED AND DECREED that the scheduling order is hereby amended, that Plaintiffs' Expert Reports shall now be due on or before ____________________, and Defendant's and Intervenor's Expert Reports shall now be due on or before ____________________, with all other matters remaining as stated on the original scheduling order.

SIGNED on this the _____ day of ____________________, 2006.

____________________________________
CHIEF JUDGE EDWARD J. DAMICH
UNITED STATES COURT OF FEDERAL CLAIMS