IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., et al | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| WEEKS MARINE, INC. | § | NO. 05-840 C and |
| | § | NO. 05-1044 C |
| Intervenor Plaintiff | § | (Consolidated) |
| | § | (Chief Judge Damich) |
| v. | § | |
| | § | |
| THE UNITED STATES | § | |
| | § | JURY DEMANDED |
| Defendant. | § | |

**WEEKS MARINE, INC.'S MOTION FOR ENLARGEMENT OF TIME**

Intervenor, Weeks Marine, Inc., respectfully moves this Court to grant it a brief enlargment of time of one week to file its response to the Court's recent order of September 8, 2006.

In that order, the Court requires Weeks Marine to explain the basis of its claims against the United States for contribution and indemnity. It requires Weeks Marine to file a memorandum of its position and also to adduce any evidence in support of the contribution and indemnity claims. Currently, the order requires Weeks Marine to respond within one week from the date of the order, that is, by Friday, September 15, 2006.

However, all of the attorneys working on this case have prior commitments that make it extremely difficult, if not impossible, to file a meaningful response within the current one-week response period. As a result, Weeks Marine asks this Court to grant it a brief one-week extension of time, until Friday, September 22, 2006, to file the requested response. Such a brief extension will not result in any appreciable delay in this case.

Weeks Marine has contacted the opposing attorney for the United States, and he is unopposed to the filing of this motion.

Respectfully submitted,

By: /s/ Kenneth G. Engerrand

Kenneth G. Engerrand
Texas Bar No. 06619500
Allen D. Hemphill
Texas Bar No. 00796740
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
713-629-1580
713-629-5027 Fax

ATTORNEYS IN CHARGE FOR WEEKS MARINE, INC.

**CERTIFICATE OF CONFERENCE**

As mentioned above, Intervenor Weeks Marine, Inc. has conferred with the attorney for the United States (the other party subject to the Court's order, and the party from whom Weeks Marine is seeking contribution and indemnity and which has itself asserted a counterclaim), and was informed that the United States does not oppose this Motion. Although this Court's September 8, 2006 order was not directed at the Plaintiffs in this case, and although they do not appear to have an interest in that order, Weeks Marine also conferred with them to determine whether they were opposed to this Motion. Two of the three Plaintiffs' attorneys stated that they were unopposed to the Motion. Only Mr. O'Finan stated that he was opposed to the Motion.

/s/ Kenneth G. Engerrand
Kenneth G. Engerrand

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Weeks Marine Inc.'s Motion for Enlargement of Time has been filed electronically in accordance with the rules of this Court, on this the _12th_ day of September 2006, to wit:

A. Mark Faggard
A. Mark Faggard, P.C.
550 Fannin Street, Suite 1141
Beaumont, Texas 77701

David Eric Bernsen
Law Office of David Bernsen, P.C.
P.O. Box 822
Beaumont, Texas 77704

David D'Alessandris
Classification Unit 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Shannon T. Nash
Tolleson & Nash
26510 Keith Street
Spring, Texas 77373

Paul W. O'Finan
9597 Jones Road, #317
Houston, Texas 77065

/s/ Kenneth G. Engerrand
Kenneth G. Engerrand