IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., et al | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| WEEKS MARINE, INC. | § | NO. 05-840 C and |
| | § | NO. 05-1044 C |
| Intervenor Plaintiff | § | (Consolidated) |
| | § | (Chief Judge Damich) |
| v. | § | |
| | § | |
| THE UNITED STATES | § | |
| | § | JURY DEMANDED |
| Defendant. | § | |

**ORDER GRANTING ENLARGEMENT OF TIME**

The Court grants Intervenor Weeks Marine, Inc.'s Motion for Enlargement of Time to file a response to this Court's September 8, 2006 order. As a result, Weeks Marine, Inc. is granted up to and including Friday, September 22, 2006, to respond to this Court's September 8, 2006 order.

SIGNED on ________________________, 2006.

________________________________________

CHIEF JUDGE EDWARD J. DAMICH
UNITED STATES COURT OF FEDERAL CLAIMS