IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WEEKS MARINE, INC., | ) | No. 05-0840 C and No. 05-1044C |
| | ) | (CONSOLIDATED) |
| Intervenor Plaintiff, | ) | (Chief Judge Damich) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF COMPLIANCE

Pursuant to this Court's order dated September 8, 2005, defendant, the United States, respectfully submits the requested portions of contract DACW64-02-C-0034. Attached to this notice of compliance are the contract award (USACE-F-3-00262 - 63), contract clauses 52.236-6, -7, -9(b), and -13 (USACE-F-3-00335 - 37), the cover sheet and table of contents for the contract specifications (USACE-F-3-00491 - 92), specification section 01355 (USACE-F-3-00518 - 24), and specification section 02482 (USACE-F-3-00574 - 87). Should the Court so desire, we would be pleased to provide the Court with a courtesy copy of these documents, in their entirety, in electronic format.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ David D'Alessandris
DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Department of Justice
Telephone: (202) 307-0300

September 14, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 14, 2006, a copy of the forgoing “DEFENDANT’S NOTICE OF COMPLIANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ David D’Alessandris