# EXHIBIT D

Pursuant to this Court's order dated September 8, 2006, Intervenor Plaintiff, Weeks Marine, Inc , respectfully submits the following portions of invitation No. DACW64-02-B-0025 in support of its claim for indemnity or contribution from the United States and United States Army Corps of Engineers for Plaintiffs' alleged damages: The Accident Prevention section [52 236-13(d)]; the Special Contract Requirements, Standard [Section 00800-02, "Physical Data" FAR 52 236-4]; the General Requirements [Section 01039, "Partnering Agreement"]; the General Requirements [Section 01355, "Environmental Protection, Notification of Non-Compliance"]; the Geotextile Tubes [Section 02379, "2.3.2.2 - Long Tubes"]; Site Work [Section 02482 - Dredging, "3.4.2 Designated Placement Areas and Order of Placement," "3.4 2 2 Beneficial Use Site No. 2, New Marsh Restoration Area," "3 4.2.4 Beneficial Use Site No 4, New Oyster Reef Pad].

52 236-12 CLEANING UP (APR 1984)

The Contractor shall at all times keep the work area, including storage areas, free from accumulations of waste materials. Before completing the work, the Contractor shall remove from the work and premises any rubbish, tools, scaffolding, equipment, and materials that are not the property of the Government. Upon completing the work, the Contractor shall leave the work area in a clean, neat, and orderly condition satisfactory to the Contracting Officer.

52 236-13 ACCIDENT PREVENTION (NOV 1991)

(a) The Contractor shall provide and maintain work environments and procedures which will

(1) safeguard the public and Government personnel, property, materials, supplies, and equipment exposed to Contractor operations and activities;

(2) avoid interruptions of Government operations and delays in project completion dates; and

(3) control costs in the performance of this contract

(b) For these purposes on contracts for construction or dismantling, demolition, or removal of improvements, the Contractor shall-

(1) Provide appropriate safety barricades, signs, and signal lights;

(2) Comply with the standards issued by the Secretary of Labor at 29 CFR Part 1926 and 29 CFR Part 1910; and

(3) Ensure that any additional measures the Contracting Officer determines to be reasonably necessary for the purposes are taken

(c) If this contract is for construction or dismantling, demolition or removal of improvements with any Department of Defense agency or component, the Contractor shall comply with all pertinent provisions of the latest version of U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, in effect on the date of the solicitation.

(d) Whenever the Contracting Officer becomes aware of any noncompliance with these requirements or any condition which poses a serious or imminent danger to the health or safety of the public or Government personnel, the Contracting Officer shall notify the Contractor orally, with written confirmation, and request immediate initiation of corrective action. This notice, when delivered to the Contractor or the Contractor's representative at the work site, shall be deemed sufficient notice of the noncompliance and that corrective action is required. After receiving the notice, the Contractor shall immediately take corrective action. If the Contractor fails or refuses to promptly take corrective action, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. The Contractor shall not be entitled to any equitable adjustment of the contract price or extension of the performance schedule on any stop work order issued under this clause.

(e) The Contractor shall insert this clause, including this paragraph (e), with appropriate changes in the designation of the parties, in subcontracts.

52 236-15 SCHEDULES FOR CONSTRUCTION CONTRACTS (APR 1984)

(a) The Contractor shall, within five days after the work commences on the contract or another period of time determined by the Contracting Officer, prepare and submit to the Contracting Officer for approval three copies of a practicable schedule showing the order in which the Contractor proposes to perform the work, and the dates on which the Contractor contemplates starting and completing the several salient features of the work (including acquiring materials, plant, and equipment). The schedule shall be in the form of a progress chart of suitable scale to

indicate appropriately the percentage of work scheduled for completion by any given date during the period If the Contractor fails to submit a schedule within the time prescribed, the Contracting Officer may withhold approval of progress payments until the Contractor submits the required schedule.

(b) The Contractor shall enter the actual progress on the chart as directed by the Contracting Officer, and upon doing so shall immediately deliver three copies of the annotated schedule to the Contracting Officer If, in the opinion of the Contracting Officer, the Contractor falls behind the approved schedule, the Contractor shall take steps necessary to improve its progress, including those that may be required by the Contracting Officer, without additional cost to the Government In this circumstance, the Contracting Officer may require the Contractor to increase the number of shifts, overtime operations, days of work, and/or the amount of construction plant, and to submit for approval any supplementary schedule or schedules in chart form as the Contracting Officer deems necessary to demonstrate how the approved rate of progress will be regained.

(c) Failure of the Contractor to comply with the requirements of the Contracting Officer under this clause shall be grounds for a determination by the Contracting Officer that the Contractor is not prosecuting the work with sufficient diligence to ensure completion within the time specified in the contract Upon making this determination, the Contracting Officer may terminate the Contractor's right to proceed with the work, or any separable part of it, in accordance with the default terms of this contract.

52 236-21 SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION (FEB 1997)

(a) The Contractor shall keep on the work site a copy of the drawings and specifications and shall at all times give the Contracting Officer access thereto. Anything mentioned in the specifications and not shown on the drawings, or shown on the drawings and not mentioned in the specifications, shall be of like effect as if shown or mentioned in both. In case of difference between drawings and specifications, the specifications shall govern. In case of discrepancy in the figures, in the drawings, or in the specifications, the matter shall be promptly submitted to the Contracting Officer, who shall promptly make a determination in writing. Any adjustment by the Contractor without such a determination shall be at its own risk and expense. The Contracting Officer shall furnish from time to time such detailed drawings and other information as considered necessary, unless otherwise provided.

(b) Wherever in the specifications or upon the drawings the words "directed", "required", "ordered", "designated", "prescribed", or words of like import are used, it shall be understood that the "direction", "requirement", "order", "designation", or "prescription", of the Contracting Officer is intended and similarly the words "approved", "acceptable", "satisfactory", or words of like import shall mean "approved by," or "acceptable to", or "satisfactory to" the Contracting Officer, unless otherwise expressly stated.

(c) Where "as shown," "as indicated", "as detailed", or words of similar import are used, it shall be understood that the reference is made to the drawings accompanying this contract unless stated otherwise. The word "provided" as used herein shall be understood to mean "provide complete in place," that is "furnished and installed".

(d) Shop drawings means drawings, submitted to the Government by the Contractor, subcontractor, or any lower tier subcontractor pursuant to a construction contract, showing in detail (1) the proposed fabrication and assembly of structural elements, and (2) the installation (i e., fit, and attachment details) of materials or equipment. It includes drawings, diagrams, layouts, schematics, descriptive literature, illustrations, schedules, performance and test data, and similar materials furnished by the contractor to explain in detail specific portions of the work required by the contract The Government may duplicate, use, and disclose in any manner and for any purpose shop drawings delivered under this contract.

(e) If this contract requires shop drawings, the Contractor shall coordinate all such drawings, and review them for accuracy, completeness, and compliance with contract requirements and shall indicate its approval thereon as evidence of such coordination and review. Shop drawings submitted to the Contracting Officer without evidence of the Contractor's approval may be returned for resubmission. The Contracting Officer will indicate an approval or disapproval of the shop drawings and if not approved as submitted shall indicate the Government's reasons therefor Any work done before such approval shall be at the Contractor's risk. Approval by the Contracting Officer shall not

SECTION 00800 - SPECIAL CONTRACT REQUIREMENTS, STANDARD

1 CONTRACT DRAWINGS AND SPECIFICATIONS (AUG 2000) (DFARS 252.236-7001).

(a) The Government will provide the Contractor, without charge, one (1) set of contract drawings and specifications except publications incorporated into the technical provisions by reference, in electronic or paper media as chosen by the Contracting Officer

(b) The Contractor shall--

(1) Check all drawings furnished immediately upon receipt;

(2) Compare all drawings and verify the figures before laying out the work;

(3) Promptly notify the Contracting Officer of any discrepancies;

(4) Be responsible for errors which might have been avoided by complying with this Paragraph (b), and

(5) Reproduce and print contract drawings and specifications as needed.

(c) In general-

(1) Large-scale drawings shall govern small-scale drawings; and

(2) The Contractor shall follow figures marked on drawings in preference to scale measurements.

(d) Omissions from the drawings or specifications or the misdescription of details of work which are manifestly necessary to carry out the intent of the drawings and specifications, or which are customarily performed, shall not relieve the Contractor from performing such omitted or misdescribed details of the work. The Contractor shall perform such details as if fully and correctly set forth and described in the drawings and specifications

(e) The work shall conform to the specifications and the contract drawings identified on the following index of drawings:

| TITLE | FILE | DRAWING NO. |
| --- | --- | --- |
| Trinity River and Tributaries, Texas, Channel to Liberty at Smith Point in Chambers County, Texas, Dredging and Marsh Creation | TRIN 201-107 | 9 Sheets (See Index of Drawings) |

2. **PHYSICAL DATA (APR 1984) (FAR 52.236-4)** Data and information furnished or referred to below is for the Contractor's information. The Government shall not be responsible for the interpretation of or conclusion drawn from the data or information by the Contractor.

(a) The indications of physical conditions on the drawings and in the specifications are the result of site investigations by surveys.

(b) Weather Conditions. Under ordinary conditions, the mean tidal range is about 1 foot. The height of tide is largely dependent on the force, direction, and duration of the wind Strong northerly winds may depress the water surface as much as, and in some instances more than 2 feet below mean low tide, while southerly winds may raise the water surface as much as, and in some instances more than 4 feet above mean low tide

(c) Transportation Facilities. Public terminal facilities are available at Galveston and Houston, Texas. The work site can be reached from these points via the Houston Ship Channel and Galveston Bay Smith Point is served by all-weather roads from Interstate 10 near Anahuac

(d) Condition of Channel The general shape of the existing section of channel to be dredged is shown by cross sections on the contract drawings

(e) Channel Traffic. This reach of the channel is navigable only by skiffs and ~~very~~ shallow draft fishing boats. The traffic is not heavy ~~and will not~~ BUT WILL interfere with dredging operations to any great extent.

3. **PAYMENT FOR MOBILIZATION AND DEMOBILIZATION (DEC 1991) (DFARS 252.236-7004).**

(a) The Government will pay all costs for the mobilization and demobilization of all of the Contractor's plant and equipment at the contract lump sum price for this item:

(1) Sixty (60) percent of the lump sum price upon completion of the Contractor's mobilization at the work site.

(2) The remaining forty (40) percent upon completion of demobilization.

File 7678S INVITATION NO DACW64-02-B-0025

SECTION TABLE OF CONTENTS

GENERAL REQUIREMENTS

SECTION 01039 - PARTNERING


| PARAGRAPH | TITLE | PAGE NO. |
|---|---|---|
| **PART 1 - GENERAL** | | |
| 1.1 | PARTNERING AGREEMENT | 01039-01 |
| **PART 2 - PRODUCTS (Not Applicable)** | | |
| **PART 3 - EXECUTION (Not Applicable)** | | |




WEEKS/FH000316

File 7678S

INVITATION NO DACW64-02-B-0025

SECTION 01039 - PARTNERING

PART 1 - GENERAL

1.1 **PARTNERING AGREEMENT.** The parties agree that they will pursue, under a voluntary cooperative effort, the possibility of establishing and signing a partnering agreement between the primary parties involved in this project The purpose of such an agreement is to establish mutual goals and working agreements among these project participants Goals which may be established include completion of the project ahead of schedule, minimizing cost growth, avoiding litigation, promoting value engineering, cooperation among people and commitment to teamwork, and prevention of long-term shutdown or disruption of services to the facility If developed, the agreement will not be a legally binding document but will represent a commitment to work together toward common goals. Cost associated with implementing this partnership will be agreed to by both parties and will be shared equally with no change in contract price.

PART 2 - PRODUCTS (Not Applicable)

PART 3 - EXECUTION (Not Applicable)

--oOo--

File 7681S

INVITATION NO DACW64-02-B-0025

## SECTION 01355 - ENVIRONMENT PROTECTION

### PART 1 - GENERAL

1.1 **SCOPE OF WORK.** This Section covers prevention of environmental pollution and damage as the result of construction operations under this contract and for those measures set forth in other Sections of these specifications. For the purpose of this specification, environmental pollution and damage is defined as the presence of chemical, physical, or biological elements or agents which adversely affect human health or welfare; unfavorably alter ecological balances of importance to human life; affect other species of importance to man; or degrade the utility of the environment for aesthetic, cultural and historical purposes. The control of environmental pollution and damage requires consideration of air, water, and land, and includes management of visual aesthetics, noise, solid waste, radiant energy and radioactive materials, as well as other pollutants.

1.2 **QUALITY CONTROL.** The Contractor shall establish and maintain Quality Control for environmental protection of the items set forth herein. The Contractor shall record on daily reports problems in complying with laws, regulations, and ordinances, and the corrective action taken.

1.3 **SUBMITTALS.** The Contractor shall submit an Environmental Protection Plan in accordance with provisions as herein specified

1.3.1 Environmental Protection Plan shall include but not be limited to the following:

(1) A list of Federal, State and local laws, regulations, and permits concerning environmental protection, pollution control and abatement that are applicable to the Contractor's proposed operations and the requirements imposed by those laws, regulations and permits.

(2) Methods for Protection of Features to be preserved within authorized work areas. The Contractor shall prepare a listing of methods to protect resources needing protection, including trees, shrubs, vines, grasses and ground cover, landscape features, air and water quality, fish and wildlife, soil, historical, archeological, and cultural resources.

(3) Procedures to be Implemented to provide the required environmental protection and to comply with the applicable laws and regulations. The Contractor shall set out the procedures to be

followed to correct pollution of the environment due to accident, natural causes or failure to follow the procedures set out in accordance with the Environmental Protection Plan.

1.3.2 Implementation. Within 15 days after receipt of Notice to Proceed, the Contractor shall submit in writing the above Environmental Protection Plan. Approval of the Contractor's plan will not relieve the Contractor of its responsibility for adequate and continuing control of pollutants and other environmental protection measures.

1.4 **SUBCONTRACTORS.** Assurance of compliance with this Section by subcontractors will be the responsibility of the Contractor.

1.5 **NOTIFICATION OF NON-COMPLIANCE.** The Contracting Officer will notify the Contractor in writing of observed non-compliance with the aforementioned Federal, State, or local laws or regulations, permits and other elements of the Contractor's Environmental Protection Plan. The Contractor shall, after receipt of such notice, inform the Contracting Officer of proposed corrective action and take such action as may be approved. If the Contractor fails to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No time extensions shall be granted or costs or damages allowed to the Contractor for such suspension.

1.6 **PAYMENT.** No separate payment or direct payment will be made for the cost of the work covered under this Section and the work will be considered a subsidiary obligation of the Contractor.

**PART 2 - PRODUCTS (Not Applicable)**

**PART 3 - EXECUTION**

3.1 **PROTECTION OF ENVIRONMENTAL RESOURCES.** The environmental resources within the project boundaries and those affected outside the limits of permanent work under this contract shall be protected during the entire period of this contract. The Contractor shall confine its activities to areas defined by the drawings and specifications. Environmental protection shall be as stated in the following subparagraphs.

3.1.1 Protection of Land Resources. Prior to the beginning of construction, the Contractor shall identify the land resources to be preserved within the Contractor's work area. The Contractor shall not remove, cut, deface, injure, or destroy land resources including trees, shrubs, vines, grasses, top soil, and land forms without special permission from the Contracting Officer. Ropes, cables, or guys shall not be fastened to or attached to trees for anchorage unless specifically authorized. Where such special emergency use is permitted, the Contractor shall provide effective protection for land and vegetation resources as defined in the following subparagraphs.

individual weights can be concrete bags or some other smooth non-corrosive, degradable objects which are securely attached to the edge of the scour pad. Pockets sewn along the edge of the scour pad or some other approved method of ensuring the weights remain attached to the scour pad edges shall be provided.

2.3.2 Geotextile Tube.

2.3.2.1 General. The ~~non~~-woven shroud shall be attached so that it will cover not less than the upper one half of the geotextile tube after placement. The shroud shall be attached by a continuous seam to the woven geotextile tube material along both sides and ends of the tube. The composite seam, ~~which includes both the woven and non-woven material~~, shall be designed and manufactured such that it complies with the wide width strength requirement, when tested by tensile stress applied to the two (2) woven material pieces. If the Contractor elects to use butt joints, the manufacturer shall provide fabrication of adequate number and size of loops or straps at the ends of the tubes to facilitate handling and tie down. The material used for the straps, loops and the attachment to the tube (stitched or otherwise attached) shall be similar in strength to the geotextile tube material, and of adequate strength to hold the end of the tubes together prior to completion of filling of both tubes. Manufacturer- or Contractor-suggested alternate means of maintaining initial contact between tube ends, instead of the six ties, shall be submitted for approval in advance of manufacture of the tubes, and documented in the Construction Plan.

2.3.2.2 Long Tubes. The term "long tube" refers to tubes other than the eight "short circulation tubes" (100-foot length), to be placed at the locations shown. The lengths of all long tubes shall be determined by the Contractor, in consultation with the manufacturer. The Contractor shall be responsible for obtaining tubes of sufficient length to complete the placement, as shown. This includes ensuring allowance for typical reduction in the length of the filled tube, as compared to the flat, measured length, allowance for joints, or any other possible length reduction that can occur during placement. The tube number, and corresponding length and location of all long tubes shall be included in the Construction Plan. The number, and size of filling sleeves (ports) on the long tubes shall be determined by the Contractor, along with consideration of the manufacturer's recommendations, and shall appropriate for the type of equipment to be used, and proposed method of execution of filling. The spacing, and supporting details for setting of the spacing of the port sleeves for filling, shall be included in the Construction Plan. Each fill port shall consist of a geotextile sleeve having a length of at least 3 feet and circumference slightly greater than that of the dredge discharge pipe. In addition, a pressure relief port, similar in size to the filling port sleeves, shall be located not more than 5 feet from both ends of each tube to assist with initial filling and refilling of the ends of tubes at joints. The port sleeves shall be fabricated of the same geotextile as the tubes and shall be folded and sewn in accordance with the manufacturer's recommendations upon completion of filling. Loops or straps may be incorporated along the sides of the tube to facilitate deployment and anchoring. The loops or straps shall have similar tensile strength as the tube geotextile. Details and spacing of the ports shall be included in the Construction Plan. Fill ports shall consist of a geotextile sleeve having a length of at least 3 feet minimum and

10-inch diameter. The port sleeves shall be fabricated of the same geotextile as the tubes. Loops or straps may be incorporated along the sides of the tube to facilitate installation and anchoring. Seams shall be overlapped and folded. Geotextile tube seams shall be factory sewn.

2.3.2.3 Short Circulation Tubes The short circulation tubes of 100-foot length shall each have six (6) port sleeves with two (2) sewn near each end, and at 20-foot intervals along the tube. These oversized sleeves shall be fabricated to have an approximately 20-inch diameter with a length of 3 feet. Closure of these ports shall be accomplished using approved cords, composed of nylon or other sunlight and weather-resistant material. Short tubes shall not have UV shrouds.

2.3.3 Ultra-Violet Shrouds. The Ultra Violet (UV) non-woven shroud shall be attached to the woven geotextile tube material by a continuous seam along each side and end of the tube, and around each of the port sleeves. The Manufacturer shall supply the Contractor with cords or means by which the inlet sleeve can be temporarily, but securely closed so as to avoid material loss until such time as refilling may be required during the contract. Additionally, the manufacturer shall supply the Contractor with a design, sufficient materials and instructions by which the shroud material can be completely secured across the folded and sewn port sleeve after filling is complete. The closure shall completely cover the woven tube material, and have no loose edges or openings that can allow wave action to further open the closure, or allow debris to snag a loose edge, tearing or otherwise opening the shroud closure. The manufacturer's recommendations to accomplish the sleeve closure and the shroud cover closure shall be included in the Construction Plan. Short tubes do not require shroud closure of port sleeves.

**2.4 TESTS, INSPECTIONS, AND VERIFICATIONS.**

2.4.1 Manufacturer. For minimum test-value requirements that are not included in the standard manufacturer certification, including the anchor-tube seam, the results of a minimum of five (5) tests shall be provided by the manufacturer to verify compliance.

2.4.2 Contractor. The Contractor shall employ the services of a fully qualified, approved Geotextile Testing Laboratory to perform the required testing, listed in the Table of Required Testing. The laboratory shall be capable of performing each test and providing results within a reasonable period of time so the construction schedule will not be impacted. The tests shall be performed on the samples which will have been provided to the Contractor by the manufacturer, as specified in the Subparagraph: SD-14-Samples above. The Contractor shall notify the Contracting Officer when samples have been delivered to the laboratory. Following notification, the required tests will be directed by the Contracting Officer and the assignments provided in writing by FAX transmission within 2 working days after Contractor notification. The Contractor shall be responsible for the arrangements necessary to accomplish the number of tests specified below.

## PART 3 - EXECUTION

### 3.1 ESTIMATED QUANTITIES.

3.1.1 Required Dredging Prism. The total estimated quantity of material necessary to be removed from the required dredging prism, exclusive of allowable overdepth, to complete the work specified in the Paragraph: SCOPE OF WORK above, is 637,300 cubic yards in-place measurement, including anticipated shoaling occurring prior to the dates of the "before-dredging" sections.

3.1.2 Overdepth. The maximum amount of allowable overdepth dredging is estimated to be 166,400 cubic yards, in-place measurement, including anticipated shoaling occurring prior to the dates of the "before-dredging" sections.

3.1.3 Estimated Quantities. Within the limit of available funds, the Contractor will be required to excavate the entire quantity of material necessary to complete the work specified in the Paragraph: SCOPE OF WORK above, be it more or less than the amounts above estimated. The work is to be done in accordance with this contract and at the contract price or prices, subject to the provisions of the NON-REGULATED SPECIAL CONTRACT REQUIREMENTS CLAUSE entitled VARIATIONS IN ESTIMATED QUANTITIES - DREDGING.

**3.2 SECTIONS.** For the purpose of acceptance, the dredging work in the Bidding Schedule are divided into Sections, as follows:

| Section No. | From Station | To Station | Length of Section (Feet) | (1)(2) Prescribed Depth (CY) | (2) Allowable Overdepth (CY) | (2) Total Estimated (CY) |
|---|---|---|---|---|---|---|
| 1 | 240+00 | 271+00 | 3,100 | 116,800 | 34,400 | 151,200 |
| 2a | 271+00 | 288+00 | 1,700* | 53,800 | 0 | 53,800 |
| 2b | 271+00 | 288+00 | 1,700* | 19,000 | 18,900 | 37,900 |
| 3 | 288+00 | 310+00 | 2,200 | 69,100 | 24,400 | 93,500 |
| 4 | 310+00 | 340+00 | 3,000 | 140,400 | 33,200 | 173,600 |
| 5 | 340+00 | 370+00 | 3,000 | 139,700 | 33,300 | 173,000 |
| 6 | 370+00 | 390+00 | 2,000 | 98,500 | 22,200 | 120,700 |
| **TOTALS** | | | **15,000*** | **637,300** | **166,400** | **803,700** |

(1) The term "prescribed depth" is synonymous with the term "required depth" and "required dredging prism" used elsewhere in these specifications.

(2) Includes anticipated shoaling.

* Section 2a and Section 2b both extend from Station 271+00 to Station 288+00. Section 2a has a required depth of (-)7 feet MLT with no allowable overdepth. Section 2b has a required depth of (-)9 feet MLT plus 2 feet allowable overdepth.

**3.3 ORDER OF WORK.** The order of work is at the discretion of the Contractor with the exception of the following:

(1) Section 2a, Station 271+00 to Station 288+00 shall be dredged to the required depth of (-)7 feet MLT and shall be completed and accepted prior to commencing to dredge Section 2b, Station 271+00 to Station 288+00 from (-)7 feet MLT to the required depth of (-)9 feet MLT and the 2-foot allowable overdepth.

(2) Dredged material shall be placed in accordance with Subparagraph: Designated Placement Areas and Order of Placement below.

**3.4 PLACEMENT OF EXCAVATED MATERIAL**

3.4.1 General. The Contractor shall inspect the proposed Placement Area to ensure that using the area for placement operations will not place the Contractor in violation of the applicable Federal, State, or local statutes concerning fish and wildlife Particular statutes that the Contractor shall consider include, but are not limited to, are the Federal Migratory Bird Treaty Act and the Endangered Species Act of 1973. The material excavated shall be transported and deposited in the Placement Areas shown. Except as otherwise noted, material shall not be deposited or allowed to flow into project channels, a bayou or stream tributary to the Waterway, an existing drainage outlet ditch, canal, water intake, or outlet facility, nor shall materials be allowed to flow onto improved areas including highways and roads in or adjacent to the Placement Areas. In the event a channel or facility becomes shoaled as a result of the dredging or placement operations, the Contractor shall promptly remove these shoals and the material shall be placed in the designated Placement Areas. Dragging or washing operations to remove the shoals will not be permitted. Holes dug on the banks for deadmen or anchorage shall be filled. The Contractor shall adequately inspect placement operations in the Placement Areas daily to reduce the possibility of accidental breaching of levees and spillway with resulting spillage of dredged materials outside the Areas. If levee failures occur while materials are being pumped into the Placement Areas, dredging operations shall be stopped immediately, and the deposit of material in the Areas shall not be resumed until the confining structures have been restored to an approved condition. Materials shall be deposited so that no water is impounded and natural drainage is not obstructed. Once placement operations are completed in a confined area for which the Placement Area is being used, the boards on the spillway of that Placement Area shall be removed at a proper rate to allow drainage of the Area. Every effort has been made to give pertinent details on the location of utility pipelines, structures, and other facilities which may be encountered in performing the levee and spillway work. The data shown are substantially correct. However, the Contractor shall investigate existing conditions and satisfy itself as to the existence of additional utilities or other improvements which may interfere with the work herein specified. In confined areas, levee and other containment structures spillway work required shall be completed and accepted prior to placement operations in that Area. Confined areas shall be maintained in operational condition until completion and acceptance of the work under this contract, unless otherwise specified herein. The SPECIAL CONTRACT REQUIREMENTS, STANDARD CLAUSE entitled DAMAGE TO WORK is only applicable to damage of levees and other non-dredging items.

3.4.2 Designated Placement Areas and Order of Placement. Designated Placement Areas for this contract include Beneficial Use Site (BUS) No. 1, Smith Point Island Enhancement; BUS No. 2, New Marsh Restoration Area; BUS No.3, an unnamed island in the vicinity of Vingt-et-un Island; and BUS No. 4, a new Oyster Reef Pad. The Order of Placement into the Placement Areas shall be as elected by the Contractor, as long as the placement requirements for the various materials specified below are accomplished. The Contractor shall ensure that sufficient pipeline is available at the site, and in place throughout this contract, so fine-grained materials can be directed to BUS No. 2, when required, as specified below. The order of placement into the BUS No. 2 is specified below.

3.4.2.1 Beneficial Use Site No. 1, Smith Point Island Enhancement. This area shall be used to place dredged materials from Dredging Sections Nos. 1 and 2b. After completion of the rock breakwater, the Contractor shall place an approved silt barrier on the interior slope of the breakwater to prevent migration of material through the rock. The barrier shall be initially placed adjacent to the discharge point and progressively extended along the breakwater as the discharge point is moved, to accomplish the required prevention of material migration through the dike. The barrier material shall be composed of an approved, impermeable, or semi-impermeable biodegradable material. Loose portions of the barrier shall be left in place. Material dredged from channel dredging Sections Nos. 1 and 2b shall be discharged in a continuous mound along the discharge corridor shown. The material shall be discharged using a spreader, spoon or other equipment, or discharge technique that reduces erosion and wash-loss of mounded materials. Shell and sand shall be mounded to the heights possible, without allowing material to overtop the breakwater or existing Island. The Contractor shall construct temporary training levees and ditches as required, using previously discharged material or material from submerged areas within the BUS. The Contractor shall not disturb vegetated areas on the Island during placement, including operating equipment or allowing erosion of these areas by discharged water. The Contractor shall be responsible for placing additional buoys to mark the boundaries of the adjacent oyster lease area and shall insure that no equipment is operated within the lease area as shown. The Contractor shall take actions necessary to prevent flow of water or material across the breakwater or the existing Island. The flow shall be directed to exit the BUS at the open end of the area.

"The material shall be discharged using a spreader, spoon or other equipment or discharge technique that reduces erosion and wash-loss of mounded materials." 3

3.4.2.2 Beneficial Use Site No. 2, New Marsh Restoration Area. This area shall be used to place dredged materials from Dredging Sections Nos. 3 through 5. The drawings provide the locations and details for installation of geotextile tube containment structures and earth levees to construct the New Marsh Restoration Site. After completion of construction, and acceptance of the area by the Contracting Officer, the Contractor shall place the required material into the area, by discharging within the corridors shown, to construct the emergent mounds to the width and elevation shown. Pipe advance in Corridors No. 1 and No. 3 shall be from the south. Corridor No. 2 can be filled from either direction. Discharge Corridor No. 1 shall be used first, followed by Corridor No. 3 and finally Corridor No. 2. Unless otherwise directed, one of the three Dredging Sections designated for BUS No. 2, shall be placed in each of the three corridors. If it is deemed necessary to accomplish the desired distribution of materials for marsh habitat construction the Contracting Officer will, at it's discretion, direct

changes to be made to the mound template or to increase or decrease the amounts of material to be placed in each corridor. The impact of these directives will not affect the planned dredge pipeline locations or routes, and will not require additional pipeline length or movement in excess of that proposed. No control of effluent is required, except for maintaining weir tube elevation within tolerance during dredging. Effluent shall exit the area by flowing over the low portion of the levee in Reach 3. The Contractor shall ensure that there are no low areas, holes or other deficiencies in the geotextile tube and levee Reaches 1A, 1, 2, and 4 whereby effluent can exit the area during dredge material placement as shown. If losses occur, the Contractor shall take immediate necessary measures, including temporarily raising the elevation in the low area with sand bags, blocking off holes with earth fill, or other approved actions to effectively stop the flow. Mounds within the discharge corridors shall comply with the requirements for mound dimensions and elevations. Discharge scour holes shall not be filled. No discharge shall be allowed outside of the limits of the discharge corridors. The pipeline shall be floated on pontoons or other approved techniques shall be used to reach the southern ends of the corridors from the new marsh perimeter. No material shall be placed between the perimeter confinement structures and the corridors or allowed to build up along the dredge pipeline within this area. The Contracting Officer will require removal of material that is inadvertently placed or allowed to accumulate due to leaks in pipe joints, or other reasons attributable to Contractor's maintenance of the dredge pipe in this area, as specified herein. Costs associated with maintaining the cover dikes and proper elevations of the geotextile tube containment structures during dredging and material placement in BUS No. 2 shall be as specified in the Subparagraph: Maintenance above.

3.4.2.3 Beneficial Use Site No. 3, an Unnamed Island in the Vicinity of Ving-et-un Island Enhancement. This area shall be used to place dredged materials from Dredging Section No. 6. Coordinates shown indicate the approximate location of the placement site. This location shall be adjusted by the Contractor, if required, to accomplish the specified placement. Predominantly coarse-grained materials, including shell, shell fragments and sand, dredged from the channel Dredging Section No. 6, shall be discharged in a continuous mound in the water along the north shoreline of the Island near the location shown. The material shall be discharged using a spreader, spoon or other equipment, or discharge technique that reduces erosion and wash-loss of mounded materials. Mounding height is not limited in these specifications and no containment structures are required. The Contractor shall not disturb vegetated areas on the Island during placement, including operating equipment or allowing erosion of these areas by discharged water. Other than ensuring no erosion of the existing island occurs, there are no requirements for control of effluent. The Contractor shall be responsible for ensuring that only predominantly coarse-grained materials are placed at this location. If a significant amount of fine-grained material is encountered within this reach, it shall not be placed at BUS No. 3. Rather, the Contractor shall dredge and pump the fine-grained material to BUS No. 2.

"The material shall be discharged using a spreader, spoon or other equipment or discharge technique that reduces erosion and wash-loss of m[illegible]ded materials." 3

3.4.2.4 Beneficial Use Site No 4; New Oyster Reef Pad. Prior to placing material at BUS 4, the Contractor shall take hydrographic, before-constriction ground elevation profile surveys of the site. The surveys shall consist of thirteen (13) profile lines taken longitudinally across the area and extending 50 feet beyond the site limits on the ends.

Two (2) profile lines shall be located 15 feet to the interior of site boundaries on each side. Tow (2) profile lines shall be located 60 feet to the exterior of the site boundaries on each side and nine (9) lines shall be taken at 100-foot intervals within the interior of the site. Material consisting primarily of oyster shell and shell fragments from the Dredging Section 2a, as specified herein, shall be placed within the limits of the BUS No. 4, to construct the new oyster reef pad. After completion of before-placement surveys, as specified, the Contractor shall commence evenly spreading the shell material across the site, using a spreader or spoon discharge mounted on a spudded swing barge or other approved spreading technique or equipment. The material shall be spread across the entire site to a thickness of 0 5 to 1 0 foot. A sounding device and a probe shall be used continuously throughout the placement process to verify continuous coverage of the Bay bottom area with the shell material and the thickness of the placed material within the specified limits. Global Positioning System (GPS) equipment shall be used during the probe and sounding Quality Control verification to record locations during inspection. Recorded locations, probe verification, and sounding determinations of shell thickness shall be maintained continuously at the discharge site, for inspection by the Government Inspector and Contracting Officer. Additionally, copies of the recorded information shall be submitted on a weekly basis. Upon completion of portions of the new reef pad, the Contractor shall take after-placement surveys as directed and as specified. Areas where the Contracting Officer determines a deficiency in thickness of shell, the Contractor shall place additional shell to bring the thickness to within specified limits. No action shall be taken regarding areas having excessive thickness of shell without advance approval. The Contractor shall not drag or otherwise attempt to mechanically spread shell after placement on the Bay bottom unless specifically directed to do so in writing.

3. 4 3 Pipelines

3.4.3.1 Location Details Every effort has been made to give the pertinent details on the locations of utility pipelines and other facilities that may be encountered in trenching or jacking operations. The data shown are substantially correct. However, the Contractor shall investigate existing conditions and satisfy itself as to the existence of additional construction that may interfere with pipeline laying as specified herein.

3.4.3.2 Submerged Dredge Pipeline. If the Contractor elects to use a submerged section in the dredge discharge pipeline for crossing a navigable channel it may do so without the formality of obtaining a Department of the Army permit for work or structures in navigable waters. However, three (3) copies of detailed plans of the submerged section shall be submitted and approved prior to use of the submerged section. The plans shall indicate clearly the width and depth of the navigation opening and the method used to mark it by day and by night for the safety of navigation. The minimum bottom width of the submerged section shall not be less than 200-feet wide for channels whose authorized width is greater than 200 feet. The minimum bottom width of the submerged section for channels whose authorized width is less than 200 feet shall be the width of the authorized Federal Channel. The highest point on the pipe or ball connection occurring across the bottom width of a submerged section shall not be higher than 9 feet below Mean Low Tide (MLT). Lighted buoys, meeting the requirements of the U.S. Coast Guard Regulation (33 C.F.R. 62.25), shall be provided by

the Contractor to mark the navigation opening. A red buoy exhibiting a quick flashing red light shall be used to mark the right side of the opening and a black buoy exhibiting a quick flashing green light shall be used to mark the left side of the opening. The frequency of the flashes shall be not less than 60 per minute. "Right side" and "left side" of the opening shall be in conformance with the lateral system of buoyage established by the U.S. Coast Guard. Requirements for the lighted buoys and description of the lateral system of buoyage will be found in the U.S. Coast Guard Publication CG 208 entitled "Aids to Navigation." Lights to be displayed on pipelines shall be in accordance with the U.S. Coast Guard Regulation 33 CFR 80.23.

3.4.4 Unauthorized Placement of Material

3.4.4.1 Unauthorized Disposition. Excavated material that is deposited other than in places designated or approved will not be paid for and the Contractor may be required to remove the misplaced excavated material and deposit it where directed at Contractor's expense.

3.4.4.2 Debris Disposal. During the progress of the work, the Contractor shall not deposit worn-out discharge pipe, wire rope, scrap metal, timbers, or other rubbish or obstructive material in the Placement Areas, except as specified herein, or along the banks of the navigable waters. The Contractor shall also remove and dispose existing wire rope, scrap metal, cable spools, pipe and discarded or abandoned dredge parts and materials located within 10 feet of the near bottom edge of both sides of the Channel within the limits of the work specified herein. This material, together with scrap, rope, wire cable, piles, pipe, or other obstructive material that may be encountered during the dredging operations, shall be disposed by the Contractor at approved locations.

3.4.5 Preservation of Public and Private Property

3.4.5.1 Damages. Fences, roads, ditches, private or public grounds, and other structures or improvements damaged as a result of the Contractor's operations as specified herein shall be repaired or rebuilt by the Contractor at its expense. The areas used by the Contractor in laying and maintaining pipelines shall be restored to the same or as good a condition as existed prior to commencement of the work. Upon completion of the work, the ends of culverts shall be fully closed with wooden bulkheads and trenches and bank cuts shall be backfilled to original ground level.

3.4.5.2 Liability and Restoration. The Contractor shall preserve and protect the existing informational and directional signs, camp facilities, water wells and tanks, station markers, mile markers, and mooring piles which have been established along either bank of the Waterway within the reaches of the dredging operations covered herein. The Contractor shall be liable for and will be required to replace or restore at its expense the signs, camp facilities, water wells and tanks, markers, and mooring piles damaged or destroyed as a result of dredging operations herein specified.