**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **THE UNITED STATES,** | § | **NO. 05 -840 C and** |
| | § | **NO. 05-1044 C** |
| **Defendant,** | § | **(CONSOLIDATED)** |
| | § | **(Chief Judge Damich)** |
| **v.** | § | |
| | § | |
| **WEEKS MARINE, INC.,** | § | |
| | § | |
| **Intervenor-Defendant.** | § | |

**PLAINTIFFS' RESPONSE TO DEFENDANT, THE UNITED STATES',**
**MOTION FOR PROTECTIVE ORDER**

Come now, FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, and VICKIE JO NELSON SALAZAR, Plaintiffs herein, and make and file Plaintiffs' Response to Defendant's Motion for Protective Order and would respectfully show unto the Court the following:

## I.
## INTRODUCTION

1. Plaintiffs' counsel has sent numerous letters to counsel for The United States in an attempt to schedule depositions at a mutually convenient time, as well as offering up the Plaintiffs' availability to be deposed without having to have been prompted to do so. See Exhibits "A - D" attached.

2. In each instance that the Court has set deadlines in this matter, whether by a scheduling order or by decree, Plaintiffs have complied with each and every one. In light of the Court's Opinion and Order entered on November 28, 2006, the Plaintiffs are attempting to move this

case forward by scheduling discovery depositions, but are being prevented from doing so because of the actions of the Defendant, The United States.

3. On or about March 3, 2006, and prior to the issuance on March 8, 2006 of the notices of deposition for witnesses Carolyn Murphy and James Few, counsel for The United States, David D'Alessandris, agreed to produce the deponents Carolyn Murphy and James Few. Thereafter, Plaintiffs' noticed the depositions of Murphy and Few pursuant to the agreement between Plaintiffs and The United States as to when and where the depositions would occur. (Murphy's on March 29, 2006, Few's on March 30, 2006 at the United States Army Corps of Engineers, Galveston, Texas).

4. Counsel for The United States agreed to produce Murphy and Few. After the agreement was made between Plaintiffs' counsel and counsel for The United States, schedules were arranged and accommodations made to attend these depositions by the various counsel for Plaintiffs.

5. Counsel for The United States, with less than seven (7) days prior to the date the depositions were scheduled for by agreement and with notices properly issued, sought a protective order from his agreement with Plaintiffs' counsel, citing reasons that he knew or should have known at the time the agreements were reached regarding those depositions.

## II.
## ARGUMENT

6. Plaintiffs all agree that "this Court possesses inherent power to regulate discovery." *See, e.g., Americold Corp. v. United States,* 28 Fed. Cl. 747 (1993).

7. The Plaintiffs are, indeed, opposed to any further delay of this matter, in light of the months long delay that they have already endured. Plaintiffs would request that The United

States be ordered and/or required to attend the depositions that have been scheduled so that this case can move forward to a prompt resolution without any further delay.

8. Thus, Plaintiffs would urge this Court to deny the protective order sought by The United States and order the depositions of the Plaintiffs, to be held January 10-12, 2006, as well as the depositions of J.M. Fail and Keith Latiolais, to be held on January 17, 2006, proceed as scheduled in Houston, Texas and Lafayette, Louisiana, respectively.

9. Further, Plaintiffs would ask this Honorable Court that The United States, at a minimum, provide available dates for the following witnesses' depositions: 1) Carolyn Murphy; and 2) James Few.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs, Fisherman's Harvest, Inc., C. Joe Nelson, Jr., Doris Mae Nelson, Vanessa Jo Nelson Vallejo and Vickie Jo Nelson Salazar, pray for the Court to enter an order denying the Defendant, The United States', Motion for Protective Order and order that Plaintiffs be allowed to take the depositions agreed to and scheduled for January 10-12, 2006 (all Plaintiffs') and for January 17, 2006 (Fail & Latiolais), and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

By: *s/ David E. Bernsen*

DAVID ERIC BERNSEN
Southern District of Texas Bar No. 83425
Texas State Bar No. 02217500
LAW OFFICE OF DAVID E. BERNSEN, P.C.
Post Office Box 822
Beaumont, Texas 77704
(409) 832-1957
(409) 832-2211 [FACSIMILE]
andrea@davidbernsen.com

ATTORNEY FOR PLAINTIFFS
FISHERMAN'S HARVEST, INC.,
C. JOE NELSON, JR., DORIS MAE
NELSON, VANESSA JO NELSON
VALLEJO AND VICKIE JO NELSON
SALAZAR

AND

A. MARK FAGGARD
Texas State Bar No. 06772000
A. MARK FAGGARD, P.C.
550 Fannin Street, Suite 1141
Beaumont, Texas 77701
(409) 835-4300
(409) 835-4335 [FACSIMILE]
amark-f@sbcglobal.net

OF COUNSEL TO ATTORNEY FOR
PLAINTIFFS FISHERMAN'S HARVEST,
INC., C. JOE NELSON, JR., DORIS
MAE NELSON, VANESSA JO NELSON
VALLEJO AND VICKIE JO NELSON
SALAZAR

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument has been filed electronically in accordance with the rules of this Court on this the 5th day of January, 2007.

s/ David E. Bernsen
DAVID E. BERNSEN
E-mail: andrea@davidbernsen.com

David F. D'Alessandris
ATTORNEY FOR DEFENDANT
THE UNITED STATES
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor

1100 L Street, N.W.
Washington, D.C. 20530
TEL: (202) 307-1011
FAX: (202) 514-8624

P. Alex Petty
Ana-Valli Gordon
OF COUNSEL TO ATTORNEY FOR
DEFENDANT THE UNITED STATES
Assistant District Counsel
United States Army Corps
of Engineers
Galveston District
2000 Fort Point Road
Galveston, Texas 77550

Kenneth G. Engerrand
ATTORNEY FOR INTERVENOR
DEFENDANT WEEKS MARINE, INC.
Brown Sims, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Phone: (713) 629-1580
Fax: (713) 629-5027

Allen D. Hemphill
OF COUNSEL TO ATTORNEY FOR
INTERVENOR DEFENDANT WEEKS
MARINE, INC.
Brown Sims, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Phone: (713) 629-1580
Fax: (713) 629-5027

Paul O'Finan
ATTORNEY FOR PLAINTIFFS
CHILDRESS SEAFOOD, INC.,
W. F. CHILDRESS AND ALTON
LEE KELLY
9597 Jones Road, #317
Houston, Texas 77065
Phone: (713) 202-1776
Fax: (713) 683-1783
E-Mail: fionnain@isp.com

Shannon T. Nash
OF COUNSEL TO ATTORNEY FOR
PLAINTIFFS CHILDRESS SEAFOOD,
INC., W. F. CHILDRESS AND ALTON
LEE KELLY
TOLLESON & NASH
26510 Keith Street
Spring, Texas 77373
TEL: (281) 350-3900
FAX: (281) 350-9977

AND

A. Mark Faggard
Texas State Bar No. 06772000
A. MARK FAGGARD, P.C.
550 Fannin Street, Suite 1141
Beaumont, Texas 77701
(409) 835-4300
(409) 835-4335 [FACSIMILE]
amark-f@sbcglobal.net

OF COUNSEL TO ATTORNEY OF RECORD FOR
ALTON LEE KELLY