# EXHIBIT "A"

FILE COPY

# LAW OFFICE OF DAVID E. BERNSEN, P.C.

ATTORNEYS AT LAW
P.O. BOX 822
Beaumont, Texas 77704

DAVID ERIC BERNSEN
Direct Line: (409) 832-1957

Fax: (409) 832-2211

November 30, 2006

Mr. David F. D'Alessandris, Trial Attorney
United States Department of Justice
ATTN: CLASSIFICATION UNIT, 8[TH] FLOOR
1100 L Street, N.W.
Washington, D.C. 20530

***Via Facsimile: (202) 514-8624***

RE: No. 1:05-840C; *Fisherman's Harvest, Inc., et al vs. The United States and The United States Army Corps of Engineers*; In the United States District Court of Federal Claims; Our File No. 001030

Dear Mr. D'Alessandris:

In light of the Court's most recent ruling, we would like to go forward with Carolyn Murphy's and James Few's depositions.

In an effort to accommodate you, please provide the dates that you are available in December, 2006 and January, 2007, so that we may schedule the necessary depositions. We will try to work with your schedule, but in light of the long hiatus experienced in this case, we need to press forward.

If you have any questions and/or observations, please call me.

Sincerely,

DAVID ERIC BERNSEN

DEB/af

cc: Mark Faggard — ***Via Facsimile: (409) 835-4335***
Paul O'Finan — ***Via Facsimile: (713) 683.1783***
Shannon Nash — ***Via Facsimile: (281) 350-9977***

C:/Cases/Oyster/Court of Federal Claims/Correspondence/D'Alessandris depos go forward2

# EXHIBIT "B"

FILE COPY

# LAW OFFICE OF DAVID E. BERNSEN, P.C.

ATTORNEYS AT LAW
P.O. BOX 822
Beaumont, Texas 77704

DAVID ERIC BERNSEN
Direct Line: (409) 832-1957

Fax: (409) 832-2211

December 13, 2006

Mr. David F. D'Alessandris, Trial Attorney
United States Department of Justice
ATTN: CLASSIFICATION UNIT, 8TH FLOOR
1100 L Street, N.W.
Washington, D.C. 20530

***Via Facsimile: (202) 514-8624***

RE: No. 1:05-840C; *Fisherman's Harvest, Inc., et al vs. The United States and The United States Army Corps of Engineers*; In the United States District Court of Federal Claims; Our File No. 001030

Dear Mr. D'Alessandris:

Please allow this correspondence to serve as a follow-up to my letter of November 30, 2006 to you, regarding the scheduling of Carolyn Murphy's and James Few's depositions.

Once again, I kindly ask that you provide me with dates that you and the deponents are available in December, 2006 and January, 2007.

I look forward to hearing from you soon.

Sincerely,

DAVID ERIC BERNSEN

DEB/af

| | | |
|---|---|---|
| cc: | Mark Faggard | ***Via Facsimile: (409) 835-4335*** |
| | Paul O'Finan | ***Via Facsimile: (713) 683-1783*** |
| | Shannon Nash | ***Via Facsimile: (281) 350-9977*** |

C:/Cases/Oyster/Court of Federal Claims/Correspondence/D'Alessandris depos go forward3

# EXHIBIT "C"

COPY

# LAW OFFICE OF DAVID E. BERNSEN, P.C.

ATTORNEYS AT LAW
P.O. BOX 822
Beaumont, Texas 77704

DAVID ERIC BERNSEN
Direct Line: (409) 832-1957

Fax: (409) 832-2211

December 18, 2006

Mr. David F. D'Alessandris, Trial Attorney
United States Department of Justice
ATTN: CLASSIFICATION UNIT, 8TH FLOOR
1100 L Street, N.W.
Washington, D.C. 20530

***Via Facsimile: (202) 514-8624***

RE: No. 1:05-840C; *Fisherman's Harvest, Inc., et al vs. The United States and The United States Army Corps of Engineers*; In the United States District Court of Federal Claims; Our File No. 001030

Dear Mr. D'Alessandris:

Mr. Bernsen has asked that I correspond with you once more, letting you know that we are still awaiting your dates of availability on which to depose Carolyn Murphy and James Few in the above-referenced matter.

At your earliest convenience, please notify our office when you and your clients are able to conduct these depositions.

Sincerely,

Andrea M. Fratus
Legal Assistant to Attorney
DAVID E. BERNSEN

/af

cc: Mark Faggard — ***Via Facsimile: (409) 835-4335***
Paul O'Finan — ***Via Facsimile: (713) 683-1783***
Shannon Nash — ***Via Facsimile: (281) 350-9977***

# EXHIBIT "D"

FILE COPY

# LAW OFFICE OF DAVID E. BERNSEN, P.C.

ATTORNEYS AT LAW
P.O. BOX 822
Beaumont, Texas 77704

DAVID ERIC BERNSEN
Direct Line: (409) 832-1957

Fax: (409) 832-2211

December 18, 2006

Mr. David F. D'Alessandris, Trial Attorney
United States Department of Justice
ATTN: CLASSIFICATION UNIT, 8TH FLOOR
1100 L Street, N.W.
Washington, D.C. 20530

***Via Facsimile: (202) 514-8624***

Mr. Kenneth Engerrand/Mr. Allen Hemphill
BROWN SIMS, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007

***Via Facsimile: (713) 629-5027***

RE: No. 1:05-840C; *Fisherman's Harvest, Inc., et al vs. The United States and The United States Army Corps of Engineers*; In the United States District Court of Federal Claims; Our File No. 001030

Dear Gentlemen:

We are making arrangements for the depositions of J.M. Fail & Keith Latiolais in the above-referenced matter. We plan to notice them for January 17, 2007 in Lafayette, Louisiana, and possibly for January 18, 2007, should they run long. The cost for the conference room at the Lafayette Hilton is $250.00 per day. Once the reservations are made, these fees will be expected whether the depos proceed or not.

As such, Mr. Bernsen needs confirmation that each of you will be in attendance before any reservations are made. We ask that you inform us of same by this Wednesday, December 20, 2006, so that the notices may be sent out timely.

Also, please be advised that Joe Nelson will be made available for his deposition on January 11, 2007, and Mr. Childress will be made available on January 12, 2007. We plan on presenting these gentlemen at the offices of Brown Sims, P.C. in Houston, Texas.

Thank you for your kind consideration in this matter and we look forward to hearing from you promptly.

Sincerely,

Andrea M. Fratus
Legal Assistant to Attorney
DAVID ERIC BERNSEN

/af

cc: Mark Faggard — ***Via Facsimile: (409) 835-4335***
Paul O'Finan — ***Via Facsimile: (713) 683-1783***
Shannon Nash — ***Via Facsimile: (281) 350-9977***