**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **THE UNITED STATES,** | § | **NO. 05 -840 C and** |
| | § | **NO. 05-1044 C** |
| **Defendant,** | § | **(CONSOLIDATED)** |
| | § | **(Chief Judge Damich)** |
| **v.** | § | |
| | § | |
| **WEEKS MARINE, INC.,** | § | |
| | § | |
| **Intervenor-Defendant.** | § | |

**PROPOSED ORDER ON PLAINTIFFS' RESPONSE TO**
**DEFENDANT, THE UNITED STATES', MOTION FOR PROTECTIVE ORDER**

ON THIS DAY, came on to be heard Plaintiffs', FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, and VICKIE JO NELSON SALAZAR, Response to Defendant, The United States', Motion for Protective Order, and the Court having considered the Motion, response, and arguments of counsel, is of the opinion that it is well taken and should in all things be GRANTED. It is therefore,

ORDERED, ADJUDGED AND DECREED and finds that the depositions of the Plaintiffs will take place as noticed by Weeks Marine, Inc. on January 10-12, 2007, respectively, and the depositions of J.M. Fail and Keith Latiolais will take place as noticed by Plaintiffs' counsel on January 17, 2007, respectively.

SIGNED on this the _____ day of ____________________, 2007.

___________________________________
CHIEF JUDGE EDWARD J. DAMICH
UNITED STATES COURT OF FEDERAL CLAIMS