**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., et al.,** | **§** | |
| | **§** | |
| **Plaintiffs,** | **§** | |
| | **§** | |
| **v.** | **§** | |
| | **§** | |
| **THE UNITED STATES,** | **§** | **NO. 05 -840 C and** |
| | **§** | **NO. 05-1044 C** |
| **Defendant,** | **§** | **(CONSOLIDATED)** |
| | **§** | **(Chief Judge Damich)** |
| **v.** | **§** | |
| | **§** | |
| **WEEKS MARINE, INC.,** | **§** | |
| | **§** | |
| **Intervenor-Defendant.** | **§** | |

**JOINT STATUS REPORT**

1.0 Pursuant to this Court's Opinion and Order dated November 28, 2006, the parties respectfully submit this Joint Status Report.

2.0 Status of Discovery. The parties have exchanged both written discovery requests and discovery responses, including production of multiple documents. Defendant has several outstanding issues with plaintiffs' document productions. The parties anticipate the filing of additional written discovery once depositions have been taken. However, no oral depositions of any parties involved have been taken as of this date. Plaintiffs' depositions are currently scheduled for the second week of January, 2007 beginning on January 10, 2007, and the depositions of Weeks Marine, Inc.'s employees are scheduled for January 17, 2007. The United States has filed a Motion for a Protective Order and is seeking to have the Plaintiffs depositions rescheduled to a mutually acceptable date. At this time, numerous additional depositions remain to be scheduled and conducted, including those of expert witnesses and corporate representatives.

3.0 The parties set forth the following joint proposed scheduling plan in accordance with

this Court's Opinion and Order, dated November 28, 2006:

i. Plaintiffs believe additional parties shall be joined by February 2, 2007. Intervenor-Defendant requests that the order denying joinder of Bertucci Contracting Corp. and Luhr Bros., Inc. be certified for appeal.

ii. 1. Plaintiffs do not anticipate filing dispositive motions at this time, but reserve the right to do so after the completion of discovery. Intervenor-Defendant expects to file dispositive motions in this matter following additional discovery.

2. Discovery should proceed on all issues and facts.

3. Plaintiffs believe fact discovery should be completed by May 31, 2007. Intervenor-Defendant and the United States believe fact discovery should be completed by August 15, 2007.

4. Plaintiffs believe that all parties should disclose their expert witnesses by February 16, 2007. Defendant and Intervenor-Defendant maintain Plaintiffs should disclose their expert witnesses by April 15, 2007, and Defendants should disclose their expert witnesses by May 15, 2007.

Plaintiffs believe all parties should offer their expert witnesses for deposition by March 30, 2007. Intervenor-Defendant and the United States assert Plaintiffs should offer their expert witnesses for deposition by May 15, 2007 and Defendants should offer their expert witnesses for deposition by June 15, 2007.

5. Plaintiffs believe all expert discovery should be completed by May 31, 2007. Intervenor-Defendants and the United States propose that all expert discovery should be completed by August 15, 2007.

6. Plaintiffs believe no physical or mental examinations of the parties will be requested. Intervenor-Defendant expects to conduct mental and physical examinations of the Plaintiffs.

7. Plaintiffs believe all discovery should be completed by May

31, 2007. Defendant and Intervenor-Defendant propose that all discovery should be completed by August 15, 2007.

8. A pretrial status conference shall be held one (1) week prior to the beginning of the trial setting in this case.

iii. Plaintiffs believe June 11, 2007 is the earliest date at which this case can be expected to be ready for trial. Plaintiffs request a trial setting in June or July of 2007. Intervenor-Defendant believes the earliest date at which this case can be ready for trial is October 1, 2007. Intervenor-Defendant and the United States request a trial setting of October 15, 2007.

iv. This case can be tried in fifteen (15) business days.

v. All parties agree that the place of trial should be in the Federal courthouse in Houston, Texas.

Respectfully submitted,

By: s/David E. Bernsen

DAVID ERIC BERNSEN
Southern District of Texas Bar No. 83425
Texas State Bar No. 02217500
LAW OFFICE OF DAVID E. BERNSEN, P.C.
Post Office Box 822
Beaumont, Texas 77704
(409) 832-1957
(409) 832-2211 [FACSIMILE]
andrea@davidbernsen.com

ATTORNEY FOR PLAINTIFFS, FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO AND VICKIE JO NELSON SALAZAR

AND

A. MARK FAGGARD
Texas State Bar No. 06772000
A. MARK FAGGARD, P.C.
550 Fannin Street, Suite 1141
Beaumont, Texas 77701

(409) 835-4300
(409) 835-4335 [FACSIMILE]
amark-f@sbcglobal.net

OF COUNSEL TO ATTORNEY FOR PLAINTIFFS, FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO AND VICKIE JO NELSON SALAZAR

Respectfully submitted,

By: */s/ Paul W. O'Finan*

PAUL W. O'FINAN
Texas Bar No. 24027376
Federal ID No. 30719
9597 Jones Road #317
Houston, Texas 77065
Telephone No. (713) 202-1776
Telefacsimile No. (713) 683-1783
fionnain@isp.com

ATTORNEY FOR PLAINTIFFS, CHILDRESS SEAFOOD, INC., W. F. CHILDRESS AND ALTON LEE KELLY

AND

Shannon T. Nash
TOLLESON & NASH
26510 Keith Street
Spring, Texas 77373
TEL: (281) 350-3900
FAX: (281) 350-9977

OF COUNSEL TO ATTORNEY OF RECORD FOR CHILDRESS SEAFOOD, INC., W. F. CHILDRESS AND ALTON LEE KELLY

AND

A. MARK FAGGARD
Texas State Bar No. 06772000
A. MARK FAGGARD, P.C.

550 Fannin Street, Suite 1141
Beaumont, Texas 77701
(409) 835-4300
(409) 835-4335 [FACSIMILE]
amark-f@sbcglobal.net

OF COUNSEL TO ATTORNEY OF RECORD FOR
ALTON LEE KELLY

AND

By:/s/ Kenneth G. Engerrand________
Kenneth G. Engerrand
Texas Bar No. 06619500
Allen D. Hemphill
Texas Bar No. 00796740
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
713-629-1580
713-629-5027 Fax

ATTORNEYS IN CHARGE FOR WEEKS MARINE, INC.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ David D'Alessandris
DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-1011

January 5, 2007

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 5, 2007, a copy of the above and foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

s/David E. Bernsen
DAVID ERIC BERNSEN
E-mail: andrea@davidbernsen.com