# BROWN SIMS, P.C.

ATTORNEYS AT LAW

TENTH FLOOR
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027-9007
TELEPHONE: (713) 629-1580
TELECOPIER: (713) 629-5027

E-MAIL: FIRM@BROWNSIMS.COM
URL: HTTP://WWW.BROWNSIMS.COM

G. BYRON SIMS†††
KENNETH G. ENGERRAND
MICHAEL D. WILLIAMS
MONICA FEKETE MARKOVICH†††
MARK C. CLEMER
NELSON D. SKYLER
P. MICHAEL BOWDOIN
JEROMY D. HUGHES
ROBERT M. BROWNING
MARK L. CLARK
CYNTHIA A. GALVAN
JAMES R. KOECHER
JOHN G. H. DAVIS
TIMOTHY B. GUILLORY†††††
LESLIE E. HODGE††††
MICHAEL A. VARNER
ALLEN D. HEMPHILL
CHARLES G. CLAYTON†††††
ROBIN K. TAYLOR
ANDREW B. COOPER††††
KRISTOPHER M. STOCKBERGER

POLLY A. KINNIBRUGH
ADAM J. GONZALEZ
CHRIS D. COLLINGS
H. MILES KLAFF
KENNETH R. BAIRD
CHARLES CLAYTON CONRAD
TALLY ROCHON PUGH
F. DANIEL KNIGHT
KYLE C. HERBERT
SEAN M. REAGAN
TRAVIS F. ERSKINE
DAVID L. STOCKEL
SARAH A. HOULDEY
HOLLY L. GRIFFITH
RYAN M. GRANT
BRIANNE WATKINS
PATRICK G. DRAKE
TARUSH R. ANAND
DAVID G. MEYER
KAITLIN A. CLARK

OF COUNSEL
DAVID C. REDFORD

THOMAS A. BROWN
(1932-1997)

†BOARD CERTIFIED - PERSONAL INJURY TRIAL LAW
††BOARD CERTIFIED - CIVIL TRIAL LAW
†††BOARD CERTIFIED - WORKERS' COMPENSATION LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
††††ALSO LICENSED IN THE STATE OF LOUISIANA
†††††ONLY LICENSED IN THE STATE OF LOUISIANA


December 27, 2006

***VIA FACSIMILE: 202-305-4933***
Mr. David D'Allessandris
Classification Unit 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Re: Civil Action No. 05-840 C and No. 05-1044 C (Consolidated); *Fisherman's Harvest, Inc., v. Weeks Marine, Inc., v. The United States;* In the United States Court of Federal Claims.

Dear Mr. D'Allessandris:

Please accept this response to your correspondence addressed to Kenneth Engerrand on December 27, 2006.

Following the Opinion and Order of the Honorable United States Court of Federal Claims dated November 28, 2006, the various Plaintiffs in this action requested that our client present witnesses for deposition in the near future. As it was not our intention to delay the progress of discovery, we provided the dates of earliest availability for these witnesses. As it was also not our intention to participate in unilateral discovery out of the customary sequence of events in litigation, we asked that the Plaintiffs present their fact witnesses for deposition prior to the presentation of defense witnesses.

The Plaintiffs agreed to this request and immediately advised all parties of the current proposed deposition dates. Shortly thereafter, you called me to advise that you would not be prepared

to depose the Plaintiffs on the proposed dates. I advised you that the Plaintiffs had agreed to make themselves available for deposition prior to the defense witnesses so that oral testimony might be received in due order. I also suggested that you call the Plaintiffs' counsel and provide dates in the near future when you would be prepared to participate in Plaintiffs' depositions in the hope that your schedule could be accommodated without prejudice to our client. My understanding is that you did contact Plaintiffs' counsel and offered to present the government's witnesses but provided no timetable under which you might be ready to depose the Plaintiffs.

While we appreciate the constraints of your schedule, you have known that the Plaintiffs would be deposed for over a year. We remain willing to reasonably accommodate your schedule. As of today, you have failed to provide dates of availability for the Plaintiff's depositions. I am sure you appreciate that our client cannot present its witnesses for deposition while refraining from taking the testimony of Plaintiffs until you become available at an unknown future date.

We look forward to the opportunity to discuss a reasonable deposition schedule with you in the near future.

Very truly yours,

BROWN SIMS, P.C.

By: [signature]
Allen D. Hemphill

ADH:mm

cc:

***VIA FACSIMILE: 409-832-2211***
Mr. David Bernsen
Law Office of David Bernsen, P.C.
P.O. Box 822
Beaumont, Texas 77704

***VIA FACSIMILE: 713-683-1783***
Mr. Paul O'Finan
9597 Jones Road, #317
Houston, Texas 77065

***VIA FACSIMILE: 409-835-4335***
A. Mark Faggard
A. Mark Faggard, P.C.
550 Fannin Street, Suite 1141
Beaumont, Texas 77701

***VIA FACSIMILE: 281-350-9977***

Shannon T. Nash
Tolleson & Nash
26510 Keith Street
Spring, Texas 77373