IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., et al | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| THE UNITED STATES | § | NO. 05-840 C and |
| | § | NO. 05-1044 C |
| Defendant, | § | (Consolidated) |
| | § | (Chief Judge Damich) |
| v. | § | |
| | § | |
| WEEKS MARINE, INC. | § | |
| | § | JURY DEMANDED |
| Intervenor-Defendant. | § | |

**ORDER ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

ON THIS DAY, came to be heard DEFENDANT'S MOTION FOR PROTECTIVE ORDER, and the Court, having considered the Motion, the Response of Plaintiffs, the Response of Intervenor-Defendant, and arguments of counsel, is of the opinion that it is well taken and should in all things be DENIED. It is therefore,

ORDERED, ADJUDGED, AND DECREED that the depositions of Plaintiffs will take place as noticed on January 10-12, 2007 and that the depositions of J.M. Fail and Keith Latiolais will take place as noticed on January 17, 2007. It is further ORDERED, ADJUDGED, AND DECREED that Defendant present Carolyn Murphy and James Few for deposition no later than ____________.

SIGNED on this the ________ day of ____________________, 2007.

________________________________
CHIEF JUDGE EDWARD J. DAMICH
UNITED STATES COURT OF FEDERAL CLAIMS