IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., et al | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| THE UNITED STATES | § | NO. 05-840 C and |
| | § | NO. 05-1044 C |
| Defendant, | § | (Consolidated) |
| | § | (Chief Judge Damich) |
| v. | § | |
| | § | |
| WEEKS MARINE, INC. | § | |
| | § | JURY DEMANDED |
| Intervenor-Defendant. | § | |

**ORDER ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

ON THIS DAY, came to be heard DEFENDANT'S MOTION FOR PROTECTIVE ORDER, and the Court, having considered the Motion, the Response of Plaintiffs, the Response of Intervenor-Defendant, and arguments of counsel, is of the opinion that it is well taken and should in all things be GRANTED. It is therefore,

ORDERED, ADJUDGED, AND DECREED that the depositions of Plaintiffs, J.M. Fail, Keith Latiolais, Carolyn Murphy, and James Fail shall not take place as now noticed. Plaintiffs shall be presented for deposition on or before _______________. J.M. Fail and Keith Latiolais shall be presented for deposition on or before _______________. Carolyn Murphy and James Fail shall be presented for deposition on or before _______________.

SIGNED on this the ________ day of ____________________, 2007.

_________________________________
CHIEF JUDGE EDWARD J. DAMICH
UNITED STATES COURT OF FEDERAL CLAIMS