# In the United States Court of Federal Claims

No. 05-840 C and No. 05-1044 C
(CONSOLIDATED)

(Filed: January 8, 2007)

| | |
|---|---|
| ********************************** | |
| | * |
| **FISHERMAN'S HARVEST, INC., et al.**, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES** | * |
| | * |
| Defendant, | * |
| | * |
| v. | * |
| | * |
| **WEEKS MARINE, INC.** | * |
| | * |
| Intervenor-Defendant. | * |
| | * |
| ********************************** | |

**ORDER**

On January 3, 2007, Defendant filed a Motion for Protective Order, asking the Court to prohibit the taking of the depositions of six plaintiffs on January 10-12, 2007. Pursuant to the discussion at the status conference held on January 8, 2007, Defendant's motion is GRANTED.

The Court ORDERS the parties to reschedule the depositions of the six plaintiffs at a mutually convenient time in February. Plaintiffs shall provide Defendant with the requested documents prior to the depositions. The parties shall schedule the depositions of the other witnesses to follow the depositions of plaintiffs.

The Court ORDERS Defendant to notify the other parties, on or before **January 31, 2007**, whether Defendant would be amenable to alternative dispute resolution, what type of alternative dispute resolution, and what fact discovery is required prior to alternative dispute resolution. Thereafter, the parties may contact the Court if they agree to pursue some form of alternative dispute resolution.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge