# In the United States Court of Federal Claims

No. 05-840 C and No. 05-1044 C
(CONSOLIDATED)

(Filed: January 8, 2007)

*********************************

**FISHERMAN'S HARVEST, INC., et al.,**

Plaintiffs,

v.

**THE UNITED STATES**

Defendant,

v.

**WEEKS MARINE, INC.**

Intervenor-Defendant.

*********************************

## ORDER

The Court vacates the discovery schedule issued on January 25, 2006. The Court ORDERS the parties to adhere to the following discovery schedule:

| | |
|---|---|
| Plaintiffs' Expert Witness Disclosure by | **March 1, 2007** |
| Defendant's/Weeks Marine's Expert Witness Disclosure by | **April 2, 2007** |
| Plaintiffs' Experts Available for Deposition by | **April 2, 2007** |
| Defendant's/Weeks Marine's Experts Available for Deposition by | **May 1, 2007** |
| Fact Discovery & Expert Discovery closes | **July 2, 2007** |
| Joint Status Report re: dispositive motions due | **July 16, 2007** |
| Trial tentatively scheduled to begin on | **September 25, 2007** |

The trial will take place in Houston, Texas.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge