**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W.F. CHILDRESS AND ALTON LEE KELLY** | § | **NO. 05-840C** |
| | § | **Consolidated With** |
| **VS.** | § | **No. 05-1044C** |
| | § | **(Chief Judge Damich)** |
| **THE UNITED STATES** | § | |

**PLAINTIFFS, W. F. CHILDRESS AND CHILDRESS SEAFOOD, INC.'S DESIGNATION OF SHANNON NASH AS OF COUNSEL TO ATTORNEY OF RECORD PAUL W. O'FINAN**

TO THE CHIEF JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, W. F. Childress and Childress Seafood, Inc. and file this designation of Attorney Shannon Nash as "Of Counsel" to Attorney of Record, Paul W. O'Finan.

## I. Introduction

1.00 Plaintiffs are Fisherman's Harvest, Inc., C. Joe Nelson, Jr., Doris Mae Nelson, Vanessa Jo Nelson-Vallejo, Vickie Jo Nelson-Salazar, Childress Seafood, Inc., W. F. Childress, and Alton Lee Kelly.

1.01 Defendant is the United States.

1.02 Intervenor/Defendant is Weeks Marine, Inc.

1.03 Plaintiffs have sued the United States for damages done to private oyster leases from dredging operations performed by the United States authorized by act of Congress under 28 U.S.C. §1497.

## II. Argument & Authorities

2.00 In accordance with RCFC 83(c)(1), Plaintiffs, W. F. Childress and Childress Seafood, Inc., designate Attorney, Shannon T. Nash as "Of Counsel" to attorney of record, Paul W. O'Finan. Shannon Nash will be assisting the attorney of record in the conduct of the case. Mr. Nash is a member of good standing with State of Texas Bar and the Federal Southern District of Mississippi.

Shannon T. Nash
Texas Bar No. 14811620
Federal ID 222072
26510 Keith Street
Spring, Texas 77373
(281) 350-3900
(281) 350-9977 fax

Respectfully submitted,

s/ Paul W. O'Finan
Paul W. O'Finan
Texas Bar No. 24027376
Federal ID No. 30719
9597 Jones Road #317
Houston, Texas 77065
(713) 202-1776

ATTORNEY FOR PLAINTIFFS,
W. F. Childress and
Childress Seafood, Inc. and
Alton Lee Kelly

## CERTIFICATE OF FILING

I certify that on February 19, 2007, a copy of the forgoing Plaintiffs' Designation of Shannon T. Nash as of "Of Counsel" to attorney of record was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Paul W. O'Finan