**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., et al.,** | **§** | |
| | **§** | |
| **Plaintiffs,** | **§** | |
| | **§** | |
| **v.** | **§** | |
| | **§** | |
| **THE UNITED STATES,** | **§** | **NO. 05 -840 C and** |
| | **§** | **NO. 05-1044 C** |
| **Defendant,** | **§** | **(CONSOLIDATED)** |
| | **§** | **(Chief Judge Damich)** |
| **v.** | **§** | |
| | **§** | |
| **WEEKS MARINE, INC.,** | **§** | |
| | **§** | |
| **Intervenor-Defendant.** | **§** | |

**PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE DEADLINE FOR DISCLOSING PLAINTIFFS' EXPERT WITNESSES**

Come now, FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W. F. CHILDRESS and ALTON LEE KELLY, Plaintiffs in the above-entitled and numbered cause, and make and file this Plaintiffs' Unopposed Motion to Enlarge Deadline for Disclosing Plaintiffs' Expert Witnesses and would respectfully show unto the Court the following:

Plaintiffs ask the Court to grant additional time in which to file Plaintiffs' Expert Witness Disclosures, as authorized by Rule of United States Court of Federal Claims 6(b). ["RCFC 6(b)"].

**I.**

## INTRODUCTION

1. A scheduling order was entered on January 8, 2007 by Chief Judge Edward J. Damich, which set out the following discovery schedule: Plaintiffs' Expert Witness Disclosure by March 1, 2007; Defendant's and Weeks Marine's Expert Witness Disclosure by April 2, 2007.

2. (A) Beginning on February 12 through February 14, 2007, the depositions of Carolyn Murphy and James Few were conducted in Galveston, Texas.

(B) The plaintiffs' depositions begun on February 21, 2007 and were to continue through February 23, 2007 in Houston, Texas. However, during his deposition on February 22, 2007, plaintiff, C. Joe Nelson, Jr., suffered a severe diabetic attack and was subsequently hospitalized, requiring the termination of his deposition.

(C) The depositions of J. M. Fail and Keith Latiolais, who are being produced on behalf of Intervenor-Defendant, were to be conducted on March 13-14, 2007 in Houston, Texas. Due to Mr. Nelson's poor state of health, counsel agreed to postpone all depositions, with the Weeks Marine employee's depositions to be re-noticed for sometime in April, 2007.

3. Plaintiffs' Expert Witness Disclosure shall be filed with the Court by March 1, 2007.

4. In light of C. Joe Nelson, Jr.'s poor state of health at present, his deposition, as well as all of the remaining plaintiff's depositions, must be postponed and re-noticed. In turn, the depositions of the Weeks Marine employees must be re-noticed to take place after the completion of all plaintiff depositions, as agreed upon by counsel for each. Plaintiffs filed this request for an extension as soon as they became aware of the need for additional time and before the deadline.

**II.**
**ARGUMENT**

5. The Court may grant a motion for an enlargement of time for "cause shown." RCFC 6(b).

6. Plaintiffs request additional time to disclose their expert witnesses due to the pending depositions of the remaining plaintiffs and the witnesses being produced on behalf of Intervenor-Defendant, Weeks Marine, Inc. Plaintiffs will require additional time in order to take the depositions requested before the March 1, 2007 deadline.

7. Plaintiffs' counsel has conferred with counsel for Defendant, The United States, and counsel for Intervenor-Defendant, Weeks Marine, Inc., and neither is opposed to this motion for enlargement.

8. Plaintiffs ask the Court to enlarge the deadline regarding Plaintiffs' expert witness disclosures for thirty (30) days after the completion of the last Weeks' Marine employee.

9. Plaintiffs' request for additional time is for cause shown, as stated in this motion, not to delay these proceedings. *See* RCFC 6(b).

**III.**
**CONCLUSION**

10. On January 8, 2007, this Honorable Court entered a scheduling order outlining discovery dates and deadlines for all parties. Plaintiffs noticed four (4) depositions in an effort to move forward with discovery. Weeks Marine then noticed the Plaintiffs' depositions. The first two (2) plaintiff depositions have been conducted, but were cut short due to an illness suffered by plaintiff, C. Joe Nelson, Jr. The depositions of the Weeks' employees', which were originally scheduled for March 13 and 14, 2007, must be re-noticed to take place after the

completion of all plaintiff depositions. For these reasons, Plaintiffs ask the Court to enlarge the time to file Plaintiffs' Expert Witness Disclosures until such further order of this Court.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs, Fisherman's Harvest, Inc., C. Joe Nelson, Jr., Doris Mae Nelson, Vanessa Jo Nelson Vallejo, Vickie Jo Nelson Salazar, W. F. Childress, Childress Seafood, Inc. and Alton Lee Kelly, pray for the Court to enter an order to enlarge the time to file Plaintiffs' expert witness disclosures until further order of this Court, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

By: s/ David E. Bernsen

DAVID E. BERNSEN
Texas State Bar No. 02217500
LAW OFFICE OF DAVID E. BERNSEN, P.C.
Post Office Box 822
Beaumont, Texas 77704
(409) 832-1957
(409) 832-2211 [FACSIMILE]
andrea@davidbernsen.com

ATTORNEY FOR PLAINTIFFS
FISHERMAN'S HARVEST, INC.,
C. JOE NELSON, JR., DORIS MAE
NELSON, VANESSA JO NELSON
VALLEJO AND VICKIE JO NELSON
SALAZAR

AND

A. MARK FAGGARD
Texas State Bar No. 06772000
A. MARK FAGGARD, P.C.
550 Fannin Street, Suite 1141
Beaumont, Texas 77701
(409) 835-4300
(409) 835-4335 [FACSIMILE]
amark-f@sbcglobal.net

OF COUNSEL TO ATTORNEY FOR
PLAINTIFFS FISHERMAN'S HARVEST,

INC., C. JOE NELSON, JR., DORIS
MAE NELSON, VANESSA JO NELSON
VALLEJO AND VICKIE JO NELSON
SALAZAR

**CERTIFICATE OF CONFERENCE**

Prior to the filing of the above and foregoing document, Plaintiffs' counsel conferred with counsel for the Defendant, The United States, and with counsel for Intervenor-Defendant, Weeks Marine, Inc., on Friday, February 16, 2006, to determine if either would be opposed to the enlargement of time requested for the filing of Plaintiffs' Expert Witness Disclosures. None were opposed.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument has been filed electronically in accordance with the rules of this Court on this the 26th day of February, 2007.

s/ David E. Bernsen
DAVID E. BERNSEN
E-mail: andrea@davidbernsen.com

David F. D'Alessandris
ATTORNEY FOR DEFENDANT
THE UNITED STATES
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
TEL: (202) 307-1011
FAX: (202) 514-8624

P. Alex Petty
Ana-Valli Gordon

OF COUNSEL TO ATTORNEY FOR
DEFENDANT THE UNITED STATES
Assistant District Counsel
United States Army Corps
of Engineers
Galveston District
2000 Fort Point Road
Galveston, Texas 77550

Kenneth G. Engerrand
Allen D. Hemphill
ATTORNEYS FOR INTERVENOR
PLAINTIFF WEEKS MARINE, INC.
Brown Sims, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Phone: (713) 629-1580
Fax: (713) 629-5027

Paul O'Finan
ATTORNEY FOR PLAINTIFFS
CHILDRESS SEAFOOD, INC.,
W. F. CHILDRESS AND ALTON
LEE KELLY
9597 Jones Road, #317
Houston, Texas 77065
Phone: (713) 202-1776
Fax: (713) 683-1783
E-Mail: fionnain@isp.com

Shannon T. Nash
OF COUNSEL TO ATTORNEY FOR
PLAINTIFFS CHILDRESS SEAFOOD,
INC., W. F. CHILDRESS AND ALTON
LEE KELLY
Tolleson & Nash
26510 Keith Street
Spring, Texas 77373
TEL: (281) 350-3900
FAX: (281) 350-9977