**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., et al** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **WEEKS MARINE, INC.** | § | **NO. 05 -840 C and** |
| | § | **NO. 05-1044 C** |
| **Intervenor Plaintiff** | § | **(CONSOLIDATED)** |
| | § | **(Chief Judge Damich)** |
| **v.** | § | |
| | § | |
| **THE UNITED STATES** | § | |
| | § | |
| **Defendant.** | § | |

**PROPOSED ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE DEADLINE FOR DISCLOSING PLAINTIFFS' EXPERT WITNESSES**

ON THIS DAY, came on to be heard Plaintiffs', FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W. F. CHILDRESS and ALTON LEE KELLY, Unopposed Motion to Enlarge Deadline for Disclosing Plaintiffs' Expert Witnesses, and the Court having considered the Motion, response, and arguments of counsel, is of the opinion that it is well taken and should in all things be GRANTED. It is therefore,

ORDERED, ADJUDGED AND DECREED that the scheduling order is hereby amended, and that Plaintiffs' Expert Witness Disclosures shall now be due on or before ____________________.

SIGNED on this the _____ day of ____________________, 2007.

____________________________________
CHIEF JUDGE EDWARD J. DAMICH
UNITED STATES COURT OF FEDERAL CLAIMS