# In the United States Court of Federal Claims

No. 05-840 C and No. 05-1044 C
(CONSOLIDATED)

(Filed: February 28, 2007)

| | |
|---|---|
| **FISHERMAN'S HARVEST, INC., et al.**, | * |
| Plaintiffs, | * |
| v. | * |
| **THE UNITED STATES** | * |
| Defendant, | * |
| v. | * |
| **WEEKS MARINE, INC.** | * |
| Intervenor-Defendant. | * |

## ORDER

On February 26, 2007, Plaintiffs filed an Unopposed Motion to Enlarge Deadline for Disclosing Plaintiffs' Expert Witnesses. In the motion, Plaintiffs explain that the depositions of certain fact witnesses have been delayed. Consequently, Plaintiffs ask the Court to extend the deadline for disclosure of Plaintiffs' expert witnesses until 30 days after completion of fact witness depositions.[1] Plaintiffs' motion is GRANTED-IN-PART and DENIED-IN-PART.

The Court hereby STAYS expert discovery. The Court ORDERS the parties to file a Joint Status Report within two weeks after completion of fact witness depositions, setting forth a proposed expert discovery schedule, or on or before **May 31, 2007**, whichever comes earlier.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

[1] Although Plaintiffs indicate in the motion that the expert witness disclosure will be filed with the Court, the expert witness disclosure need only be *served* on the other parties.