**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **THE UNITED STATES,** | § | **NO. 05 -840 C and** |
| | § | **NO. 05-1044 C** |
| **Defendant,** | § | **(CONSOLIDATED)** |
| | § | **(Chief Judge Damich)** |
| **v.** | § | |
| | § | |
| **WEEKS MARINE, INC.,** | § | |
| | § | |
| **Intervenor-Defendant.** | § | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated February 28, 2007, the parties respectfully submit this Joint Status Report. The parties have exchanged written discovery and have produced over 43,000 pages of documents. The parties anticipate the filing of additional written discovery. The parties have also been diligent in conducting depositions. Thus far, ten (10) fact witnesses have been deposed. United States Army Corps of Engineers witnesses were deposed in Galveston, Texas on February 12, 13, and 14, 2007. The Plaintiffs were deposed in Houston, Texas, on February 21, 22, March 12, 13, and April 10, 2007. Weeks Marine's witnesses were deposed in New Orleans, Louisiana, on May 15 and 16, 2007. At this time, several fact witness depositions remain to be scheduled. In addition, all expert witnesses need to be deposed in this matter.

Pursuant to this Court's February 28, 2007 Order, the parties propose the following schedule for discovery:

> Plaintiffs believe fact discovery should be completed by July 2, 2007. Intervenor-Defendant and the United States believe fact discovery should be completed by July 31, 2007.
>
> Plaintiffs believe that all parties should disclose their expert witnesses by August 8, 2007. In the alternative, Plaintiffs believe Intervenor-Defendant and the United States should disclose their

expert witnesses no later than August 15, 2007. Intervenor-Defendant and the United States believe Plaintiffs should disclose their expert witnesses by August 15, 2007, and Defendants should disclose their expert witnesses by September 15, 2007.

Plaintiffs believe all parties should offer their expert witnesses for deposition by September 10, 2007. Intervenor-Defendant and the United States believe Plaintiffs should offer their expert witnesses for deposition by September 30, 2007 and Defendants should offer their expert witnesses for deposition by October 31, 2007. Counsel for the United States is anticipating the birth of a daughter on or around August 25, 2007, and does not believe that it will be possible to schedule expert witness depositions prior to the end of September, 2007.

Plaintiffs believe all expert discovery should be completed by September 10, 2007. Intervenor-Defendant and the United States believe all expert discovery should be completed by October 31, 2007.

Plaintiffs believe all discovery should be completed by September 10, 2007. Intervenor-Defendant believes all discovery should be completed by October 31, 2007.

Respectfully submitted,

By: David O Bernsen

DAVID ERIC BERNSEN
Southern District of Texas Bar No. 83425
Texas State Bar No. 02217500
LAW OFFICE OF DAVID E. BERNSEN, P.C.
Post Office Box 822
Beaumont, Texas 77704
(409) 832-1957
(409) 832-2211 [FACSIMILE]
andrea@davidbernsen.com

ATTORNEY FOR PLAINTIFFS,
FISHERMAN'S HARVEST, INC.,
C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO AND VICKIE JO NELSON SALAZAR

AND

A. MARK FAGGARD
Texas State Bar No. 06772000
A. MARK FAGGARD, P.C.
550 Fannin Street, Suite 1305
Beaumont, Texas 77701
(409) 835-4300
(409) 835-4335 [FACSIMILE]
amark-f@sbcglobal.net

OF COUNSEL TO ATTORNEY FOR PLAINTIFFS, FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO AND VICKIE JO NELSON SALAZAR

Respectfully submitted,

By: */s/ Shannon T. Nash*

SHANNON T. NASH
TOLLESON & NASH
26510 Keith Street
Spring, Texas 77373
TEL: (281) 350-3900
FAX: (281) 350-9977

ATTORNEY FOR PLAINTIFFS, CHILDRESS SEAFOOD, INC., W. F. CHILDRESS AND ALTON LEE KELLY

AND

PAUL W. O'FINAN
Texas Bar No. 24027376
Federal ID No. 30719
9597 Jones Road #317
Houston, Texas 77065
Telephone No. (713) 202-1776
Telefacsimile No. (713) 683-1783
fionnain@isp.com

OF COUNSEL TO ATTORNEY OF

RECORD FOR CHILDRESS SEAFOOD,
INC., W. F. CHILDRESS AND ALTON LEE KELLY

AND

A. MARK FAGGARD
Texas State Bar No. 06772000
A. MARK FAGGARD, P.C.
550 Fannin Street, Suite 1305
Beaumont, Texas 77701
(409) 835-4300
(409) 835-4335 [FACSIMILE]
amark-f@sbcglobal.net

OF COUNSEL TO ATTORNEY OF RECORD FOR
ALTON LEE KELLY

AND

By:/s/ Kenneth G. Engerrand
Kenneth G. Engerrand
Texas Bar No. 06619500
Allen D. Hemphill
Texas Bar No. 00796740
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
713-629-1580
713-629-5027 Fax

ATTORNEYS IN CHARGE FOR WEEKS MARINE, INC.

AND

By:/s/ David Frank D'Alessandris
David Frank D'Alessandris
U.S. Department of Justice
Civil Div. Commerce Litigation Br.
1100 L. Street, NW
8th Floor
Washington, DC 20530

ATTORNEY FOR THE UNITED STATES

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 31, 2007, a copy of the above and foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

DAVID ERIC BERNSEN
E-mail: andrea@davidbernsen.com