# In the United States Court of Federal Claims

No. 05-840 C and No. 05-1044 C
(CONSOLIDATED)

(Filed: June 4, 2007)

***************************************

**FISHERMAN'S HARVEST, INC., et al.,**

Plaintiffs,

v.

**THE UNITED STATES**

Defendant,

v.

**WEEKS MARINE, INC.**

Intervenor-Defendant.

***************************************

## ORDER

On May 31, 2007, the parties filed a Joint Status Report wherein, once again, Plaintiffs proposed a different discovery schedule from that of Defendant and Intervenor-Defendant.[1] The Court hereby vacates the discovery schedule issued on January 8, 2007, in lieu of the following discovery schedule:

| | |
|---|---|
| Fact Discovery ends | **July 31, 2007** |
| Joint Status Report (including, inter alia, discussion of dispositive motions) due by | **August 22, 2007** |
| Plaintiffs' Expert Witness Disclosure by | **August 15, 2007** |
| Defendant's/Weeks Marine's Expert Witness Disclosure by | **September 14, 2007** |

[1] Notably, Plaintiffs proposed simultaneous due dates for expert discovery even though the Court already decided to adopt sequential due dates in the order issued January 8, 2007.

| | |
|---|---|
| Plaintiffs' Experts Available for Deposition by | **September 28, 2007** |
| Defendant's/Weeks Marine's Experts Available for Deposition by | **October 31, 2007** |
| Expert Discovery closes | **October 31, 2007** |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge