# In the United States Court of Federal Claims

No. 05-840 C and No. 05-1044 C
(CONSOLIDATED)

(Filed: August 8, 2007)

**********************************
*
**FISHERMAN'S HARVEST, INC., et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES** *
*
Defendant, *
*
v. *
*
**WEEKS MARINE, INC.** *
*
Intervenor-Defendant. *
*
**********************************

**ORDER**

On July 31, 2007, Defendant and Intervenor-Defendant, Weeks Marine, Inc., filed a Motion for Enlargement of Discovery, requesting that the Court extend all discovery deadlines by 120 days. Although the motion indicated that Plaintiffs opposed the enlargement of discovery, Plaintiffs' counsel indicated by e-mail dated August 8, 2007, that they had agreed to the enlargement. The motion is hereby granted.

The Court hereby vacates the discovery schedule issued on June 4, 2007, in lieu of the following discovery schedule:

| | |
|---|---|
| Fact Discovery ends | **November 28, 2007** |
| Joint Status Report (including, inter alia, discussion of dispositive motions) due by | **December 20, 2007** |
| Plaintiffs' Expert Witness Disclosure by | **December 13, 2007** |
| Defendant's/Weeks Marine's Expert Witness Disclosure by | **January 11, 2008** |

| | |
|---|---|
| Plaintiffs' Experts Available for Deposition by | **January 25, 2008** |
| Defendant's/Weeks Marine's Experts Available for Deposition by | **February 28, 2008** |
| Expert Discovery closes | **February 28, 2008** |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge