# In the United States Court of Federal Claims

No. 05-840 C and No. 05-1044 C
(CONSOLIDATED)

(Filed: November 29, 2007)

*********************************
*
**FISHERMAN'S HARVEST, INC., et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES** *
*
Defendant, *
*
v. *
*
**WEEKS MARINE, INC.** *
*
Intervenor-Defendant. *
*
*********************************

**ORDER**

On November 28, 2007, Defendant United States filed an unopposed Motion for Enlargement of Time to Complete Discovery. The motion is hereby GRANTED.

The Court hereby vacates the discovery schedule issued on August 8, 2007 and sets the following discovery schedule:

| | |
|---|---|
| Fact Discovery ends | **January 25, 2008** |
| Joint Status Report (with discussion of dispositive motions) by | **February 15, 2008** |
| Plaintiffs' Expert Witness Disclosure by | **February 8, 2008** |
| Defendant's/Weeks Marine's Expert Witness Disclosure by | **March 7, 2008** |
| Plaintiffs' Experts Available for Deposition by | **March 15, 2008** |
| Defendant's/Weeks Marine's Experts Available for Deposition by | **March 31, 2008** |

| | |
|---|---|
| Expert Discovery closes | **March 31, 2008** |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge