# In the United States Court of Federal Claims

No. 05-840 C and No. 05-1044 C
(CONSOLIDATED)

(Filed: January 28, 2008)

| | |
|---|---|
| ********************************** | |
| | * |
| **FISHERMAN'S HARVEST, INC., et al.**, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES** | * |
| | * |
| Defendant, | * |
| | * |
| v. | * |
| | * |
| **WEEKS MARINE, INC.** | * |
| | * |
| Intervenor-Defendant. | * |
| | * |
| ********************************** | |

**ORDER**

On January 25, 2008, Defendant United States filed an unopposed Motion for Enlargement of Time to Complete Discovery. The motion is hereby GRANTED.

The Court hereby vacates the discovery schedule issued on November 29, 2007 and sets the following discovery schedule:

| | |
|---|---|
| Fact Discovery ends | **March 10, 2008** |
| Joint Status Report (with discussion of dispositive motions) by | **March 31, 2008** |
| Plaintiffs' Expert Witness Disclosure by | **March 24, 2008** |
| Defendant's/Weeks Marine's Expert Witness Disclosure by | **April 21, 2008** |
| Plaintiffs' Experts Available for Deposition by | **April 29, 2008** |
| Defendant's/Weeks Marine's Experts Available for Deposition by | **May 15, 2008** |

| | |
|---|---|
| Expert Discovery closes | **May 15, 2008** |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge