# In the United States Court of Federal Claims

**CORRECTED NOTICE**

**Nos. 05-840 C and 05-1044 C (consolidated)**
**Filed: February 29, 2008**

**FISHERMAN'S HARVEST INC., ET AL.**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Margaret M. Sweeney**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

John S. Buckley

ACTING CLERK OF COURT