**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., et al** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **WEEKS MARINE, INC.** | § | **NO. 05 -840 C and** |
| | § | **NO. 05-1044 C** |
| **Intervenor Plaintiff** | § | **(CONSOLIDATED)** |
| | § | **(Chief Judge Damich)** |
| **v.** | § | |
| | § | |
| **THE UNITED STATES** | § | |
| | § | |
| **Defendant.** | § | |

**NOTICE OF PLAINTIFFS', W.F. CHILDRESS AND CHILDRESS SEAFOOD, INC., EXPERT WITNESS DESIGNATION**

On this date, Monday, March 24, 2008, and in accordance with Federal Court of Claims Rule 26(a)(2)(b) and the Court's Scheduling Order dated January 28, 2008, Plaintiffs, W.F. Childress and Childress Seafood, Inc., completed their duty of Expert Witness Designation to Defendant and Intervenor Plaintiff and will supplement if necessary.

Plaintiffs certify that all designations are true and correct.

Respectfully submitted,

*s/Shannon T. Nash*

SHANNON T. NASH
Texas Bar No. 14811620
Federal I.D. No. 222072
TOLLESON & NASH
26510 Keith Street
Spring, Texas 77373
(281) 350-3900
(281) 350-9977 facsimile
E-Mail: fishernash@charter.net

ATTORNEY OF RECORD FOR PLAINTIFFS, W. F. CHILDRESS and CHILDRESS SEAFOOD, INC.