IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W. F. CHILDRESS AND ALTON LEE KELLEY | § | |
| Plaintiffs | § | NO. 05-840 C and NO. 05-1044 C (CONSOLIDATED) |
| VS. | § | |
| THE UNITED STATES | § | |
| Defendant | § | |
| VS. | § | |
| WEEKS MARINE, INC. | § | |
| Defendant/Intervenor | § | |

NOTICE OF PLAINTIFF
ALTON LEE KELLY'S EXPERT DISCLOSURES

On this date, March 24, 2008, and in accordance with Federal Court of Claims Rule 26(a)(2)(b) and the Court's Scheduling Order dated January 28, 2008, Plaintiff, Alton Lee Kelly, completed his duty of Expert Disclosures to Defendant, The United States, and Defendant/Intervenor, Weeks Marine, Inc., and will supplement if necessary.

Plaintiff certifies that all designations are true and correct.

Respectfully submitted,

_____/s/ Paul W. O'Finan_________________
PAUL W. O'FINAN
Attorney at Law
9597 Jones Road, #317
Houston, Texas 77065
(713) 202-1776
990 Cedar Bridge Ave.
Suite B-7, PMB 108
Brick Township, New Jersey 08723
(713) 202-1776
fionnain@isp.com
Texas State Bar No. 24027376
Federal I.D. No. 30719

ATTORNEY OF RECORD FOR PLAINTIFF
ALTON LEE KELLY

A. MARK FAGGARD, P.C.
550 Fannin Street, Suite 1305
Beaumont, Texas 77701
(409) 835-4300
(409) 835-4335 [FACSIMILE]
amark-f@sbcglobal.net

BY:_____/s/ A. Mark Faggard______________
MARK FAGGARD
Texas State Bar No. 06772000
Federal I.D. No. ______
OF COUNSEL FOR PLAINTIFF
ALTON LEE KELLY

______/s/ Shannon T. Nash_______________
SHANNON T. NASH
Texas State Bar No. 14811620
Federal I.D. No. 222072
TOLLESON & NASH
26510 Keith Street
Spring, Texas 77373
(281) 350-3900
(281) 350-9977 (Facsimile)
fishernash@charter.net

OF COUNSEL FOR PLAINTIFF
ALTON LEE KELLY

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all counsel of record on this the 24th day of March, 2008, as follows:

Mr. Kenneth G. Engerrand
Brown Sims, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007

Mr. David D'Alessandris
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L. Street N.W., 8th Floor
Washington, D.C. 20530

/s/ A. Mark Faggard
A. MARK FAGGARD