**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W.F. CHILDRESS AND ALTON LEE KELLY** | § | **NO. 05-840C Consolidated With No. 05-1044C** |
| **VS.** | § | |
| **WEEK'S MARINE, INC. Intervenor-Plaintiff** | § | **(Judge Sweeney)** |
| **THE UNITED STATES Defendant** | § | |

**NOTICE OF PLAINTIFFS' W. F. CHILDRESS AND CHILDRESS SEAFOOD, INC.**
**SUPPLEMENTAL EXPERT WITNESS DESIGNATION**

On Monday, March 24, 2008, and in accordance with Federal Court of Claims Rule 26(a)2(b) and the Court's Scheduling Order dated January 28, 2008, Plaintiffs, W. F. Childress and Childress Seafood, Inc., completed their duty of Supplemental Expert Witness Designation to Defendant and Intervenor-Plaintiff and will supplement if necessary.

Plaintiffs certify that all designations are true and correct.

Respectfully submitted,

s/Shannon T. Nash/

Shannon T. Nash
Texas Bar No. 14811620
26510 Keith Street
Spring, Texas 77373
(281) 350-3900
(281) 350-9977 fax

Attorney for Plaintiffs, W. F. Childress and Childress Seafood, Inc.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing has been forwarded by e-file to all counsel of record.

Intervenor-Plaintiff Weeks Marine, Inc
Kenneth G. Engerrand
Brown Simms, P. C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007

David D'Alessandris
Department of Justice
1100 L. Street, N. W., 8th Floor
Washington, D. C. 20530

s /Shannon T. Nash/

Shannon T. Nash