IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W. F. CHILDRESS AND ALTON LEE KELLEY | § | |
| Plaintiffs | § | NO. 05-840 C and NO. 05-1044 C (CONSOLIDATED) |
| VS. | § | |
| THE UNITED STATES | § | |
| Defendant | § | |
| VS. | § | |
| WEEKS MARINE, INC. | § | |
| Defendant/Intervenor | § | |

NOTICE OF PLAINTIFFS', FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO AND VICKIE JO NELSON SALAZAR SUPPLEMENTAL OBJECTIONS AND ANSWERS TO DEFENDANT'S, THE UNITED STATES. FIRST SET OF INTERROGATORIES AND SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS

On this date, Monday, March 27, 2008, and in accordance with Federal Court of Claims Rules, Plaintiffs, Fisherman's Harvest, Inc., C. Joe Nelson, Jr., Doris Mae Nelson, Vanessa Jo Nelson Vallejo and Vickie Jo Nelson Salazar, filed their Supplemental Objections and Answers to Defendant's, The United States, First Set of Interrogatories and Second Requests for Production of Documents and will supplement if necessary.

Plaintiffs certify that all supplemental objections and answers are true and correct.

Respectfully submitted

MOORE LANDREY, L.L.P.
390 Park Street, Suite 500
Beaumont, Texas 77701
(409) 835-3891
(409) 835-2707 [FACSIMILE]

BY: _*s/David E. Bernsen*______
DAVID E. BERNSEN
Texas State Bar No. 06772000
Southern District of Texas Bar
No. 83425

ATTORNEY OF RECORD FOR PLAINTIFFS, FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO and VICKIE JO NELSON SALAZAR

A. MARK FAGGARD, P.C.
550 Fannin Street, Suite 1305
Beaumont, Texas 77701
(409) 835-4300
(409) 835-4335 [FACSIMILE]
amark-f@sbcglobal.net

BY: _*s/A. Mark Faggard*___________
A. MARK FAGGARD
Texas State Bar No. 06772000

OF COUNSEL FOR PLAINTIFFS, FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO and VICKIE JO NELSON SALAZAR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded via e-file to all counsel of record on this the 27th day of March, 2008, as follows:

Mr. Kenneth G. Engerrand
Brown Sims, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007

Mr. David D'Alessandris
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L. Street N.W., 8th Floor
Washington, D.C. 20530

___*s/David E. Bernsen*____________
DAVID E. BERNSEN