**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO, VICKIE JO NELSON SALAZAR, CHILDRESS SEAFOOD, INC., W.F. CHILDRESS AND ALTON LEE KELLY** | § | **NO. 05-840C Consolidated With No. 05-1044C** |
| **VS.** | § | |
| **WEEK'S MARINE, INC.** Intervenor-Plaintiff | § | **(Judge Sweeney)** |
| **THE UNITED STATES** Defendant | § | |

**NOTICE OF PLAINTIFFS' W. F. CHILDRESS AND CHILDRESS SEAFOOD, INC. OBJECTIONS AND ANSWERS TO INTERVENOR-PLAINTIFF'S WEEKS MARINE, INC. FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION**

On Monday, March 27, 2008, and in accordance with Federal Court of Claims Rules, Plaintiffs, W. F. Childress and Childress Seafood, Inc., filed their Objections and Answers to Intervenor-Plaintiff's First Set of Interrogatories and First Request for Production and will supplement if necessary.

Plaintiffs certify that all objections and answers are true and correct.

Respectfully submitted,

s/*Shannon T. Nash*/

Shannon T. Nash
Texas Bar No. 14811620
26510 Keith Street
Spring, Texas 77373
(281) 350-3900
(281) 350-9977 fax

Attorney for Plaintiffs, W. F. Childress and Childress Seafood, Inc.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing has been forwarded by e-file to all counsel of record.

Intervenor-Plaintiff Weeks Marine, Inc
Kenneth G. Engerrand
Brown Simms, P. C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007

David D'Alessandris
Department of Justice
1100 L. Street, N. W., 8th Floor
Washington, D. C. 20530

s /*Shannon T. Nash*/

Shannon T. Nash