# In the United States Court of Federal Claims

No. 05-840 C and No. 05-1044 C
(CONSOLIDATED)

(Filed: March 27, 2008)

*********************************************
FISHERMAN'S HARVEST, INC., et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
WEEKS MARINE, INC., *
*
Defendant-Intervenor. *
*********************************************

**ORDER**

The following documents were recently filed with the court:

1. Notice of Plaintiffs', W. F. Childress and Childress Seafood, Inc., Expert Witness Designation (document #85), filed on March 24, 2008;

2. Notice of Plaintiffs', W. F. Childress and Childress Seafood, Inc., Expert Witness Designation (document #86), filed on March 24, 2008;

3. Notice of Plaintiff Alton Lee Kelly's Expert Disclosures (document #87), filed on March 24, 2008;

4. Notice of Plaintiffs', Fisherman's Harvest, Inc., C. Joe Nelson, Jr., Doris Mae Nelson, Vanessa Jo Nelson Vallejo and Vickie Jo Nelson Salazar, Expert Witness Designations (document #88), filed on March 24, 2008;

5. Notice of Plaintiffs', Fisherman's Harvest, Inc., C. Joe Nelson, Jr., Doris Mae Nelson, Vanessa Jo Nelson Vallejo and Vickie Jo Nelson Salazar, Supplemental

Expert Witness Designation (document #89), filed on March 25, 2008;

6. Notice of Plaintiffs', W. F. Childress and Childress Seafood, Inc., Designation of Expert Witnesses (document #90), filed on March 26, 2008;

7. Notice of Plaintiffs', W. F. Childress and Childress Seafood, Inc., Designation of Expert Witnesses (document #91), filed on March 26, 2008;

8. Notice of Plaintiffs', W. F. Childress and Childress Seafood, Inc., Supplemental Expert Witness Designation (document #92), filed on March 26, 2008;

9. Notice of Plaintiffs', W. F. Childress and Childress Seafood, Inc., Supplemental Expert Witness Designation (document #93), filed on March 26, 2008;

10. Notice of Plaintiffs', Fisherman's Harvest, Inc., C. Joe Nelson, Jr., Doris Mae Nelson, Vanessa Jo Nelson Vallejo and Vickie Jo Nelson Salazar, Objections and Answers to Defendant's, Weeks Marine, Inc., First Set of Interrogatories and Requests for Production of Documents (document #94), filed on March 27, 2008;

11. Notice of Plaintiffs', Fisherman's Harvest, Inc., C. Joe Nelson, Jr., Doris Mae Nelson, Vanessa Jo Nelson Vallejo and Vickie Jo Nelson Salazar, Supplemental Objections and Answers to Defendant's, the United States, First Set of Interrogatories and Second Requests for Production of Documents (document #95), filed on March 27, 2008;

12. Notice of Plaintiffs', W. F. Childress and Childress Seafood, Inc. Objections and Answers to Intervenor-Plaintiff's, Weeks Marine, Inc., First Set of Interrogatories and First Request for Production (document #96), filed on March 27, 2008; and

13. Notice of Plaintiffs', W. F. Childress and Childress Seafood, Inc., Objections and Answers to Intervenor-Plaintiff's, Weeks Marine, Inc., First Set of Interrogatories and First Request for Production (document #97), filed on March 27, 2008.

Neither the Rules of the United States Court of Federal Claims ("RCFC") nor any order from the court issued in this case contains a provision for the filing of these documents. RCFC 5, which governs service and filing of pleadings and other papers, states:

> All papers after the complaint required to be served upon a party, together with a certificate of service, must be filed with the court within a reasonable time after service, <u>but disclosures under RCFC 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: (i) depositions, (ii) interrogatories, (iii) requests for documents or to permit entry upon land, and (iv) requests for admission, except</u>

> that depositions upon oral examination and notices thereof, written questions, interrogatories, requests for documents, requests for admission, and answers and responses thereto, and other related discovery materials shall not be filed unless on order of the court.

RCFC 5(d) (emphasis added). As such, the above-referenced documents need not be filed with the court. **Accordingly, the Clerk of the Court is directed to strike documents #85, #86, #87, #88, #89, #90, #91, #92, #93, #94, #95, #96, and #97.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge