IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., et al., Plaintiffs, v. UNITED STATES Defendant, and WEEKS MARINE, INC., Intervenor-Defendant. | ) | No. 05-0840 C and No. 05-1044C (CONSOLIDATED) (Judge Sweeney) |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT

Pursuant to Rule 6 of the Rules of the United States Court of Federal Claims, defendant, the United States respectfully requests that the Court enlarge the deadline for the parties to file a joint status report by seven days. Pursuant to this Court's January 28, 2008 order, the deadline is currently March 31, 2008. This is our first request for enlargement for this purpose. On March 28, 2008, David Bernsen, counsel for plaintiffs, indicated that all plaintiffs' counsel would consent to this motion. Additionally, on that same date, Michael Bowdoin, counsel for defendant-intervenor, Weeks Marine, Inc., indicated that his client would consent to this motion.

The requested enlargement is due to the continuing difficulty in coordinating the schedules of five attorneys of record. Although the parties have begun preparation of the joint status report, counsel plan to address several issues during a conference call. Due to various schedule conflicts, the parties now plan to hold the conference call on Tuesday, April 1, 2008. Thus, defendant respectfully requests that this Court enlarge the deadline for the parties to file a

joint status report by seven days, to permit the parties to discuss the outstanding issues and prepare the joint status report.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ David D'Alessandris
DAVID D'ALESSANDRIS
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
8th Floor
Washington, DC 20530

March 31, 2008

Attorneys for the United States

CERTIFICATE OF FILING

I hereby certify that on March 31, 2008, a copy of the forgoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David D'Alessandris