**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., et al** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **WEEKS MARINE, INC.** | § | **NO. 05 -840 C and** |
| | § | **NO. 05-1044 C** |
| **Intervenor Plaintiff** | § | **(CONSOLIDATED)** |
| | § | |
| **v.** | § | |
| | § | |
| **THE UNITED STATES** | § | |
| | § | |
| **Defendant.** | § | |

**NOTICE OF CHANGE OF FIRM NAME**

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that David E. Bernsen is now associated with the law firm of **MOORE LANDREY, L.L.P.,** 390 Park, Suite 500, Beaumont, TX 77701, 409-835-3891, Fax # 409-835-2707.

Respectfully submitted,

MOORE LANDREY, L.L.P.
390 Park Street, Suite 500
Beaumont, Texas 77701
(409) 835-3891
(409) 835-2707 [FACSIMILE]

BY: *s/David E. Bernsen*
DAVID E. BERNSEN
Texas State Bar No. 06772000
Southern District of Texas Bar
No. 83425
ATTORNEY OF RECORD FOR PLAINTIFFS, FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO and VICKIE JO NELSON SALAZAR

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing instrument was served on all counsel via efile on this the 31st day of March, 2008.

Mr. Kenneth G. Engerrand
Brown Sims, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007

Mr. David D'Alessandris
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L. Street N.W., 8th Floor
Washington, D.C. 20530

Mr. A. Mark Faggard, P.C.
550 Fannin Street, Suite 1305
Beaumont, Texas 77701

Mr. Paul W. O' Finan
9597 Jones Road, #317
Houston, Texas 77065
990 Cedar Bridge Ave.
Suite B-7, PMB 108
Brick Township, New Jersey 08723

Mr. Shannon T. Nash
TOLLESON & NASH
26510 Keith Street
Spring, Texas 77373

*s/David E. Bernsen*
DAVID E. BERNSEN