# In the United States Court of Federal Claims

No. 05-840 C and No. 05-1044 C
(CONSOLIDATED)

(Filed: April 1, 2008)

| | |
|---|---|
| FISHERMAN'S HARVEST, INC., et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| WEEKS MARINE, INC., | * |
| | * |
| Defendant-Intervenor. | * |

## ORDER

On March 31, 2008, defendant filed an Unopposed Motion for Enlargement of Time to File Joint Status Report ("motion"). In its motion, defendant requests an additional seven (7) days within which to file a joint status report. The parties' joint status report was due March 31, 2008. Defendant represents that this is its first request for an enlargement of time and that neither plaintiffs nor defendant-intervenor objects to this motion. Defendant states that an enlargement is necessary because the parties have encountered difficulty coordinating their schedules. Although they have begun preparation of the joint status report, the parties have scheduled a conference call on April 1, 2008, during which they will address several issues. The court finds that defendant's request is not unreasonable. **Accordingly, defendant's motion is GRANTED. The parties shall file their joint status report by no later than Monday, April 7, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge