IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., et al | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| THE UNITED STATES | § | NO. 05-840 C and |
| | § | NO. 05-1044 C |
| Defendant, | § | (Consolidated) |
| | § | |
| AND | § | |
| | § | (Judge Sweeney) |
| WEEKS MARINE, INC. | § | |
| | § | |
| Intervenor-Defendant. | § | |

AGREED MOTION TO EXTEND DEADLINE FOR INTERVENOR DEFENDANT'S EXPERT REPORTS

COMES NOW WEEK'S MARINE, INC. ("Week's"), Intervenor-Defendant in the above entitled and numbered cause and files this its Motion to Extend Deadline for Intervenor Defendant's Expert Reports as to its expert Dr. David Basco. In support of this motion Weeks would show that Dr. David Basco is suffering from heart arrhythmia and requires the extension of one week to prepare his report.

Week's respectfully asks this Honorable Court to extend the deadline for Dr. Basco's report to April 28, 2008. This motion is purely for medical reasons and not for causing delay or stalling of these proceedings.

Respectfully submitted,

By: /s/ Kenneth G.Engerrand
Kenneth G. Engerrand
Texas Bar No. 06619500
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
713-629-1580
713-629-5027 Fax
ATTORNEYS IN CHARGE FOR WEEKS MARINE, INC.

OF COUNSEL

BROWN SIMS, P.C.
P. Michael Bowdoin
Texas Bar No. 02719760
Mark Symms
Texas Bar No. 24058146
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
(713) 629-1580
(713) 629-5027 (Telecopier)

By: /s/ David E. Bernsen
David E. Bernsen
Texas Bar No. 02217500
Law Office of David E. Bernsen, P.C.
Beaumont, Texas 77704
409 832-1957
409 832-2211 Fax

ATTORNEYS IN CHARGE FOR PLAINTIFFS FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO AND VICKIE JO NELSON SALAZAR

AND

A. Mark Faggard
Texas Bar No. 06772000
A. Mark Faggard, P.C.
550 Fannin Street, Suite 1141
Beaumont, Texas 77701
409 835-4300
409 835-4335 Fax

OF COUNSEL TO ATTORNEY FOR PLAINTIFFS FISHERMAN'S HARVEST, INC., C. JOE NELSON, JR., DORIS MAE NELSON, VANESSA JO NELSON VALLEJO AND VICKIE JO NELSON SALAZAR

By: /s/ Shannon T. Nash
Shannon T. Nash
Texas Bar No. 14811620
Tolleson & Nash
26510 Keith Street
Spring, Texas 77373
281 350-3900
281 350-9977 Fax

ATTORNEY IN CHARGE FOR PLAINTIFFS CHILDRESS SEAFOOD, INC. AND W.F. CHILDRESS

Attorney in Charge for Plaintiff Alton Lee Kelly

By: /s/ David Frank D'Alessandris
David Frank D'Alessandris
U.S. Department of Justice
Civil Div. Commercial Litigation Br.
1100 L Street, NW
8th Floor
Washington, DC 20530

ATTORNEY FOR THE UNITED STATES

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the *Agreed Motion to Extend Deadline for Intervenor Defendant's Expert Reports* has been filed electronically in accordance with the rules of this Court, on this the 16th day of April 2008, to wit:

A. Mark Faggard
A. Mark Faggard, P.C.
550 Fannin Street, Suite 1141
Beaumont, Texas 77701

Shannon T. Nash
Tolleson & Nash
26510 Keith Street
Spring, Texas 77373

David Eric Bernsen
Law Office of David Bernsen, P.C.
P.O. Box 822
Beaumont, Texas 77704

David D'Alessandris
Classification Unit 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

/s/ Kenneth G. Engerrand
Kenneth G. Engerrand