IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., et al | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| THE UNITED STATES | § | NO. 05-840 C and |
| | § | NO. 05-1044 C |
| Defendant, | § | (Consolidated) |
| | § | |
| AND | § | |
| | § | (Judge Sweeney) |
| WEEKS MARINE, INC. | § | |
| | § | |
| Intervenor-Defendant. | § | |

ORDER EXTENDING DEADLINE FOR
INTERVENOR DEFENDANT WEEK'S MARINE, INC.'S EXPERT REPORT

Intervenor-Defendant's Agreed Motion to Extend Deadline for Expert Reports is hereby GRANTED.

It is ORDERED that the deadline for the report due from Dr. David Basco is hereby extended to April 28, 2008.

It is also ORDERED that deadlines affecting all other reports due from experts designated by Intervenor Defendant Week's Marine, Inc. are unchanged and remain April 21, 2008.

JUDGE MARGARET M. SWEENEY