# In the United States Court of Federal Claims

No. 05-840 C and No. 05-1044 C
(CONSOLIDATED)

(Filed: April 17, 2008)

| | |
|---|---|
| FISHERMAN'S HARVEST, INC., et al., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| WEEKS MARINE, INC., | * |
| Defendant-Intervenor. | * |

**ORDER**

On April 16, 2008, defendant-intervenor filed an Agreed Motion to Extend Deadline for Intervenor Defendant's Expert Reports ("motion"). In its motion, defendant-intervenor requests an additional week, to and including April 28, 2008, to submit its expert report of Dr. David Basco. Dr. Basco's report is currently due on April 21, 2008, and defendant-intervenor represents that its request, which is based upon Dr. Basco's medical condition, is unopposed.

**Accordingly, defendant-intervenor's motion is GRANTED. Defendant-intervenor shall submit Dr. Basco's report by no later than Monday, April 28, 2008. Any other reports from defendant-intervenor's designated experts remain due by no later than April 21, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge