# In the United States Court of Federal Claims

No. 05-840 C and No. 05-1044 C
(CONSOLIDATED)

(Filed: April 17, 2008)

*****************************************
FISHERMAN'S HARVEST, INC., et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
WEEKS MARINE, INC., *
*
Defendant-Intervenor. *
*****************************************

**ORDER**

Pursuant to the court's April 8, 2008 Order, the parties contacted chambers to schedule a status conference. **A status conference will be held on Thursday, May 1, 2008, at 10:00 a.m. Eastern Daylight Time.** The parties shall appear by telephone.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge