# In the United States Court of Federal Claims

No. 05-840 C and No. 05-1044 C
(CONSOLIDATED)

(Filed: May 1, 2008)

*****************************************
FISHERMAN'S HARVEST, INC., et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
WEEKS MARINE, INC., *
*
Defendant-Intervenor. *
*****************************************

**ORDER**

On May 1, 2008, the court conducted a status conference with the parties. The parties shall file, **by no later than Friday, June 20, 2008**, a joint status report in which they indicate whether they (1) are still amenable to alternative dispute resolution ("ADR") or (2) wish to proceed with summary judgment motions in preparation for a trial to be conducted in Houston, Texas. The parties shall also propose dates for any ADR proceedings or, if applicable, a schedule for summary judgment briefing and dates for trial in September or thereafter.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge