**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **UNITED STATES** | § | **No. 05-0840 C and No. 05-1044C** |
| | § | **(CONSOLIDATED)** |
| **Defendant,** | § | **(Judge Sweeney)** |
| | § | |
| **and** | § | |
| | § | |
| **WEEKS MARINE, INC.,** | § | |
| | § | |
| **Intervenor-Defendant** | § | |

**INTERVENOR-DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF THE DISCOVERY PERIOD**

Pursuant to Rule 6 of the Rules of the United States Court of Federal Claims, Intervenor Defendant, Weeks Marine, Inc., respectfully requests that the Court enlarge expert discovery deadlines in this case. The current deadline for expert discovery is June 6, 2008. The Court previously granted an enlargement.

Defendant respectfully requests that the following deadlines be extended according to the following schedule:

1. **Deposition of Plaintiff's experts shall conclude on July 15, 2008.**
2. **Deposition of Defendant's and Intervenor-Defendant's shall conclude August 15, 2008**
3. **Expert Discovery shall conclude no later than August 15, 2008.**

The requested enlargement is necessary due to the large number of expert witnesses. The parties are also struggling with the difficulty, resulting from normal business and summer vacations, of coordinating the schedules of five attorneys of record with the schedules of the witnesses.

To date, the parties have exchanged written discovery and have produced over 43,000 pages of documents. The parties have also been diligent in conducting depositions. Thus far, over 20 fact witnesses have been deposed, and five expert depositions have been taken. Moreover, many of the remaining witnesses reside outside the Houston, Texas, area, and will require travel by all counsel.

For the reasons stated above, defendant respectfully requests that this Court enlarge all discovery deadlines pursuant to the above schedule.

Respectfully submitted,

BROWN SIMS, P. C.

By: /s/ Kenneth G.Engerrand
Kenneth G. Engerrand
Texas Bar No. 06619500
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Tel: (713) 629-1580
Fax: (713) 629-5027
ATTORNEYS FOR INTERVENOR-DEFENDANT
WEEK'S MARINE, INC.

OF COUNSEL
P. Michael Bowdoin
Texas Bar No. 02719760
Mark Symms
Texas Bar No. 24058146
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Tel: (713) 629-1580
Fax: (713) 629-5027

CERTIFICATE OF FILING

I hereby certify that on June 6, 2008, a copy of the forgoing "INTERVENOR-DEFENDANT'S MOTION UNOPPOSED FOR ENLARGEMENT OF THE DISCOVERY PERIOD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Kenneth G. Engerrand