# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., et al.,** | § | |
| **Plaintiffs,** | § | |
| **v.** | § | |
| **UNITED STATES** | § | **No. 05-0840 C and No. 05-1044C** |
| | § | **(CONSOLIDATED)** |
| **Defendant,** | § | **(Judge Sweeney)** |
| **and** | § | |
| **WEEKS MARINE, INC.,** | § | |
| **Intervenor-Defendant.)** | § | |

## ORDER GRANTING INTERVENOR-DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF THE DISCOVERY PERIOD

Intervenor-Defendant's Unopposed Motion to Extend Deadline for Enlargement of Discovery Period is hereby GRANTED.

It is ORDERED that the listed deadlines are extended as follows:

1. **Deposition of Plaintiff's experts shall conclude on July 15, 2008.**
2. **Deposition of Defendant's and Intervenor-Defendant's shall conclude August 15, 2008**
3. **Expert Discovery shall conclude no later than August 15, 2008.**

JUDGE MARGARET M. SWEENEY