# In the United States Court of Federal Claims

Nos. 05-840 C and 05-1044 C
(Filed: June 9, 2008)

***********************************
FISHERMAN'S HARVEST, INC. et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
WEEKS MARINE, INC., *
*
Defendant-Intervenor. *
***********************************

**ORDER**

On June 6, 2008, defendant-intervenor in the above-captioned case filed an unopposed motion to enlarge the discovery period. Defendant-intervenor's unopposed motion is **GRANTED**. Accordingly, deposition of plaintiffs' experts shall conclude by **no later than Tuesday, July 15, 2008**; deposition of the experts of defendant and defendant-intervenor shall conclude by **no later than Friday, August 15, 2008**; and expert discovery shall conclude by **no later than Friday, August 15, 2008**. Further, the deadline for the joint status report presently due by June 20, 2008, is enlarged to **no later than Friday, July 18, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge