IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., et al., Plaintiffs, v. UNITED STATES Defendant, and WEEKS MARINE, INC., Intervenor-Defendant. | ) | No. 05-0840 C and No. 05-1044C (CONSOLIDATED) (Judge Sweeney) |

DEFENDANT'S CONSENT MOTION FOR
ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT

Pursuant to Rule 6 of the Rules of the United States Court of Federal Claims, defendant, the United States respectfully requests that the Court enlarge the deadline for the parties to file a joint status report by seven days. Pursuant to this Court's June 9, 2008 order, the deadline is currently July 18, 2008. This is our first request for enlargement for this purpose. On July 17, 2008, Mark Faggard, counsel for plaintiffs, indicated that all plaintiffs' counsel would consent to this motion. Additionally, on that same date, Michael Bowdoin, counsel for defendant-intervenor, Weeks Marine, Inc., indicated that his client would consent to this motion.

The requested enlargement is due to the continuing difficulty in coordinating the schedules of five attorneys of record. Due to various schedule conflicts, the parties plan to hold additional discussions with regard to the issues to be addressed in the joint status report at the expert witness depositions scheduled for July 22, 2008 and July 23, 2008, in Houston, Texas. The parties wish to inform the Court that defendant and defendant-intervenor have taken the

depositions of all six of plaintiffs' expert witnesses. Additionally, plaintiffs took the depositions of two of defendant's three expert witnesses the week of July 7, 2008 in New Orleans, Louisiana. Plaintiffs are scheduled to take the depositions of two of defendant-intervenor's experts next week in Houston. Thus, defendant respectfully requests that this Court enlarge the deadline for the parties to file a joint status report by seven days, to and including July 25, 2008, to permit the parties to discuss the outstanding issues and prepare the joint status report.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ David D'Alessandris
DAVID D'ALESSANDRIS
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
8th Floor
Washington, DC 20530

July 17, 2008

Attorneys for the United States

CERTIFICATE OF FILING

I hereby certify that on July 17, 2008, a copy of the forgoing "DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David D'Alessandris