# In the United States Court of Federal Claims

Nos. 05-840 C and 05-1044 C
(Filed: July 17, 2008)

| | |
|---|---|
| FISHERMAN'S HARVEST, INC. et al., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| WEEKS MARINE, INC., | * |
| Defendant-Intervenor. | * |

## ORDER

On July 17, 2008, defendant filed a Consent Motion for Enlargement of Time to File Joint Status Report ("motion"). In its motion, defendant requests an enlargement of seven days, to and including July 25, 2008, to the parties' deadline for filing a joint status report, which is currently due on July 18, 2008. Defendant represents that this is its first request for an enlargement for this purpose and that all of plaintiffs' counsel and defendant-intervenor's counsel consent to this motion.

Defendant cites the parties' continuing difficulty to coordinate the schedules of five attorneys of record as the reason for its request. It represents that the parties plan to engage in additional discussions during expert witness depositions, which are scheduled for July 22, 2008, and July 23, 2008, in Houston. The court finds defendant's request reasonable. **Accordingly, defendant's motion is GRANTED. The parties shall file a joint status report by no later than Friday, July 25, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge