**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., et al** | § | |
| **Plaintiffs** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **THE UNITED STATES** | § | **No. 05-840 C and No. 05-1044 C** |
| **Defendant** | § | **(CONSOLIDATED)** |
| | § | **(Judge Sweeney)** |
| **VS.** | § | |
| | § | |
| **WEEKS MARINE, INC.** | § | |
| | § | |
| **Intervenor-Defendant** | § | |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated May 1, 2008, the parties respectfully submit the following joint status report.

All parties are amenable to alternative dispute resolution ("ADR") conducted in accordance with the Court of Federal Claims' ADR program and prior to the filing of dispositive motions. Defendant, The United States, states that its tentative agreement is subject to internal approval. The Plaintiffs offer the following dates: September 12, and 15-17, 2008. The Plaintiffs also request that any ADR process occur in Houston or Galveston, Texas. Defendant, The United States, and Intervenor-Defendant, Weeks Marine, Inc., will defer to the sound judgment of the Court with regard to dates and locations.

Respectfully submitted,

Brown Sims, P.C.

By: /s/ Kenneth G. Engerrand
Kenneth G. Engerrand
Texas Bar No. 06619500
1177 W. Loop South
10th Floor
Houston, Texas 77027
713-629-1580
713-629-5027 fax
ATTORNEY OF RECORD FOR INTERVENOR-DEFENDANT WEEK'S MARINE, INC.

Of Counsel:

P.Michael Bowdoin
Texas Bar No.02719760
Allen D. Hemphill
Texas Bar No. 00796740
Mark Symms
Texas Bar No. 24058146
Brown Sims, P.C.
1177 W. Loop South
10th Floor
Houston, Texas 77027
713-629-1580
713-629-5027 fax

Respectfully submitted,

/Paul O'Finan/

Paul O'Finan
Signed by permission

/A. Mark Faggard /

A. Mark Faggard
A. Mark Faggard, P. C.
Century Tower
550 Fannin Street Suite 1305
Beaumont, Texas 77701

Respectfully submitted,

/ Shannon J Nash /

Attorney for W. F. Childress
And Childress Seafood, Inc.
Texas Bar. No. 14811620
Tolleson & Nash
26510 Keith Street
Spring, Texas 77373
(281) 350-3900

MOORE LANDREY, L.L.P.
390 Park Street, Suite 500
Beaumont, Texas 77701
(409) 835-3891
(409) 835-2707 [FACSIMILE]

David E. Bernsen

DAVID E. BERNSEN
Texas State Bar No. 06772000
Southern District of Texas Bar
No. 83425

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ David D'Alessandris
DAVID D'ALESSANDRIS
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
8th Floor
Washington, DC 20530

July 25, 2008

Attorneys for the United States

CERTIFICATE OF FILING

I hereby certify that on July 25, 2008, a copy of the foregoing *Joint Status Report"* was electronically filed. I understand that a notice of this filing is sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through that system.

/s/ Kenneth G. Engerrand

Kenneth G. Engerrand