# In the United States Court of Federal Claims

Nos. 05-840 C and 05-1044 C
(Filed: July 29, 2008)

| | |
|---|---|
| FISHERMAN'S HARVEST, INC. et al., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| WEEKS MARINE, INC., | * |
| Defendant-Intervenor. | * |

## ORDER

The parties filed a joint status report on July 25, 2008. In their joint status report, the parties indicate that they are amenable to alternative dispute resolution ("ADR"). The court has consulted with the Honorable Nancy B. Firestone, who has expressed a willingness to serve as an ADR judge. **Accordingly, the court refers these matters to Judge Firestone for ADR conducted in accordance with the court's ADR program.** Judge Firestone will contact the parties to schedule a status conference in the near future.

The court hereby **STAYS** these proceedings for a period of ninety (90) days in order to allow the parties to explore a resolution of their dispute. The parties' current expert discovery deadlines of August 15, 2008, however, remain unchanged. Additionally, the parties shall file, **by no later than Friday, October 31, 2008**, a status report in which they advise the court of the status of their settlement negotiations, including whether they need additional time to reach a settlement or whether they wish to proceed with dispositive motions and/or trial.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge