# In the United States Court of Federal Claims

**Nos. 05-840C & 05-1044C**
**(Filed: August 6, 2008)**

* * * * * * * * * * * * * * * * *

**FISHERMAN'S HARVEST, INC., et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**WEEKS MARINE, INC.,**

**Defendant-Intervenor.**

* * * * * * * * * * * * * * * * *

**ORDER**

Following the ADR status conference held August 5, 2008, the court hereby **SCHEDULES** an ADR session from **Monday, September 15, 2008** through **Wednesday, September 17, 2008** in Houston, Texas, beginning at 9:30 a.m. central time each day. Details regarding the specific location and schedule will be provided by the court prior to the ADR session.

At the ADR session, the parties shall make opening presentations as follows:

(1) the plaintiffs will present first, for a total of no more than 1.5 hours to be divided among the plaintiffs as they see fit, except that the presentation must address the issues of (a) causation and (b) damages, for each lease of each plaintiff; and

(2) the government and the defendant-intervenor will then have a total of 1.5 hours to be divided between them as they see fit, except that the presentation must address the issues of (a) causation and (b) damages, for each lease of each plaintiff.

In addition, on or before **Friday, September 5, 2008**, the parties shall each submit a detailed, confidential settlement memorandum containing the following:

(1) with regard to the **causation** issue,

(a) for each lease of each plaintiff, descriptions of the parties' evidence regarding causation, including cite references to depositions, expert reports, and/or other evidence; and

(b) for each lease of each plaintiff, analyses of the parties' perceived litigation risks; and

(2) with regard to the **damages** issue,

(a) for each lease of each plaintiff, descriptions of the parties' evidence regarding the types and amounts of damages suffered, including cite references to depositions, expert reports, and/or other evidence;

(b) for each lease of each plaintiff, analyses of the parties' legal arguments regarding the appropriate measure(s) of damages; and

(c) for each lease of each plaintiff, analyses of the parties' perceived litigation risks; and

(3) for each lease of each plaintiff, the amounts the party is willing to accept or pay to settle the case, including a breakdown reflecting the multiple possible outcomes of the case.

The confidential settlement memoranda shall not exceed twenty (20) pages each, excluding attachments. The memoranda shall be submitted to the court **via express mail, marked "CONFIDENTIAL,"** to: Chambers of Judge Firestone, U.S. Court of Federal Claims, 717 Madison Place NW, Washington, DC 20005.

With regard to the related litigation pending before the Honorable Lee H. Rosenthal of the United States District Court for the Southern District of Texas, and the

possible inclusion of the subcontractors and/or other players in these ADR proceedings, the court will provide further guidance after discussing the matter with Judge Rosenthal.

These ADR proceedings shall be governed by the provisions of Appendix H, Procedures 3(d) and 3(e) of the Rules of the United States Court of Federal Claims. Accordingly, **prior to the ADR session**, all parties and attorneys involved in the session shall sign the court's standard form "ADR Confidentiality Agreement," a sample copy of which is attached to this Order and which may also be downloaded from the court's website at http://www.uscfc.uscourts.gov/sites/default/files/ADR_Sample_Form.pdf.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
ADR Judge

Attachment