# In the United States Court of Federal Claims

**Nos. 05-840C & 05-1044C**
**(Filed: August 14, 2008)**

* * * * * * * * * * * * * * * * *

**FISHERMAN'S HARVEST, INC., et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**WEEKS MARINE, INC.,**

**Defendant-Intervenor.**

* * * * * * * * * * * * * * * * *

## ADR ORDER

As discussed in the ADR Order issued August 6, 2008, ADR Judge Firestone has conferred with the Honorable Lee H. Rosenthal regarding the related litigation pending in the United States District Court for the Southern District of Texas (Fisherman's Harvest Inc. v. PBS&J, No. 3:05-cv-00151) and the possible inclusion of the defendants in that case in the ADR proceedings in the above-captioned case.

Accordingly, with Judge Rosenthal's approval, the court **ORDERS** as follows:

With the parties' permission, the court will contact the defendants in the district court case to invite them to attend the opening ADR session in this case on September 15, 2008, in Houston, Texas. This will give those parties an opportunity to hear the issues and assess the potential benefits to them of participating in settlement discussions. If, after the opening session, they feel they have enough information to decide to participate,

the court will be able to accommodate that during the three-day ADR session in Houston.

To that end, on or before **August 22, 2008**, the parties shall jointly submit a statement to the ADR judge indicating whether or not they have any objection to extending such an invitation to the district court defendants, as listed below:

(1) PBS&J
(2) Huston & Associates, Inc.
(3) Bertucci Contracting Corporation
(4) Luhr Brothers, Inc.
(5) Bradley Industrial Textiles, Inc.
(6) Nicolon Corporation a/k/a Ten Cate Nicolon

In addition, if all parties agree to allow the above-listed defendants to hear the opening ADR session and possibly participate in the ADR proceedings, they shall include the contact information for those defendants in their joint statement, so that the ADR judge may contact them.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
ADR Judge

cc: Judge Lee H. Rosenthal, U.S. District Court for the Southern District of Texas