**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FISHERMAN'S HARVEST, INC., et al** | § | |
| **Plaintiffs** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **THE UNITED STATES** | § | **No. 05-840 C and No. 05-1044 C** |
| **Defendant** | § | **(CONSOLIDATED)** |
| | § | **(Judge Sweeney)** |
| **VS.** | § | |
| | § | |
| **WEEKS MARINE, INC.** | § | |
| | § | |
| **Intervenor-Defendant** | § | |

**JOINT RESPONSE TO ALTERNATIVE DISPUTE RESOLUTION**

Pursuant to this Court's order dated August 14, 2008, the parties respectfully submit the following joint response regarding additional parties' participation in Alternative Dispute Resolution. ("ADR").

All parties are amenable to extending an invitation to the district court defendants to participate in the opening ADR session scheduled for September 15 - 17, 2008.

The Intervenor-Defendant, Weeks Marine, Inc., has no objection to the participation by the district court defendants in the mediation. The Plaintiffs are agreeable to the participation of the district court defendants. The United States does not object to the defendants from the district court action attending the opening ADR session. The United States also has no objection to Plaintiffs or Intervenor-Defendant participating in mediation with the district court defendants if they so choose. However, as the United States is not a party to the district court action, and the district court defendants are not parties to this action, the United States will not participate in a mediation with the district court defendants.

The additional defendants may be contacted as follows:

**PBS&J**
*Formerly Espey, Huston & Associates Inc.*
Carleton A "Joe" Davis
Brown McCarroll LLP
111 Congress Ave
Ste 1400
Austin, TX 78701-4093
512-472-5456
Fax: 512-480-5011

**Bertucci Contracting Corporation**
David J Schubert
Schubert and Evans PC
900 Jackson St
Ste 630
Dallas, TX 75202
214-744-4400
Fax: 214-744-4403

**Luhr Brothers, Inc.**
Frederick William Mahley
Strasburger & Price LLP
1401 McKinney
Ste 2200
Houston, Tx 77010-4035
713-951-5600
Fax: 713-951-5660

**Bradley Industrial Textiles, Inc.**
Paul G Preston
The Preston Law Firm LLP
6246 Memphis St
New Orleans, LA 70124
504-482-1051
Fax: 504-482-1054

**Nicolon Corporation** a/k/a Ten Cate Nicolon
Jill A. Schaar
Locke Lord Bissell & Liddell LLP
600 Travis
Ste 3400
Houston, TX 77002-3095
713-226-1367
Fax: 713-223-3717

Respectfully submitted,

Brown Sims, P.C.

By: /s/ Kenneth G. Engerrand
Kenneth G. Engerrand
Texas Bar No. 06619500
1177 W. Loop South
10th Floor
Houston, Texas 77027
713-629-1580
713-629-5027 fax
**ATTORNEY OF RECORD FOR INTERVENOR-DEFENDANT WEEK'S MARINE, INC.**

Of Counsel:

P.Michael Bowdoin
Texas Bar No.02719760
Allen D. Hemphill
Texas Bar No. 00796740
Mark Symms
Texas Bar No. 24058146
Brown Sims, P.C.
1177 W. Loop South
10th Floor
Houston, Texas 77027
713-629-1580
713-629-5027 fax

ATTORNEYS FOR PLAINTIFFS

s/Shannon T. Nash/
Shannon T. Nash
Tolleson & Nash
Attorney for W. F. Childress
and Childress Seafood, Inc.
Texas Bar No. 14811620
26510 Keith Street
Spring, Texas 77373
(281) 350-3900

Moore Landry, LLP
390 Park Street, Suite 500
Beaumont, Texas 77701
(409) 835-3891
(409) 835-2707 (FAX)
s/David E. Bernsen/
David E. Bernsen
Texas State Bar 06772000
Southern District of Texas Bar 83425

s/Paul O'Finan/
Paul O'Finan
Signed by permission
s/A. Mark Faggard/
A. Mark Faggard
A. Mark Faggard, P. C.
Century Tower
550 Fannin Street Suite 1305
Beaumont, Texas 77701

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ David D'Alessandris
DAVID D'ALESSANDRIS
U.S. Department of Justice
Civil Div. Commercial Litigation Br.
1100 L. Street, NW
8th Floor
Washington, DC 20530

ATTORNEYS FOR THE UNITED STATES

CERTIFICATE OF FILING

I hereby certify that on August 22, 2008, a copy of the foregoing *Joint Response to Alternative Dispute Resolution"* was electronically filed. I understand that a notice of this filing is sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through that system.

/s/ Kenneth G. Engerrand
Kenneth G. Engerrand