# In the United States Court of Federal Claims

**Nos. 05-840C and 05-1044C**
**(Filed: September 5, 2008)**

* * * * * * * * * * * * * * * * * *
*
**FISHERMAN'S HARVEST, INC., et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

## ORDER

The court hereby **SCHEDULES** an ADR status conference for **Monday, September 5, 2008 at 2:00 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified shall be reached at the following telephone numbers: counsel for plaintiffs Mr. Bernsen at (409) 835-3891 and Mr. Nash at (281) 851-4185; counsel for defendant at (202) 307-0139; agency counsel at 409-766-3191; and counsel for defendant-intervenor, Mr. Bowdoin at (713) 629-1580.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
ADR Judge