# In the United States Court of Federal Claims

**Nos. 05-840C and 05-1044C**
**(Filed: September 9, 2008)**

* * * * * * * * * * * * * * * * *
**FISHERMAN'S HARVEST, INC., et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**WEEKS MARINE, INC.,**

**Defendant-Intervenor.**
* * * * * * * * * * * * * * * * *

**ORDER**

The ADR session scheduled in the above-captioned case from **Monday, September 15, 2008** through **Wednesday, September 17, 2008** beginning at 9:30 a.m. central time each day shall be held at the United States District Court for the Southern District of Texas, 515 Rusk Street, **Courtroom 8C**, Houston, TX.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
ADR Judge

cc: Carleton A "Joe" Davis, Counsel for PBS&J
David J. Schubert, Counsel for Bertucci Contracting Corp.
Frederick William Mahley, Counsel Luhr Brothers, Inc.
Paul G. Preston, Counsel for Bradley Industrial Textiles, Inc.
Jill A. Schaar, Counsel for Nicolon Corporation a/k/a Ten Cate Nicolon